**Fill in this information to identify the case:**

Debtor 1 Tara C Steele

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the Central District of CALIFORNIA

Case number 6:23-bk-15661-SY

**Official Form** 410S1

# Notice of Mortgage Payment Change

**12/25**

**If the debtor's plan provides for payment of post-petition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of Creditor:** Deutsche Bank National Trust Company, as Trustee for American Home Mortgage Assets Trust 2006-2, Mortgage-Backed Pass-Through Certificates Series 2006-2

**Court claim no.** (if known): 2

| | |
|---|---|
| **Last 4 digits** of any number you use to identify the debtor's account: 8415 | **Date of payment change:** Must be at least 21 days after date of this notice 09/01/2026 |
| | **New total payment** Principal, interest, and escrow if any $2,587.28 *For HELOC payment amounts, see Part 3* |

**Part 1: Escrow Account Payment Adjustment**

1. **Will there be a change in the debtor's escrow account payment?**

☐No
☒Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: ____________________

| | |
|---|---|
| **Current escrow payment:** $ 683.30 | **New escrow payment** $ 727.19 |

**Part 2: Mortgage Payment Adjustment**

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

☒No
☐Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable non-bankruptcy law. If a notice is not attached, explain why: ____________________

| | |
|---|---|
| **Current interest rate:** % | **New interest rate:** % |
| **Current principal balance and interest payment:** | **New principal and interest payment:** |

**Part 3: Annual HELOC Notice**

3. **Will there be a change in the debtor's home-equity line of credit (HELOC) payment for the year going forward?**

☒No
☐Yes.

Current HELOC Payment

Reconciliation Amount + or -

Debtor 1 Tara C Steele
First Name Middle Name Last Name

Case number (if known) 6:23-bk-15661-SY

**Amount of Next payment (Including reconciliation amount)**

**Amount of the new payment thereafter(without reconciliation amount)**

**Part 4: Other payment change**

**4. Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☒No

☐Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
(Court approval may be required before the payment change can take effect.)

Reason for change:

| | |
|---|---|
| **Current mortgage payment: $** | **New mortgage payment: $** |

## Part 5: Sign Here

The person completing this Notice must sign it. Sign and Print your name and your title, if any, and state your address and telephone number.

Check the appropriate box.

☐I am the creditor.

☒I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

***X*** */s/ Raquel Felix* Date: 07/30/2026

Print: Raquel Felix Title:Authorized Agent

Company: Hill Wallack LLP

Address: 261 Madison Avenue, 9th Floor,
Suite 940-941

New York, NY 10016
City State Zip Code

Contact: 929-295-7876 Email: rfelix@hillwallack.com

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

261 Madison Avenue, 9th Floor, Suite 940-941, New York, NY 10016

A true and correct copy of the foregoing document entitled (*specify*): Notice of Mortgage Payment Change

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 07/30/2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Rod Danielson (TR) – notice-efile@rodan13.com
United States Trustee (RS) – ustpregion16.rs.ecf@usdoj.gov
Benjamin Heston – bhestonecf@gmail.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 07/30/2026, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Tara C Steele
38055 Debby Lane
Hemet, CA 92544-9795

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ___________, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 07/30/2026 | Tolga Beyaz | /s/ *Tolga Beyaz* |
| *Date* | *Printed Name* | *Signature* |

Newrez LLC
P.O. Box 10826
Greenville, SC 29603
For Inquiries: 866-317-2347

Analysis Date: June 17, 2026

TARA STEELE
38055 DEBBY LN
HEMET CA 92544

Property Address:
38055 DEBBY LN
HEMET, CA 92544

## Annual Escrow Account Disclosure Statement - Account History

**THIS NOTICE IS BEING PROVIDED PURSUANT TO THE REAL ESTATE SETTLEMENT PROCEDURES ACT AND REGULATION X. TO THE EXTENT THE LOAN DESCRIBED BELOW IS INCLUDED IN AN ACTIVE BANKRUPTCY CASE OR IS SUBJECT TO A BANKRUPTCY DISCHARGE, THIS NOTICE IS BEING PROVIDED FOR INFORMATIONAL PURPOSES ONLY AND IS NOT A DEMAND FOR PAYMENT OR AN ATTEMPT TO COLLECT THE DEBT FROM YOU PERSONALLY**

The following is an overview of your escrow account with Newrez LLC. It contains the history of escrow payments made on your behalf in the prior year, and a snapshot of the anticipated disbursements for the coming year. Any potential adjustments due to increases or decreases with your escrow items may affect your monthly escrow payment. If your escrow payment increases, your monthly payment will also increase. If the escrow payment decreases, your mortgage payment will decrease.

| Payment Information | Contractual | Effective Sep 01, 2026 |
|---|---|---|
| P & I Pmt: | $1,860.09 | $1,860.09 |
| Escrow Pmt: | $683.30 | $727.19 |
| Other Funds Pmt: | $0.00 | $0.00 |
| Asst. Pmt (-): | $0.00 | $0.00 |
| Reserve Acct Pmt: | $0.00 | $0.00 |
| Total Payment: | $2,543.39 | $2,587.28 |

| Prior Esc Pmt | January 01, 2026 |
|---|---|
| P & I Pmt: | $1,860.09 |
| Escrow Pmt: | $683.30 |
| Other Funds Pmt: | $0.00 |
| Asst. Pmt (-): | $0.00 |
| Resrv Acct Pmt: | $0.00 |
| Total Payment: | $2,543.39 |

| Escrow Balance Calculation | |
|---|---|
| Due Date: | April 01, 2026 |
| Escrow Balance: | $7,864.33 |
| Anticipated Pmts to Escrow: | $3,416.50 |
| Anticipated Pmts from Escrow (-): | $2,092.00 |
| Anticipated Escrow Balance: | $9,188.83 |

| Shortage/Overage Information | Effective Sep 01, 2026 |
|---|---|
| Upcoming Total Annual Bills | $8,726.30 |
| Required Cushion | $1,454.38 |
| Required Starting Balance | $2,271.16 |
| Escrow Shortage | $0.00 |

**Cushion Calculation:** Because Newrez LLC does not set your tax amounts or insurance premiums, your escrow balance contains a cushion of 1,454.38. A cushion is an additional amount of funds held in your escrow in order to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Your lowest monthly balance should not be below 1,454.38 or 1/6 of the anticipated payment from the account.

*** Since you are in an active bankruptcy, your new payment shown above is the post-petition payment amount.*

This is a statement of actual activity in your escrow account from Nov 2025 to Aug 2026. Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| | Payments to Escrow | | Payments From Escrow | | | | Escrow Balance | |
|---|---|---|---|---|---|---|---|---|
| Date | Anticipated | Actual | Anticipated | Actual | | Description | Required | Actual |
| | | | | | | Starting Balance | 0.00 | (4,505.67) |
| Nov 2025 | | 841.31 | | | * | | 0.00 | (3,664.36) |
| Nov 2025 | | (2,523.93) | | | * | | 0.00 | (6,188.29) |
| Nov 2025 | | | | 2,798.15 | * | County Tax | 0.00 | (8,986.44) |
| Dec 2025 | | 841.31 | | | * | | 0.00 | (8,145.13) |
| Dec 2025 | | 841.31 | | | * | | 0.00 | (7,303.82) |
| Dec 2025 | | 841.31 | | | * | | 0.00 | (6,462.51) |
| Jan 2026 | | 841.31 | | | * | | 0.00 | (5,621.20) |
| Feb 2026 | | 841.31 | | | * | | 0.00 | (4,779.89) |
| Feb 2026 | | 841.31 | | | * | | 0.00 | (3,938.58) |
| Feb 2026 | | 410.90 | | | * | Escrow Only Payment | 0.00 | (3,527.68) |
| Mar 2026 | | 841.31 | | | * | | 0.00 | (2,686.37) |
| Mar 2026 | | | | 2,798.15 | * | County Tax | 0.00 | (5,484.52) |
| Mar 2026 | | | | 1,038.00 | * | | 0.00 | (6,522.52) |
| Apr 2026 | | 151.20 | | | * | Escrow Only Payment | 0.00 | (6,371.32) |
| Apr 2026 | | 841.31 | | | * | | 0.00 | (5,530.01) |
| Apr 2026 | | 453.60 | | | * | Escrow Only Payment | 0.00 | (5,076.41) |
| May 2026 | | 1,524.61 | | | * | | 0.00 | (3,551.80) |
| Jun 2026 | | 1,366.60 | | | * | | 0.00 | (2,185.20) |
| | | | | | | Anticipated Transactions | 0.00 | (2,185.20) |
| Jul 2026 | | P | | 2,092.00 | | Hazard | | (4,277.20) |
| Aug 2026 | | 3,416.50 P | | | | | | (860.70) |
| | $0.00 | $12,371.27 | $0.00 | $8,726.30 | | | | |

**An asterisk (*) indicates a difference from a previous estimate either in the date or the amount. If you want a further explanation, please call our toll-free number.**

**P - The letter (P) beside an amount indicates that the payment or disbursement has not yet occurred but is estimated to occur as shown.**

Newrez LLC
For Inquiries: 866-317-2347

Analysis Date: June 17, 2026

## Annual Escrow Account Disclosure Statement - Projections for Coming Year

**THIS NOTICE IS BEING PROVIDED PURSUANT TO THE REAL ESTATE SETTLEMENT PROCEDURES ACT AND REGULATION X. TO THE EXTENT THE LOAN DESCRIBED BELOW IS INCLUDED IN AN ACTIVE BANKRUPTCY CASE OR IS SUBJECT TO A BANKRUPTCY DISCHARGE, THIS NOTICE IS BEING PROVIDED FOR INFORMATIONAL PURPOSES ONLY AND IS NOT A DEMAND FOR PAYMENT OR AN ATTEMPT TO COLLECT THE DEBT FROM YOU PERSONALLY**

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.
Your unpaid pre-petition escrow Amount is $10,049.53. This amount has been removed from the projected starting balance.

Original Pre-Petition Amouont $10,049.53, Paid Pre-Petition Amount $0.00, Remaining Pre-Petition Amount $10,049.53.

| **Date** | **Anticipated Payments** | | | **Escrow Balance** | |
|---|---|---|---|---|---|
| | **To Escrow** | **From Escrow** | **Description** | **Anticipated** | **Required** |
| | | | Starting Balance | 9,188.83 | 2,271.16 |
| Sep 2026 | 727.19 | | | 9,916.02 | 2,998.35 |
| Oct 2026 | 727.19 | | | 10,643.21 | 3,725.54 |
| Nov 2026 | 727.19 | | | 11,370.40 | 4,452.73 |
| Dec 2026 | 727.19 | 2,798.15 | County Tax | 9,299.44 | 2,381.77 |
| Jan 2027 | 727.19 | | | 10,026.63 | 3,108.96 |
| Feb 2027 | 727.19 | | | 10,753.82 | 3,836.15 |
| Mar 2027 | 727.19 | | | 11,481.01 | 4,563.34 |
| Apr 2027 | 727.19 | 2,798.15 | County Tax | 9,410.05 | 2,492.38 |
| Apr 2027 | | 1,038.00 | Windstorm | 8,372.05 | 1,454.38 |
| May 2027 | 727.19 | | | 9,099.24 | 2,181.57 |
| Jun 2027 | 727.19 | | | 9,826.43 | 2,908.76 |
| Jul 2027 | 727.19 | 2,092.00 | Hazard | 8,461.62 | 1,543.95 |
| Aug 2027 | 727.19 | | | 9,188.81 | 2,271.14 |
| | $8,726.28 | $8,726.30 | | | |

**G – Pending Disbursements prior to the bankruptcy filing date. Pre-petition disbursements.**

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)

Your ending balance from the last month of the account history (escrow balance anticipated) is 9,188.83. Your starting balance (escrow balance required) according to this analysis should be $2,271.16.

We anticipate the total of your coming year bills to be 8,726.30. We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

| **New Escrow Payment Calculation** | |
|---|---|
| Unadjusted Escrow Payment | $727.19 |
| Surplus Reduction: | $0.00 |
| Shortage Installment: | $0.00 |
| Rounding Adjustment Amount: | $0.00 |
| Escrow Payment: | $727.19 |

**Please read the following important notices as they may affect your rights.**

Newrez LLC is a debt collector. This is not an attempt to collect a debt due to your bankruptcy filing. Newrez LLC NMLS ID is

If you are a customer in bankruptcy or a customer who has received a bankruptcy discharge of this debt: please be advised that this notice is to advise you of the status of your mortgage loan. This notice constitutes neither a demand for payment nor a notice of personal liability to any recipient hereof, who might have received a discharge of such debt in accordance with applicable bankruptcy laws or who might be subject to the automatic stay of Section 362 of the United States Bankruptcy Code.

**Attention Servicemembers and Dependents: The federal Servicemembers Civil Relief Act and certain state laws provide important protections for you, including interest rate protections and prohibiting foreclosure under most circumstances during and twelve months after the servicemember's military or other service. Counseling for covered servicemembers is available from Military OneSource (800-342-9647) and the United States Armed Forces Legal Assistance or other similar agencies. For more information, please visit the Military OneSource website www.militaryonesource.mil/.**

**Notice of Error or Information Request Address**

You have certain rights under Federal law related to resolving errors in the servicing of your loan and requesting information about your loan. If you want to request information about your loan or if you believe an error has occurred in the servicing of your loan and would like to submit an Error Resolution or Informational Request, please write to us. Additionally, if you believe we have furnished inaccurate information to credit reporting agencies, please write to us with specific details regarding those errors and any supporting documentation that you have and we will assist you. Error Resolution, including concerns of inaccurate information sent to credit reporting agencies, or requests for information should be sent to the following address:

Newrez LLC
P.O. Box 10826
Greenville, SC 29603

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected

in your credit report.

A successor in interest is someone who acquires an ownership interest in a property secured by a mortgage loan by transfer upon the death of a relative, as a result of a divorce or legal separation, through certain trusts, between spouses, from a parent to a child, or when a borrower who is a joint tenant or tenant by the entirety dies. If you are a successor in interest, or you think you might be, please contact by phone, mail or email to start the confirmation process.

**Our system of record has your preferred language as English.**

**If you prefer to receive communication in a language other than English, please contact us at 866-317-2347 to speak with a translator in your preferred language about the servicing of your loan or a document you received.**

**Si prefiere recibir las comunicaciones en otro idioma que no sea el inglés, por favor, contáctenos en el 866-317-2347 para hablar con un traductor en el idioma de su preferencia sobre la gestión de su préstamo o cualquier documento que haya recibido.**

**如果您要使用英语以外的其他语言进行交流，请致电 866-317-2347，我们将根据您首选的语言安排相应的译员，与您就贷款服务事项或您所接收的文件进行商讨。**

Please note that we operate as Newrez Mortgage LLC dba Shellpoint Mortgage Servicing in Arkansas and Texas.

**California Residents**

As required by law, you are hereby notified that a negative credit bureau report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill your credit obligation.

The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

**California Residentes**

Como es requerido por la ley usted esta siendo notificado por este medio que un reporte de crédito negativo afectando su reporte de crédito puede ser remitido a una agencia de reporte de créditos, si usted no puede satisfacer los términos de su obligación.

El acto estatal de Rosenthal Fair Debt Collection Practices, y el acto federal de Fair Debt Collection Practices requieren que, a menos de circunstancias inusuales, los cobradores no podrán contactarlo antes de las 8 a.m. o después de las 9 p.m. Ellos no lo podrán acosar usando amenazas violentas o arrestarlo o usar un lenguaje ofensivo. Los cobradores no podrán usar declaraciones falsas o engañosas o llamarlo a su trabajo si ellos saben o tienen razón para saber que usted no puede recibir llamadas personales en su trabajo. En general, cobradores no le podrán decir a otra persona, aparte de su abogado o su esposa, acerca de su deuda. Los cobradores se podrán comunicar con otras personas para poder comunicarse con usted, y para entablar un juicio. Para más información sobre las actividades de colección de deuda, usted puede contactar Federal Trade Commission al 1-877-FTC-HELP o www.ftc.gov.