United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 23-15661-SY |
| Tara C Steele | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-6 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 07, 2023 | Form ID: van131 | Total Noticed: 7 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 09, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Tara C Steele, 38055 Debby Lane, Hemet, CA 92544-9795 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: itcdbg@edd.ca.gov | Dec 08 2023 00:58:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | Email/Text: BKBNCNotices@ftb.ca.gov | Dec 08 2023 00:59:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| 41777449 | Email/PDF: acg.coaf.ebn@aisinfo.com | Dec 08 2023 01:16:25 | CAPITAL ONE AUTO FINANCE, 7933 Preston Rd, Plano, TX 75024-2302 |
| 41777450 | Email/PDF: pa_dc_claims@navient.com | Dec 08 2023 01:16:25 | NAVIENT, PO Box 9640, Wilkes Barre, PA 18773-9640 |
| 41777451 | Email/Text: BKEBN-Notifications@ocwen.com | Dec 08 2023 00:58:00 | PHH MORTGAGE SERVICES, PO Box 5452, Mount Laurel, NJ 08054-5452 |
| 41777452 | Email/Text: bkelectronicnoticecourtmail@computershare.com | Dec 08 2023 00:58:00 | SPECIALIZED LOAN SERVICING, PO Box 636005, Littleton, CO 80163-6005 |

TOTAL: 6

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Dec 09, 2023 | Signature: | /s/Gustava Winters |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 7, 2023 at the address(es) listed below:**

District/off: 0973-6 | User: admin | Page 2 of 2
Date Rcvd: Dec 07, 2023 | Form ID: van131 | Total Noticed: 7

| Name | Email Address |
| --- | --- |
| Benjamin Heston | on behalf of Debtor Tara C Steele bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Rod Danielson (TR) | notice-efile@rodan13.com |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |

TOTAL: 3

**United States Bankruptcy Court**
**Central District of California**

3420 Twelfth Street, Riverside, CA 92501−3819

## NOTICE OF NON−ENTITLEMENT TO DISCHARGE
## PURSUANT TO 11 U.S.C. SECTION 1328(f)(1) OR 1328(f)(2)

| | |
|---|---|
| **DEBTOR(S) INFORMATION:**<br>Tara C Steele<br>**SSN:** xxx−xx−7279<br>**EIN:** N/A<br><br>38055 Debby Lane<br>Hemet, CA 92544−9795 | **BANKRUPTCY NO.** 6:23−bk−15661−SY<br>**CHAPTER** 13 |

To the Debtor(s), Debtor(s)' Attorney (if any), and Other Interested Parties:

It appears that a discharge has been granted to the above−named Debtor(s) under 11 U.S.C. Section 727, 11 U.S.C. Section 1141, or 11 U.S.C. Section 1228 in a case commenced during one of the time periods specified in section 1328(f)(1) or 1328(f)(2). Therefore, as that discharge has not been vacated, the debtor(s) is not eligible for a discharge in the above−captioned case.

Dated: December 7, 2023

By The Court,

**Kathleen J. Campbell**
Clerk of Court

(Form van131 − nond13 10/06 rev. 04/2022)                                                                                      **8 / SM6**