UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
RIVERSIDE DIVISION

IN RE:                                                                     CASE NO.: 23-15661
                                                                                                 **CHAPTER 13**

Tara C Steele,
    Debtor.

_____/

## REQUEST FOR SERVICE

      **PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of Deutsche Bank National Trust Company, as Trustee for American Home Mortgage Assets Trust 2006-2, Mortgage-Backed Pass-Through Certificates Series 2006-2 ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**13010 MORRIS ROAD, SUITE 450**
**ALPHARETTA, GA 30004**

                                                             Robertson, Anschutz, Schneid & Crane LLP
                                                             Authorized Agent for Secured Creditor
                                                             350 10th Avenue, Suite 1000
                                                             San Diego, CA 92101
                                                             Telephone: 470-321-7112

                                              By: <u>/s/Theron S. Covey</u>
                                                               Theron S. Covey
                                                               Email: tcovey@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 11, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

TARA C STEELE
38055 DEBBY LANE
HEMET, CA 92544-9795

And via electronic mail to:

NEXUS BANKRUPTCY
100 BAYVIEW CIRCLE #100
NEWPORT BEACH, CA 92660

ROD DANIELSON (TR)
3787 UNIVERSITY AVENUE
RIVERSIDE, CA 92501

UNITED STATES TRUSTEE (RS)
3801 UNIVERSITY AVENUE, SUITE 720
RIVERSIDE, CA 92501-3200

By: /s/ Angela Gill