| Attorney or Party Name, Address, Phone & Fax Nos., State Bar No. & Email | FOR COURT USE ONLY |
|---|---|
| Benjamin Heston<br>Bar Number: 297798<br>Nexus Bankruptcy<br>100 Bayview Circle #100<br>Newport Beach, CA 92660<br>Phone: (951) 290-2827<br>Email: ben@nexusbk.com | |
| ☐ *Debtor(s) appearing without an attorney*<br>☑ *Attorney for Debtor(s)* | |

## United States Bankruptcy Court
## Central District of California - Riverside Division

| In re:<br>Tara C Steele<br><br>Debtor(s). | CASE NO.: 6:23-bk-15661-SY<br>CHAPTER: Chapter 13<br><br>**DECLARATION BY DEBTOR(S)<br>AS TO WHETHER INCOME WAS RECEIVED<br>FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br><br>[11 U.S.C. § 521(a)(1)(B)(iv)]<br><br>[No hearing required] |
|---|---|

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

### Declaration of Debtor 1

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date (** *Check only ONE box below* **):**

    ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

    ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 12/15/2023      Tara C Steele      /s/ Tara C Steele
                      Printed name of Debtor 1      Signature of Debtor 1

### Declaration of Debtor 2 (Joint Debtor) (if applicable)

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date (** *Check only ONE box below* **):**

    ☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

    ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: _____      _____      _____
                 Printed name of Debtor 2      Signature of Debtor 2

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015

F 1002-1.EMP.INCOME.DEC

| Statement of Earnings For: | **Tara Steele** | | | | | | | **Doffo Wines (0220CGCH)** |
|---|---|---|---|---|---|---|---|---|
| Employee #: | 196 | Division: | 10 | Period Begin: | 11/01/2023 | Check Date: | 11/30/2023 | 36083 Summitville St |
| Clock Number: | | Department: | Controller | Period End: | 11/25/2023 | | | Temecula, CA 92592 |
| SSN: | XXX-XX-7279 | Federal Filing: | Head of House | Exemptions: | N/A | Additional Tax: | | |
| Company Id: | 0220CGCH | State Filing: | Head of House | Exemptions: | 6 | Additional Tax: | | |

| **Voucher Id** | **Check Amount** | **Gross Pay** | **Net Pay** | **Check Message** |
|---|---|---|---|---|
| V107519474 | $0.00 | $5,000.00 | $4,291.83 | |

| EARNINGS | | | | | *Not included in Totals | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Salary | | 86.67 | 5,000.00 | 1,906.74 | 110,000.00 | SOC SEC EE | 305.64 | 6,772.00 | Life - pre tax | 15.55 | 171.05 |
| *Mile Reim | 57.6900 | 0.00 | 104.80 | 0.00 | 490.03 | MED EE | 71.48 | 1,583.77 | Dental Pre Tax | 54.83 | 603.13 |
| | | | | | | FEDERAL WH | 133.19 | 3,133.17 | | | |
| | | | | | | CALIFORNIA WH | 187.91 | 4,313.03 | | | |
| | | | | | | CALIFORNIA SDI EE | 44.37 | 983.04 | | | |
| **Total:** | | 86.67 | 5,000.00 | 1,906.74 | 110,000.00 | **Total:** | 742.59 | 16,785.01 | **Total:** | 70.38 | 774.18 |

| CURRENT PERIOD LEAVE ACCRUAL | | | | | | DISTRIBUTION OF NET PAY | | | |
|---|---|---|---|---|---|---|---|---|---|
| Vacation | Accrued: | 1.670000 | Taken: | 0.000000 | Balance: 84.740000 | Checking | Account: XXXXX8968 | Deposit Amount: | 4,291.83 |

Doffo Wines (0220CGCH)
36083 Summitville St
Temecula, CA 92592

| **CHECK DATE** | **VOUCHER ID** |
|---|---|
| 11/30/2023 | V107519474 |

| **TOTAL NET PAY** |
|---|
| ******$4,291.83 |

Your entire Net pay of $4,291.83 has been deposited in your bank account(s).

196 10 Controller

**Tara Steele**

36312 Travis Court
TEMECULA, CA 92592

**NOT NEGOTIABLE**

| Statement of Earnings For: | Tara Steele | | | | | | Doffo Wines (0220CGCH) | | |
|---|---|---|---|---|---|---|---|---|---|
| Employee #: | 196 | Division: | 10 | Period Begin: | 10/16/2023 | Check Date: | 11/15/2023 | 36083 Summitville St | |
| Clock Number: | | Department: | Controller | Period End: | 11/10/2023 | | | Temecula, CA 92592 | |
| SSN: | XXX-XX-7279 | Federal Filing: | Head of House | Exemptions: | N/A | Additional Tax: | | | |
| Company Id: | 0220CGCH | State Filing: | Head of House | Exemptions: | 6 | Additional Tax: | | | |

| **Voucher Id** | **Check Amount** | **Gross Pay** | **Net Pay** | **Check Message** |
|---|---|---|---|---|
| V106841687 | $0.00 | $5,000.00 | $4,398.84 | |

| EARNINGS | | | | | *Not included in Totals | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Salary | | 86.67 | 5,000.00 | 1,820.07 | 105,000.00 | SOC SEC EE | 305.63 | 6,466.36 | Life - pre tax | 15.55 | 155.50 |
| *Mile Reim | 57.6900 | 0.00 | 78.60 | 0.00 | 385.23 | MED EE | 71.47 | 1,512.29 | Dental Pre Tax | 54.83 | 548.30 |
| | | | | | | FEDERAL WH | 0.00 | 2,999.98 | | | |
| | | | | | | CALIFORNIA WH | 187.91 | 4,125.12 | | | |
| | | | | | | CALIFORNIA SDI EE | 44.37 | 938.67 | | | |
| **Total:** | | 86.67 | 5,000.00 | 1,820.07 | 105,000.00 | **Total:** | 609.38 | 16,042.42 | **Total:** | 70.38 | 703.80 |

| CURRENT PERIOD LEAVE ACCRUAL | | | | | | DISTRIBUTION OF NET PAY | | | |
|---|---|---|---|---|---|---|---|---|---|
| Vacation | Accrued: | 0.000000 | Taken: | 0.000000 | Balance: 81.400000 | Checking | Account: XXXXX8968 | Deposit Amount: | 4,398.84 |

Doffo Wines (0220CGCH)
36083 Summitville St
Temecula, CA 92592

| CHECK DATE | VOUCHER ID |
|---|---|
| 11/15/2023 | V106841687 |

| TOTAL NET PAY |
|---|
| ******$4,398.84 |

Your entire Net pay of $4,398.84 has been deposited in your bank account(s).

196 10 Controller

**Tara Steele**

36312 Travis Court
TEMECULA, CA 92592

NOT NEGOTIABLE

| Statement of Earnings For: | **Tara Steele** | | | | | | | Doffo Wines (0220CGCH) | |
|---|---|---|---|---|---|---|---|---|---|
| Employee #: 196 | Division: 10 | Period Begin: 10/19/2023 | Check Date: 10/31/2023 | 36083 Summitville St | |
| Clock Number: | Department: Controller | Period End: 10/25/2023 | | Temecula, CA 92592 | |
| SSN: XXX-XX-7279 | Federal Filing: Head of House | Exemptions: N/A | Additional Tax: | | |
| Company Id: 0220CGCH | State Filing: Head of House | Exemptions: 6 | Additional Tax: | | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V106146463 | $0.00 | $5,000.00 | $4,320.23 | |

### EARNINGS

| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars |
|---|---|---|---|---|---|
| Salary | 86.67 | | 5,000.00 | 1,733.40 | 100,000.00 |
| *Mile Reim | | 0.00 | 0.00 | 0.00 | 306.63 |
| **Total:** | | 86.67 | 5,000.00 | 1,733.40 | 100,000.00 |

*Not included in Totals

### TAXES

| Description | Current | YTD |
|---|---|---|
| SOC SEC EE | 305.64 | 6,160.73 |
| MED EE | 71.48 | 1,440.82 |
| FEDERAL WH | 0.00 | 2,999.98 |
| CALIFORNIA WH | 187.91 | 3,937.21 |
| CALIFORNIA SDI EE | 44.36 | 894.30 |
| **Total:** | 609.39 | 15,433.04 |

### DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Life - pre tax | 15.55 | 139.95 |
| Dental Pre Tax | 54.83 | 493.47 |
| **Total:** | 70.38 | 633.42 |

### CURRENT PERIOD LEAVE ACCRUAL

| | | | | | | |
|---|---|---|---|---|---|---|
| Vacation | Accrued: | 1.670000 | Taken: | 0.000000 | Balance: | 81.400000 |

### DISTRIBUTION OF NET PAY

| | | | |
|---|---|---|---|
| Checking | Account: XXXXX8968 | Deposit Amount: | 4,320.23 |

Doffo Wines (0220CGCH)
36083 Summitville St
Temecula, CA 92592

| CHECK DATE | VOUCHER ID |
|---|---|
| 10/31/2023 | V106146463 |

| TOTAL NET PAY |
|---|
| ******$4,320.23 |

Your entire Net pay of $4,320.23 has been deposited in your bank account(s).

196 10 Controller

**Tara Steele**

36312 Travis Court
TEMECULA, CA 92592

**NOT NEGOTIABLE**

| Statement of Earnings For | Tara Steele | | | | | | Doffo Wines (0220CGCH) |
|---|---|---|---|---|---|---|---|
| Employee #: 196 | Division: 10 | | Period Begin: 9/26/2023 | | Check Date: 10/13/2023 | | 36083 Summitville St |
| Clock Number: | Department: Controller | | Period End: 10/10/2023 | | | | Temecula, CA 92592 |
| SSN: XXX-XX-7279 | Federal Filing: Head of House | | Exemptions: N/A | | Additional Tax: | | |
| Company Id: 0220CGCH | State Filing: Head of House | | Exemptions: 6 | | Additional Tax: | | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V105481543 | $0.00 | $5,000.00 | $4,574.36 | |

| EARNINGS | | | | *Not included in Totals | | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Salary | | 86.67 | 5,000.00 | 1,646.73 | 95,000.00 | SOC SEC EE | 305.63 | 5,855.09 | Life - pre tax | 15.55 | 124.40 |
| *Mile Reim | 57.6900 | 0.00 | 254.13 | 0.00 | 306.63 | MED EE | 71.48 | 1,369.34 | Dental Pre Tax | 54.83 | 438.64 |
| | | | | | | FEDERAL WH | 0.00 | 2,999.98 | | | |
| | | | | | | CALIFORNIA WH | 187.91 | 3,749.30 | | | |
| | | | | | | CALIFORNIA SDI EE | 44.37 | 849.94 | | | |
| **Total:** | | 86.67 | 5,000.00 | 1,646.73 | 95,000.00 | **Total:** | 609.39 | 14,823.65 | **Total:** | 70.38 | 563.04 |

| CURRENT PERIOD LEAVE ACCRUAL | | | | | | DISTRIBUTION OF NET PAY | | | |
|---|---|---|---|---|---|---|---|---|---|
| Vacation | Accrued: | 1.670000 | Taken: | 0.000000 | Balance: 79.730000 | Checking | Account: XXXXX8968 | Deposit Amount: | 4,574.36 |

Doffo Wines (0220CGCH)
36083 Summitville St
Temecula, CA 92592

| CHECK DATE | VOUCHER ID |
|---|---|
| 10/13/2023 | V105481543 |

Your entire Net pay of $4,574.36 has been deposited in your bank account(s).

| TOTAL NET PAY |
|---|
| ******$4,574.36 |

196 10 Controller

**Tara Steele**

36312 Travis Court
TEMECULA, CA 92592

**NOT NEGOTIABLE**