# United States Bankruptcy Court
## Central District of California
### Riverside
### Scott Yun, Presiding
### Courtroom 302 Calendar

---

**Tuesday, February 27, 2024**                                    **Hearing Room**    **302**

---

<u>1:30 PM</u>
**6:23-15661    Tara C Steele**                                                    **Chapter 13**

<u>Telephonic Hearing</u>

**#14.00**    Confirmation of Chapter 13 Plan

**Susan Luong to appear by telephone (951)826-8038**
**Benjamin Heston to appear by telephone (951)290-2827**
**Keith Higginbotham to appear by telephone (213)840-7800**

Docket    16

**Matter Notes:**

**Consent Calendar**_____

(   ) **Confirmed** per trustee's recommendation  - Plan provisions: % to pay _____

Duration _____

Payment $_____

(✓) **Continued** to _4 - 30 - 24_ at 1:30 p.m.

**341(a)**    _____ at 9:00 a.m.

(   ) **Objection** to plan:    (   ) Withdrawn    (   ) Sustained    (   ) Overruled

(   ) **Case Dismissed**

(   ) without prejudice    (   ) Under § 109(g)

(   ) if conversion to chapter 7 not filed and fee paid within 10 days

**Tentative Ruling:**
- NONE LISTED -

**Party Information**

---