# United States Bankruptcy Court
## Central District of California
### Riverside
### Scott Yun, Presiding
### Courtroom 302 Calendar

**Tuesday, April 30, 2024**                                                                 **Hearing Room   302**

**1:30 PM**
**6:23-15661   Tara C Steele**                                                               **Chapter 13**

<u>Telephonic Hearing</u>

#24.00    CONT'D Confirmation of Chapter 13 Plan

FR. 2/27/24

Susan Luong to appear by telephone (626)616-5008 ✓ — *Debtor*
Benjamin Heston to appear by telephone (951)290-2827 — *[handwritten]*
~~Nathan A Berneman~~ to appear by telephone (818)292-1158 — *Deutsche Bank*
Robert Chen

Docket    16

**Matter Notes:**

<u>Consent Calendar</u>

(  ) **Confirmed** per trustee's recommendation - Plan provisions: % to pay _____

Duration _____

Payment $_____

(✓) Continued to __6-11-24__ at 1:30 p.m.

341(a) _____ at 9:00 a.m.

(  ) **Objection** to plan:    (  ) Withdrawn    (  ) Sustained    (  ) Overruled

(  ) **Case Dismissed**

    (  ) without prejudice    (  ) Under § 109(g)

    (  ) if conversion to chapter 7 not filed and fee paid within 10 days

**Tentative Ruling:**
- NONE LISTED -

# United States Bankruptcy Court
## Central District of California
Riverside
Scott Yun, Presiding
Courtroom 302 Calendar

| | |
|---|---|
| **Tuesday, April 30, 2024** | **Hearing Room 302** |

### 1:30 PM
**CONT...     Tara C Steele**                                                       **Chapter 13**

**Party Information**

**Debtor(s):**

    Tara C Steele                                      Represented By
                                                               Benjamin Heston

**Trustee(s):**

    Rod Danielson (TR)                            Pro Se