| Attorney or Party Name, Address, Telephone & FAX Numbers, State Bar Number & Email Address | FOR COURT USE ONLY |
|---|---|
| NEXUS BANKRUPTCY<br>BENJAMIN HESTON (297798)<br>3090 Bristol Street #400<br>Costa Mesa, CA 92626<br>Tel: 949.312.1377<br>Fax: 949.288.2054<br>ben@nexusbk.com<br><br>☐ *Debtor's appearing without attorney*<br>☒ *Attorney for:* DEBTOR | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION**

| In re:<br><br>TARA C. STEELE<br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NUMBER: 6:23-bk-15661-SY<br><br>CHAPTER 13<br><br>**DEBTOR'S NOTICE OF MOTION AND MOTION TO AVOID JUNIOR LIEN ON PRINCIPAL RESIDENCE**<br>**[11 U.S.C. § 506(d)]**<br><br>DATE: 06/11/2024<br>TIME: 1:30 PM<br>COURTROOM: 302<br>ADDRESS: 3420 Twelfth Street<br>Riverside, CA 92501 |

**TO CREDITOR HOLDING JUNIOR LIEN** (*name*): **SPECIALIZED LOAN SERVICING**

1. **NOTICE IS HEREBY GIVEN** that on and at the above date, time and place indicated above, Debtor in the above-captioned case will move this court for an order granting the relief set forth in the motion and accompanying supporting documents served and filed herewith.

2. **Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one. (*If you do not have an attorney, you may wish to consult one.*)

3. **Deadline for Opposition Papers:** This motion is being heard on regular notice pursuant to LBR 9013-1. If you oppose this motion, you must file a written opposition with the court and serve a copy of it upon the Debtor or Attorney for Debtor at the address set forth above no later than 14 days before the above hearing date. If you fail to file a written response to this Motion within such time period, the court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

> *"Bankruptcy Code" and "11 U.S.C." refer to the United States Bankruptcy Code, Title 11 of the United States Code.*
> *"FRBP" refers to the Federal Rules of Bankruptcy Procedure. "LBR" and "LBRs" refer to the Local Bankruptcy Rule(s) of this court.*

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2017*                                    Page 1                                    **F 4003-2.4.JR.LIEN.MOTION**

4. **Hearing Date Obtained Pursuant to Judge's Self-Calendaring Procedure:** The undersigned hereby verifies under penalty of perjury under the laws of the United States of America that the above-stated hearing date and time were available for this type of Motion according to the self-calendaring procedures of the assigned judge, (*specify name of judge*) Judge Scott H. Yun                        .

Executed on (*date*):   05/17/2024

NEXUS BANKRUPTCY
_____
Printed name of law firm (if applicable)

Benjamin Heston
_____
Printed name of Debtor or Attorney for Debtor


/s/Benjamin Heston
_____
Signature of Debtor or Attorney for Debtor

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2017*                    Page 2                    **F 4003-2.4.JR.LIEN.MOTION**

**MOTION TO AVOID JUNIOR LIEN ON PRINCIPAL RESIDENCE [11 U.S.C. § 506(d)]**
(DEBTOR: TARA C. STEELE                                                      )

**NAME OF CREDITOR HOLDING JUNIOR LIEN (Respondent):** SPECIALIZED LOAN SERVICING

1. **Subject Property:** Debtor moves to avoid the junior deed of trust, mortgage or other encumbrance (Lien) encumbering the following real property (Property), which is the principal residence of debtor.

    Street address:        38055 DEBBY LANE

    Unit number:

    City, county, state, zip code: HEMET, CA 92544-9795

    Legal description and/or map/book/page number, including county of recording:

    LOT 6 OF TRACT NUMBER 11430 IN CITY OF HEMET, COUNTY OF RIVERSIDE, IN THE STATE OF

    CA. AS RECORDED IN MAP BOOK 106 PAGE NUMBER(S) 83-87

    ☐ See attached page for legal description of Property or document recording number.

2. **Subject Lien**

    Date and place of recordation of lien recording instrument number and document recording number (*specify*)
    11/14/2006: RIVERSIDE COUNTY RECORDER: DOC # 2006-0841283

3. **Case History:**

    a. A voluntary petition under Chapter ☐ 7 ☐ 11 ☐ 12 ☒ 13 of the Bankruptcy Code , 11 U.S.C. was filed in this case on (*specify petition date*): 12/04/2023 .

    b. ☐ An Order of Conversion to Chapter 13 was entered in this case on (*specify date*): _____.

4. **Grounds for Avoidance of Junior Lien:**

    a. As of (*date of title review*) 12/04/2023 , the Property is subject to the following liens in the amounts specified securing the debt against the Property that Debtor seeks to have treated as indicated:

    (1) (*Name of holder of 1st lien*) PHH MORTGAGE CORPORATION in the amount of $495,664.91 .

    (2) (*Name of holder of 2nd lien*) SPECIALIZED LOAN SERVICING in the amount of $ 40,847.81 ☒ is ☐ is not  to be avoided;

    (3) (*Name of holder of 3rd lien*) _____ in the amount of $ _____ ☐ is ☐ is not  to be avoided;

    ☐ See attached page for additional lien(s).

    As of (*date of valuation/appraisal*) 12/04/2023 , Property is worth no more than (*value per valuation/appraisal*) $ 460,000.00 .

    b. As shown here, the Creditor holding the judicial lien encumbering the Property is wholly unsecured.

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2017*                                Page 3                                **F 4003-2.4.JR.LIEN.MOTION**

c. **Evidence in Support of Motion:**

(1) ☒ The amount of the lien identified in paragraph 3(a)(1) is based on (*type of evidence*)
   PROOF OF CLAIM , attached hereto and identified as Exhibit A .

(2) ☒ The amount of the lien identified in paragraph 3(a)(2) is based on (*type of evidence*)
   NOVEMBER 2023 STATEMENT , attached hereto and identified as Exhibit B .

(3) ☐ The amount of the lien identified in paragraph 3(a)(3) is based on (*type of evidence*)
   , attached hereto and identified as Exhibit ___ .

(4) ☒ The relative priority of the liens encumbering the Property is established by evidence attached as
   Exhibit C .

(5) ☒ The value of the Property from paragraph 3(b) is based on (*type of evidence*)
   Appraisal , attached as Exhibit D .

(6) ☐ Debtor submits the attached Declaration(s).

(7) ☐ Other evidence (*specify/identify supplemental evidence*): _____
   , attached as Exhibit ___ .

WHEREFORE, Debtor requests that this court issue an order granting this motion in the form of the **Attachment** to this
motion. (*Attach a separate Attachment for each lien to be avoided.*)

Date:  05/17/2024                                    Respectfully submitted,

                                                     /s/Benjamin Heston
                                                     _____
                                                     Signature of Debtor or Attorney for Debtor

                                                      Benjamin Heston
                                                     _____
                                                     Printed name of Debtor or Attorney for Debtor

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2017*                          Page 4                          **F 4003-2.4.JR.LIEN.MOTION**

# ATTACHMENT TO MOTION/ORDER
## (11 U.S.C. § 506: VALUATION/LIEN AVOIDANCE)

This court makes the following findings of fact and conclusions of law:

1. **Creditor Lienholder/Servicer:** SPECIALIZED LOAN SERVICING                                    .

2. **Subject Lien:** Date and place or recordation of lien (*specify*): 11/14/2006; RIVERSIDE COUNTY RECORDER

_____

   Recorder's instrument number and/or document recording number: DOC # 2006-0841283

3. **Collateral:**

   a.  Real property (street address, city, county and state, where located, legal description or map/book/page number, including county of recording):
   38055 DEBBY LANE, HEMET, CA 92544-9795                                    . ☐ See attached page.
   LOT 6 OF TRACT NUMBER 11430 IN CITY OF HEMET, COUNTY OF RIVERSIDE, I
   N THE STATE OF CA. AS RECORDED IN MAP BOOK 106 PAGE NUMBER(S) 83-87

   b.  Other collateral: _____. ☐ See attached page.

**4. Secured Claim Amount Determination**

   a. Value of Collateral: ………………………………………………………………… $ 460,000.00

   b. Senior Liens (reducing equity in the property to which the Subject Lien can attach):

   (1) First lien: …………………………………………… ($ 495,664.91          )

   (2) Second lien: ………………………………………… ($_____ )

   (3) Third lien: …………………………………………… ($_____ )

   (4) Additional senior liens (*attach list*): ………………… ($_____ )

   Subtotal: ………………………………………………………………………… ($ 495,664.91          )

   c.  Secured Claim Amount (negative results should be listed as -$0-): $ 0.00

   Unless otherwise ordered, any allowed claim in excess of this Secured Claim Amount is to be treated as a nonpriority unsecured claim and is to be paid pro rata with all other nonpriority unsecured claims in Class 5A of the Plan.

5. **Lien avoidance:** Debtor's request to avoid the Subject Lien is granted as follows. The effective date of avoidance of the Subject Lien (Lien Avoidance Effective Date) will be upon:

   ☒ completion of the Chapter 13 Plan, or ☐ receipt of a Chapter 13 discharge in this case.

6. **Retention of lien until avoidance:** The Creditor Lienholder will retain the Subject Lien for the full amount due under the corresponding note and deed of trust, mortgage or lien if the Debtor's Chapter 13 case is dismissed or converted to any other chapter under the Bankruptcy Code, or if the Collateral is sold or refinanced, prior to the Lien Avoidance Effective Date.

7. **Retention of rights upon foreclosure of other lien:** In the event that the holder of any other lien on the Collateral forecloses on its interest and extinguishes the Creditor Lienholder/Servicer's lien rights prior to the Lien Avoidance Effective Date, the Creditor Lienholder's lien shall attach to any proceeds greater than necessary to pay the senior lien(s) from the foreclosure sale.

☐ See attached page(s) for more liens/provisions.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2017*                                        Page 5                                **F 4003-2.4.JR.LIEN.MOTION**

# EXHIBIT A

<table>
<tr><td colspan="2">

**Fill in this information to identify the case:**

</td></tr>
</table>

Debtor 1   Tara C Steele

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the CENTRAL  District of CALIFORNIA

Case number 6:23-bk-15661-SY

## Official Form 410

# Proof of Claim                             04/22

**Read the instructions before filling out this form. Use this form to make a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

| **Part 1:** | **Identify the Claim** |
| --- | --- |

| | | |
| --- | --- | --- |
| 1. | **What is the current creditor?** | DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR AMERICAN HOME MORTGAGE ASSETS TRUST 2006-2, MORTGAGE-BACKED PASS-THROUGH CERTIFICATES SERIES 2006-2 <br>Name of the current creditor (the person or entity to be paid for this claim) <br><br>Other names the creditor used with the debtor _____ PHH Mortgage Corporation _____ |
| 2. | **Has this claim been acquired from someone else** | [X] No <br>[ ] Yes.  From whom? _____ |
| 3. | **Where should notices and payments to the creditor be sent?** <br>Federal Rule of Bankruptcy Procedure (FRBP) 2002 (g) | **Where should notices to the creditor be sent?** <br><br>PHH Mortgage Corporation <br>Name <br><br>Attn: Bankruptcy Department – PO Box 24605 <br>Number     Street <br><br>West Palm Beach  FL  33416-4605 <br>City    State    ZIP Code <br><br>Contact phone  (855) 689-7367 <br>Contact email  BKTrusteeQueries@ocwen.com <br><br>Uniform claim identifier for electronic payments in chapter 13 (if you use one) <br>— — — — — — — — — — — — — — — — — — — — — — — — | **Where should payments to the creditor be sent?** (if different) <br><br>PHH Mortgage Services <br>Name <br><br>PO Box 24781  ATTN: SV 19 <br>Number     Street <br><br>West Palm Beach  FL  33416 <br>City    State    ZIP Code <br><br>Contact phone  (800) 750-2518 <br>Contact email  BKTrusteeQueries@ocwen.com |
| 4. | **Does this claim amend one already filed?** | [X] No <br>[ ] Yes.  Claim number on court claim registry (if known) _____     Filed on _____ <br>                                     MM/DD/YYYY |
| 5. | **Do you know if anyone else has filed a proof of claim for this claim?** | [X] No <br><br>[ ] Yes.  Who made the earlier filing? _____ |

Official Form 410A **Mortgage Proof of Claim Attachment** Page **1** of **4**

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

| 6. | Do you have any number you use to identify the debtor | [ ] No<br>[X] Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: 8415 |
|---|---|---|

| 7. | How much is the claim? | $ __495,664.91__ | **Does this amount include interest or other charges?**<br>[ ] No<br>[X] Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(a) |
|---|---|---|---|

| 8. | What is the basis of the claim? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.<br><br>Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br><br>Limit disclosing information that is entitled to privacy, such as health care information.<br><br>__MONEY LOANED__ |
|---|---|---|

| 9. | Is all or part of the claim secured? | [ ] No<br>[X] Yes    The claim is secured by a lien on property.<br><br>**Nature of property:**<br><br>[X] Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this Proof of Claim.<br><br>[ ]    Motor vehicle<br>[ ]    Other. Describe:<br><br>**Basis for perfection:**    __Mortgage/Deed of Trust__<br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>**Value of property:**    $<br><br>**Amount of the claim that is secured:**    $ 495,664.91<br><br>**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7)<br><br>**Amount necessary to cure any default as of the date of the petition:**    $17,083.58<br><br>**Annual Interest Rate** (when case was filed) __3.6250__ %<br>[X]    Fixed<br>[ ]    Variable |
|---|---|---|

| 10. | Is this claim based on a lease? | [X]    No<br>[ ]    Yes. **Amount necessary to cure any default as of the date of the petition.**    $_____ |
|---|---|---|

| 11. | Does this claim involve a right to setoff? | [X]    No<br>[ ]    Yes. Identify the property _____ |
|---|---|---|

| 12. | **Is all or part of the claim entitled to priority under 11 U.S.C. §507(a)?** A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority | [X] No<br>[ ] Yes. *Check one:* | |
|---|---|---|---|
| | | [ ] Domestic support obligations (including alimony and child support) under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B). | **Amount entitled to priority**<br>$_____ |
| | | [ ] Up to $3,350* of deposits toward purchase, lease or rental of property or services for personal, family, or household use. 11 U.S.C. §507(a)(7). | $_____ |
| | | [ ] Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. §507(a)(4). | $_____ |
| | | [ ] Taxes or penalties owed to governmental units. 11 U.S.C. §507(a)(8). | $_____ |
| | | [ ] Contributions to an employee benefit plan.11 U.S.C. §507(a)(5). | $_____ |
| | | [ ] Other. Specify subsection of 11 U.S.C. §507(a)(___) that applies. | $_____ |
| | | *Amount are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment | |

## Part 3:   Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box*

[ ]  I am the creditor
[X]  I am the creditor's attorney or authorized agent.
[ ]  I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
[ ]  I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3004.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculation the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  <u>01/26/2024</u>
                            MM/DD/YYYY

<u>/s/  Theron S. Covey</u>
        Signature

Print the name of the person who is completing and signing this claim:

Theron S. Covey, Esq.
Authorized Agent for Secured Creditor
Robertson, Anschutz, Schneid & Crane LLP
350 10th Ave., Suite 1000
San Diego, CA 92101
470-321-7112                    tcovey@raslg.com

**Mortgage Proof of Claim Attachment**                                                (12/23)

If you file a claim secured by a security interest in the debtor's principal residence, you must use this form as an attachment to your proof of claim. See separate instructions.

| Part 1: Mortgage and Case Information | | Part 2: Total Debt Calculation | | Part 3: Arrearage as of Date of the Petition | | Part 4: Monthly Mortgage Payment | |
|---|---|---|---|---|---|---|---|
| Case number: | 6:23-bk-15661-SY | Principal balance: | $454,358.56 | Principal due: | $975.10 | Principal & Interest: | $1,860.09 |
| Debtor 1: | Tara C Steele | Deferred Principal balance: | $29,582.01 | Interest due: | $2,745.08 | Monthly escrow: | $803.62 |
| Debtor 2: | | Interest due: | $2,880.45 | Prepetition fees due: | $3,313.87 | Private mortgage insurance: | $0.00 |
| Lasts 4 Digits to identify: | 8415 | Fees, costs due: | $3,313.87 | Escrow deficiency for funds advanced: | $5,530.02 | Total Monthly Payment: | $2,663.71 |
| Creditor: | Deutsche Bank National Trust Company, as Trustee for American Home Mortgage Assets Trust 2006-2, Mortgage-Backed Pass-Through Certificates Series 2006-2 | Escrow deficiency for funds advanced: | $5,530.02 | Projected escrow shortage: | $4,519.51 | Annual Interest Rate: | 3.62500% |
| Servicer: | PHH Mortgage Corporation | Less total funds on hand: | $0.00 | Less funds on hand: - | $0.00 | | |
| Fixed accrual/daily simple interest/other: | Fixed Accrual | Total debt: | $495,664.91 | Total prepetition arrearage | $17,083.58 | | |

**Part 5 : Loan Payment History from First Date of Default**

| | | Account Activity | | | | | How Funds were Applied/Amount incurred | | | | | Balance After Amount Received or incurred | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A. | B. | C. | D. | E. | F. | G. | H. | I. | J. | K. | L. | M. | N. | O. | P. | Q. |
| Date | Contractual Payment Amount | Funds received | Amount incurred | Description | Contractual due date | Prin, int & esc past due balance | Amount to principal | Amount to interest | Amount to escrow | Amount to fees or charges | Unapplied funds | Principal balance | Accrued Interest balance | Escrow balance | Fees/ Charges balance | Unapplied funds balance |
| | | | | OPENING BALANCE | 6/1/2023 | $0.00 | | | | | | $456,774.37 | $0.00 | -$7,197.18 | $0.00 | $0.00 |
| 1/18/2022 | | | $92.99 | LATE CHARGE | 6/1/2023 | $0.00 | | | | $92.99 | | $456,774.37 | $0.00 | -$7,197.18 | $92.99 | $0.00 |
| 3/3/2022 | | | $110.00 | BPO COST | 6/1/2023 | $0.00 | | | | $110.00 | | $456,774.37 | $0.00 | -$7,197.18 | $202.99 | $0.00 |
| 3/21/2022 | | | $15.00 | INSPECTION FEE | 6/1/2023 | $0.00 | | | | $15.00 | | $456,774.37 | $0.00 | -$7,197.18 | $217.99 | $0.00 |
| 4/27/2022 | | | $15.00 | INSPECTION FEE | 6/1/2023 | $0.00 | | | | $15.00 | | $456,774.37 | $0.00 | -$7,197.18 | $232.99 | $0.00 |
| 5/2/2022 | | | $765.00 | TSG | 6/1/2023 | $0.00 | | | | $765.00 | | $456,774.37 | $0.00 | -$7,197.18 | $997.99 | $0.00 |
| 5/13/2022 | | | $15.00 | INSPECTION FEE | 6/1/2023 | $0.00 | | | | $15.00 | | $456,774.37 | $0.00 | -$7,197.18 | $1,012.99 | $0.00 |
| 5/17/2022 | | | $1,170.00 | ATTY FEE - F/C | 6/1/2023 | $0.00 | | | | $1,170.00 | | $456,774.37 | $0.00 | -$7,197.18 | $2,182.99 | $0.00 |
| 6/8/2022 | | | $15.00 | INSPECTION FEE | 6/1/2023 | $0.00 | | | | $15.00 | | $456,774.37 | $0.00 | -$7,197.18 | $2,197.99 | $0.00 |
| 8/16/2022 | | | $92.99 | LATE CHARGE | 6/1/2023 | $0.00 | | | | $92.99 | | $456,774.37 | $0.00 | -$7,197.18 | $2,290.98 | $0.00 |
| 9/16/2022 | | | $92.99 | LATE CHARGE | 6/1/2023 | $0.00 | | | | $92.99 | | $456,774.37 | $0.00 | -$7,197.18 | $2,383.97 | $0.00 |
| 10/17/2022 | | | $92.99 | LATE CHARGE | 6/1/2023 | $0.00 | | | | $92.99 | | $456,774.37 | $0.00 | -$7,197.18 | $2,476.96 | $0.00 |

**Mortgage Proof of Claim Attachment: Additional Page**                                    (04/19)

---

**Part 5 : Loan Payment History from First Date of Default**

| | | Account Activity | | | | | How Funds were Applied/Amount incurred | | | | Balance After Amount Received or Incurred | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A. | B. | C. | D. | E. | F. | G. | H. | I. | J. | K. | L. | M. | N. | O. | P. | Q. |
| Date | Contractual Payment Amount | Funds received | Amount incurred | Description | Contractual due date | Prin, int & esc past due balance | Amount to principal | Amount to interest | Amount to escrow | Amount to fees or charges | Unapplied funds | Principal balance | Accrued Interest balance | Escrow balance | Fees/ Charges balance | Unapplied funds balance |
| 11/16/2022 | | | $92.99 | LATE CHARGE | 6/1/2023 | $0.00 | | | | $92.99 | | $456,774.37 | $0.00 | -$7,197.18 | $2,569.95 | $0.00 |
| 12/16/2022 | | | $92.99 | LATE CHARGE | 6/1/2023 | $0.00 | | | | $92.99 | | $456,774.37 | $0.00 | -$7,197.18 | $2,662.94 | $0.00 |
| 1/17/2023 | | | $92.99 | LATE CHARGE | 6/1/2023 | $0.00 | | | | $92.99 | | $456,774.37 | $0.00 | -$7,197.18 | $2,755.93 | $0.00 |
| 1/21/2023 | | | ($3,516.74) | TAX DISBURSEMENT | 6/1/2023 | $0.00 | | | ($3,516.74) | | | $456,774.37 | $0.00 | -$10,713.92 | $2,755.93 | $0.00 |
| 2/16/2023 | | | $92.99 | LATE CHARGE | 6/1/2023 | $0.00 | | | | $92.99 | | $456,774.37 | $0.00 | -$10,713.92 | $2,848.92 | $0.00 |
| 3/16/2023 | | | $92.99 | LATE CHARGE | 6/1/2023 | $0.00 | | | | $92.99 | | $456,774.37 | $0.00 | -$10,713.92 | $2,941.91 | $0.00 |
| 4/17/2023 | | | $92.99 | LATE CHARGE | 6/1/2023 | $0.00 | | | | $92.99 | | $456,774.37 | $0.00 | -$10,713.92 | $3,034.90 | $0.00 |
| 5/16/2023 | | | $92.99 | LATE CHARGE | 6/1/2023 | $0.00 | | | | $92.99 | | $456,774.37 | $0.00 | -$10,713.92 | $3,127.89 | $0.00 |
| 6/1/2023 | $2,896.87 | | | MONTHLY PAYMENT DUE | 6/1/2023 | $2,896.87 | | | | | | $456,774.37 | $1,379.84 | -$10,713.92 | $3,127.89 | $0.00 |
| 6/16/2023 | | | $92.99 | LATE CHARGE | 6/1/2023 | $2,896.87 | | | | $92.99 | | $456,774.37 | $1,379.84 | -$10,713.92 | $3,220.88 | $0.00 |
| 6/30/2023 | | $2,896.87 | | PAYMENT | 6/1/2023 | $0.00 | $480.25 | $1,379.84 | $1,036.78 | | | $456,294.12 | $0.00 | -$9,677.14 | $3,220.88 | $0.00 |
| 7/1/2023 | $2,896.87 | | | MONTHLY PAYMENT DUE | 7/1/2023 | $2,896.87 | | | | | | $456,294.12 | $1,378.39 | -$9,677.14 | $3,220.88 | $0.00 |
| 7/17/2023 | | | $92.99 | LATE CHARGE | 7/1/2023 | $2,896.87 | | | | $92.99 | | $456,294.12 | $1,378.39 | -$9,677.14 | $3,313.87 | $0.00 |
| 7/31/2023 | | $2,896.87 | | SUSPENSE | 7/1/2023 | $2,896.87 | | | | | $2,896.87 | $456,294.12 | $1,378.39 | -$9,677.14 | $3,313.87 | $2,896.87 |
| 8/1/2023 | $2,896.87 | | | MONTHLY PAYMENT DUE | 7/1/2023 | $5,793.74 | | | | | | $456,294.12 | $2,755.32 | -$9,677.14 | $3,313.87 | $2,896.87 |
| 8/2/2023 | | | | PAYMENT FROM SUSPENSE | 7/1/2023 | $2,896.87 | $481.70 | $1,378.39 | $1,036.78 | | ($2,896.87) | $455,812.42 | $1,376.93 | -$8,640.36 | $3,313.87 | $0.00 |
| 8/31/2023 | | $2,896.87 | | SUSPENSE | 8/1/2023 | $2,896.87 | | | | | $2,896.87 | $455,812.42 | $1,376.93 | -$8,640.36 | $3,313.87 | $2,896.87 |
| 9/1/2023 | | | | PAYMENT FROM SUSPENSE | 8/1/2023 | $0.00 | $483.16 | $1,376.93 | $1,036.78 | | ($2,896.87) | $455,329.26 | $0.00 | -$7,603.58 | $3,313.87 | $0.00 |
| 9/1/2023 | $2,896.87 | | | MONTHLY PAYMENT DUE | 9/1/2023 | $2,896.87 | | | | | | $455,329.26 | $1,375.47 | -$7,603.58 | $3,313.87 | $0.00 |
| 10/1/2023 | $2,896.87 | | | MONTHLY PAYMENT DUE | 9/1/2023 | $5,793.74 | | | | | | $455,329.26 | $2,749.48 | -$7,603.58 | $3,313.87 | $0.00 |
| 10/2/2023 | | $2,896.87 | | SUSPENSE | 9/1/2023 | $5,793.74 | | | | | $2,896.87 | $455,329.26 | $2,749.48 | -$7,603.58 | $3,313.87 | $2,896.87 |
| 10/3/2023 | | | | PAYMENT FROM SUSPENSE | 9/1/2023 | $2,896.87 | $484.62 | $1,375.47 | $1,036.78 | | ($2,896.87) | $454,844.64 | $1,374.01 | -$6,566.80 | $3,313.87 | $0.00 |
| 11/1/2023 | $2,896.87 | | | MONTHLY PAYMENT DUE | 10/1/2023 | $5,793.74 | | | | | | $454,844.64 | $2,746.55 | -$6,566.80 | $3,313.87 | $0.00 |
| 11/2/2023 | | $2,896.87 | | PAYMENT | 10/1/2023 | $2,896.87 | $486.08 | $1,374.01 | $1,036.78 | | | $454,358.56 | $1,372.54 | -$5,530.02 | $3,313.87 | $0.00 |
| 12/1/2023 | $2,896.87 | | | MONTHLY PAYMENT DUE | 11/1/2023 | $5,793.74 | | | | | | $454,358.56 | $2,745.08 | -$5,530.02 | $3,313.87 | $0.00 |
| 12/4/2023 | $135.37 | | | ACCR INT FOR BK FILING | 11/1/2023 | $5,793.74 | | $135.37 | | | | $454,358.56 | $2,880.45 | -$5,530.02 | $3,313.87 | $0.00 |
| 12/4/2023 | | | | BK FILED | 11/1/2023 | $5,793.74 | | | | | | $454,358.56 | $2,880.45 | -$5,530.02 | $3,313.87 | $0.00 |

# EXHIBIT B

**Specialized Loan Servicing**
Part of the Computershare Group
6200 S. QUEBEC ST., STE. 300
GREENWOOD VILLAGE, CO 80111

To obtain information about your account, contact us at ... M-F, 6:00 AM until 6:00 PM MT. We accept calls from relay services and provide translation services for individuals who indicates a language preference other than English. Se habla español.

**Mortgage Statement**
Statement Date: 11/03/23

| | |
|---|---|
| Account Number | 1009777995 |
| Payment Date | 11/15/23 |
| Payment Amount | $40,847.81 |

MORGAN G STEELE
38055 DEBBY LN
HEMET, CA 925449795

001059

Property Address:
38055 DEBBY LN
HEMET, CA 92544

---

### Bankruptcy Message

**Our records show that either you are a debtor in bankruptcy or you discharged personal liability for your mortgage loan in bankruptcy.**

We are sending this statement to you for informational and compliance purposes only. It is not an attempt to collect a debt against you.

If you want to stop receiving statements, write to us.

### Explanation of Payment Amount

| | |
|---|---|
| Principal | $0.00 |
| Interest | $0.00 |
| Escrow (for Taxes and Insurance) | $0.00 |
| **Regular Monthly Payment** | **$0.00** |
| Total New Fees and Charges | $0.00 |
| Past Unpaid Amounts | $40,847.81 |
| Unapplied/Suspense | $0.00 |
| **Total Payment Amount** | **$40,847.81** |

### Account Information

| | |
|---|---|
| Outstanding Principal | $39,307.81 |
| Deferred Principal | $0.00 |
| Escrow Balance | $0.00 |
| Interest Rate | 0.0001% |
| Prepayment Penalty | No |
| Deferred Interest | $0.00 |
| Other Deferred Amounts | $0.00 |
| Uncollected Interest | $0.00 |

### Past Payments Breakdown

| | Paid Last Month | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes and Insurance) | $0.00 | $0.00 |
| Fees/Charges/Optional Product | $0.00 | $0.00 |
| Unapplied/Suspense | $0.00 | $0.00 |
| **Total** | **$0.00** | **$0.00** |

### Important Messages

**If your account has been approved for a forbearance plan, your payment is not due until the end of that plan.**

### **Account History**

Recent Account History
Unpaid balance as of 09/15/14: $37,345.05

11/15/23: Current Payment $0.00
Total Unpaid Fees, Charges, and Payment Advances/Uncollected Escrow Payments: $1,540.00

**Total $40,847.81 unpaid amount that, if paid, would bring the account current.**

**If You Are Experiencing Financial Difficulty:** You may contact the U.S. Department of Housing and Urban Development (HUD) for a list of homeownership counselors or counseling organizations in your area, call 1-800-569-4287 or go to http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm.

### Transaction Activity (10/04/23 to 11/03/23)

| Effective Date | Description | Total | Interest | Principal | Escrow (for Taxes and Insurance) | Optional Product | Fees/ Charges | Unapplied/ Suspense* |
|---|---|---|---|---|---|---|---|---|
| | | ***NO TRANSACTIONS TO REPORT*** | | | | | | |

---

**PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION AND DISCLOSURES.**

003CDP006F

---

SPECIALIZED LOAN SERVICING LLC
PO BOX 636007
LITTLETON, CO 80163-6007

☐ Check if your address has changed and fill out form on reverse side, signature required.

LOAN NUMBER: 1009777995
DATE: 11/03/23

38055 DEBBY LN
HEMET, CA 92544

### Bankruptcy Message

**Our records show that either you are a debtor in bankruptcy or you discharged personal liability for your mortgage loan in bankruptcy.**

We are sending this statement to you for informational and compliance purposes only. It is not an attempt to collect a debt against you.

If you want to stop receiving statements, write to us.

SPECIALIZED LOAN SERVICING LLC
PO BOX 636007
LITTLETON, CO 80163-6007

1009777995900000000000000000040847815

| **How to Contact Us** (We provide a toll-free number and multilingual trained individuals who provide assistance in a language other than English. Se habla español.) | | | |
|---|---|---|---|
| **Notice of Error and Requests for Information/ Direct Disputes:** | Specialized Loan Servicing LLC P.O. Box 630147 Littleton, CO 80163-0147 | **Insurance Information:** | Specialized Loan Servicing LLC P.O. Box 4500 Springfield, OH 45501 Phone: 1-800-441-4145 www.MyCoverageInfo.com PIN Number mci2453 |
| **General Inquiries:** | Specialized Loan Servicing LLC P.O. Box 636005 Littleton, CO 80163-6005 General Fax: 1-720-241-7218 | | |
| **Tax Information:** | Specialized Loan Servicing LLC 3001 Hackberry Rd Irving, TX 75063 Phone: 1-866-801-1373 Fax: 1-817-826-0460 | **Insurance Loss Claims Information:** | Specialized Loan Servicing LLC P.O. Box 6501 Springfield, OH 45501 Phone: 1-888-528-0454 Fax: 1-678-459-9746 www.InsuranceClaimCheck.com |

| **Important Information and Legal Disclosures** | |
|---|---|
| **Error Resolution and Requests for Information/Direct Disputes** | Borrowers have certain rights under Federal law related to resolving errors and requesting information about their account. You may learn more about your rights by contacting Specialized Loan Servicing LLC at 1-800-315-4757 or you may visit our website at www.sls.net to find additional information about our error resolution procedures and requests for information. Notices of Error and Requests for Information/ Direct Disputes must be sent to P.O. Box 630147, Littleton, CO 80163-0147. |
| **SCRA Notice** | If you are a servicemember or person eligible for protection under the Servicemembers Civil Relief Act (SCRA), your loan may not incur fees, and we will not move for foreclosure as long as you are protected by SCRA.  If you believe you may be eligible for SCRA protection, please contact us at 1-800-315-4757. |

**SPECIALIZED LOAN SERVICING LLC IS REQUIRED BY FEDERAL LAW TO ADVISE YOU THAT THIS COMMUNICATION IS FROM A DEBT COLLECTOR.**

**BANKRUPTCY NOTICE - IF YOU ARE A CUSTOMER IN BANKRUPTCY OR A CUSTOMER WHO HAS RECEIVED A BANKRUPTCY DISCHARGE OF THIS DEBT: PLEASE BE ADVISED THAT THIS NOTICE IS TO INFORM YOU OF THE STATUS OF THE MORTGAGE SECURED BY THE SUBJECT PROPERTY. THIS NOTICE CONSTITUTES NEITHER A DEMAND FOR PAYMENT NOR A NOTICE OF PERSONAL LIABILITY TO ANY RECIPIENT HEREOF, WHO MIGHT HAVE RECEIVED A DISCHARGE OF SUCH DEBT IN ACCORDANCE WITH APPLICABLE BANKRUPTCY LAWS OR WHO MIGHT BE SUBJECT TO THE AUTOMATIC STAY OF SECTION 362 OF THE UNITED STATES BANKRUPTCY CODE. IF YOU RECEIVED A DISCHARGE OF THE DEBT IN BANKRUPTCY, WE ARE AWARE THAT YOU HAVE NO PERSONAL OBLIGATION TO REPAY THE DEBT. WE RETAIN THE RIGHT TO ENFORCE THE LIEN AGAINST THE COLLATERAL PROPERTY, WHICH HAS NOT BEEN DISCHARGED IN YOUR BANKRUPTCY, IF ALLOWED BY LAW AND/OR CONTRACT. IF YOU HAVE QUESTIONS, PLEASE CONTACT US AT 1-800-306-6057.**

| **Change of Address** |
|---|

Check the appropriate box:    ☐  Change of Mailing Address            ☐  Change of Telephone Number

Borrower's Name: _____

Borrower's New Street Address: _____

City, State, Zip/Postal Code: _____

Borrower's Telephone Number: Home: (_____) _____ Work: (_____) _____

Loan Number: _____ Signature Required: _____

# EXHIBIT C

# CHICAGO TITLE®

## PROPERTY PROFILE

| PROPERTY OVERVIEW | 38055 DEBBY LN, HEMET, CA 92544-9795 |
|---|---|

### Owner and Geographic Information

| Primary Owner: | | Secondary Owner: | | |
|---|---|---|---|---|
| STEELE, TARA C | | | | |
| Site Address: | | Mail Address: | | |
| 38055 DEBBY LN, HEMET, CA 92544-9795 | | 38055 DEBBY LN, HEMET, CA 92544-9795 | | |
| APN: | 571-330-015 | Lot Number: | 6 | Page / Grid: |
| Housing Tract Number: | 11430 | | | |
| Legal Description: | Lot Code: | 6 | | |
| | Tract Number: | 11430 | | |
| | Legal Brief Description: | LOT:6 TR#:11430 5.60 ACRES NET IN LOT 6 MB 106/083 TR 11430 | | |

### Property Details

| Bedrooms: | 3 | Year Built: | 1988 | Square Feet: | 1,216 |
|---|---|---|---|---|---|
| Bathrooms: | 1.75 | Garage: | Attached 2 | Lot Size: | 5.6 AC |
| Total Rooms: | | Fireplace: | 1 | Number of Units: | 0 |
| Zoning: | | Pool: | P | Use Code: | Single Family Residential |

### Sale Information

| Transfer Date: | 06/29/2022 | Seller: | STEELE, MORGAN GRANT; STEELE, TARA C |
|---|---|---|---|
| Transfer Value: | $0.00 | Document#: | 2022-0291433 |
| Cost/Sq Feet: | | | |

### Assessment and Taxes

| Assessed Value: | $432,921.00 | Percent Improvement: | 84.53% | Homeowner Exemption: | H |
|---|---|---|---|---|---|
| Land Value: | $66,963.00 | Tax Amount: | $7,033.48 | Tax Rate Area: | 71-008 |
| Improvement Value: | $365,958.00 | Tax Status: | Current | Tax Account ID: | 571330015 |
| Market Improvement Value: | | Market Land Value: | | Tax Year: | 2023 |
| Market Value: | | | | | |
| County Tax Site URL: | https://ca-riverside-ttc.publicaccessnow.com/Search/PropertyAddressSearch.aspx | | | | |

CHICAGO TITLE

| PROPERTY HISTORY | 38055 DEBBY LN, HEMET, CA 92544-9795 |
|---|---|

### Foreclosure Record - 12/05/2023

| | | | |
|---|---|---|---|
| **Recording Date:** | 12/05/2023 | **Document#:** | 2023-0362066 |
| **Document Type:** | Notice of Rescission | | |
| **Lender Type:** | | **Borrowers Name:** | |
| **Vesting:** | | | |
| **Legal Description:** | | | |

### Foreclosure Record - 06/12/2023

| | | | |
|---|---|---|---|
| **Recording Date:** | 06/12/2023 | **Document#:** | 2023-0167424 |
| **Document Type:** | Notice of Sale | | |
| **Lender Type:** | | **Borrowers Name:** | |
| **Vesting:** | | | |
| **Legal Description:** | | | |

### Foreclosure Record - 11/04/2022

| | | | |
|---|---|---|---|
| **Recording Date:** | 11/04/2022 | **Document#:** | 2022-0460422 |
| **Document Type:** | Notice of Default | | |
| **Lender Type:** | | **Borrowers Name:** | |
| **Vesting:** | | | |
| **Legal Description:** | | | |

### Prior Transfer - 06/29/2022

| | | | |
|---|---|---|---|
| **Recording Date:** | 06/29/2022 | **Document#:** | 2022-0291433 |
| **Price:** | $0.00 | **Document Type:** | Intra-family Transfer or Dissolution |
| **First TD:** | | **Type of Sale:** | Transfer Tax on doc. indicated as EXEMPT |
| **Lender Name:** | | | |
| **Buyer Name:** | STEELE, TARA C | **Buyer Vesting:** | |
| **Seller Name:** | STEELE, MORGAN GRANT; STEELE, TARA C | | |
| **Legal Description:** | **Lot Number:** 6 | | |
| | **Subdivision:** TRACT 11430 | | |
| | **Map Ref:** MB 106 PG 83-87 | | |
| | **City / Muni / Twp:** HEMET | | |

### Assignment Record - 04/15/2022

| | | | |
|---|---|---|---|
| **Recording Date:** | 04/15/2022 | **Document#:** | 2022-0179520 |
| **Price:** | | **Document Type:** | Assignment of Mortgage |
| **TD Due Date:** | | **Type of Financing:** | |
| **Lender Name:** | | | |
| **Lender Type:** | | **Borrowers Name:** | STEELE,TARA |
| **Vesting:** | | | |
| **Legal Description:** | | | |

**CHICAGO TITLE**

| PROPERTY HISTORY | 38055 DEBBY LN, HEMET, CA 92544-9795 |
|---|---|

**Assignment Record - 01/04/2022**

| | | | |
|---|---|---|---|
| **Recording Date:** | 01/04/2022 | **Document#:** | 2022-0002984 |
| **Price:** | | **Document Type:** | Assignment of Mortgage |
| **TD Due Date:** | | **Type of Financing:** | |
| **Lender Name:** | | | |
| **Lender Type:** | | **Borrowers Name:** | STEELE,MORGAN GRANT;STEELE,TARA C |
| **Vesting:** | | | |
| **Legal Description:** | | | |

**Foreclosure Record - 08/06/2014**

| | | | |
|---|---|---|---|
| **Recording Date:** | 08/06/2014 | **Document#:** | 2014-0296321 |
| **Document Type:** | Notice of Rescission | | |
| **Lender Type:** | | **Borrowers Name:** | |
| **Vesting:** | | | |
| **Legal Description:** | | | |

**Foreclosure Record - 08/09/2010**

| | | | |
|---|---|---|---|
| **Recording Date:** | 08/09/2010 | **Document#:** | BK-PG: 0-0 |
| **Document Type:** | Notice of Trustee's Sale | | |
| **Lender Type:** | | **Borrowers Name:** | |
| **Vesting:** | | | |
| **Legal Description:** | | | |

**Foreclosure Record - 09/15/2009**

| | | | |
|---|---|---|---|
| **Recording Date:** | 09/15/2009 | **Document#:** | 2009-0480101 |
| **Document Type:** | Notice of Sale | | |
| **Lender Type:** | | **Borrowers Name:** | |
| **Vesting:** | | | |
| **Legal Description:** | | | |

**Foreclosure Record - 06/05/2009**

| | | | |
|---|---|---|---|
| **Recording Date:** | 06/05/2009 | **Document#:** | 2009-0286955 |
| **Document Type:** | Notice of Default | | |
| **Lender Type:** | | **Borrowers Name:** | |
| **Vesting:** | | | |
| **Legal Description:** | **Lot Number:** | 6 | |

**PROPERTY HISTORY**        **38055 DEBBY LN, HEMET, CA 92544-9795**

### Mortgage Record - 11/14/2006

| | | | |
|---|---|---|---|
| Recording Date: | 11/14/2006 | Document#: | 2006-0841283 |
| Loan Amount: | $56,000.00 | Loan Type: | Credit Line (Revolving) |
| TD Due Date: | | Type of Financing: | |
| Lender Name: | SECURED FUNDING CORP | | |
| Lender Type: | | Borrowers Name: | STEELE, MORGAN GRANT; STEELE, TARA C |
| Vesting: | JT | | |
| Legal Description: | Lot Number: | 6 | |
| | Tract Number: | 11430 | |
| | Map Ref: | 0 | |
| | City / Muni / Twp: | HEMET | |

### Release Record - 11/01/2006

| | | | |
|---|---|---|---|
| Recording Date: | 11/01/2006 | Document#: | 2006-0806012 |
| Price: | | Document Type: | Release of Mortgage |
| TD Due Date: | | Type of Financing: | |
| Lender Name: | | | |
| Lender Type: | | Borrowers Name: | TARA STEELE |
| Vesting: | | | |
| Legal Description: | | | |

### Prior Transfer - 07/11/2006

| | | | |
|---|---|---|---|
| Recording Date: | 07/11/2006 | Document#: | 2006-0504123 |
| Price: | $0.00 | Document Type: | Intra-family Transfer or Dissolution |
| First TD: | | Type of Sale: | Non-Arms Length Transfer |
| Lender Name: | | | |
| Buyer Name: | STEELE, MORGAN GRANT; STEELE, TARA C | Buyer Vesting: | JT |
| Seller Name: | STEELE, TARA | | |
| Legal Description: | Lot Number: | 6 | |
| | Tract Number: | 11430 | |
| | Map Ref: | MB106 PG83-87 | |
| | City / Muni / Twp: | HEMET | |

### Release Record - 07/03/2006

| | | | |
|---|---|---|---|
| Recording Date: | 07/03/2006 | Document#: | 2006-0481835 |
| Price: | | Document Type: | Release of Mortgage |
| TD Due Date: | | Type of Financing: | |
| Lender Name: | | | |
| Lender Type: | | Borrowers Name: | TARA STEELE |
| Vesting: | | | |
| Legal Description: | | | |

### Mortgage Record - 06/09/2006

| | | | |
|---|---|---|---|
| Recording Date: | 06/09/2006 | Document#: | 2006-0421085 |
| Loan Amount: | $522,750.00 | Loan Type: | Negative Amortization |
| TD Due Date: | | Type of Financing: | |
| Lender Name: | AMERICAN BROKERS CONDUIT | | |
| Lender Type: | | Borrowers Name: | STEELE, TARA |
| Vesting: | MW | | |
| Legal Description: | Lot Number: | 6 | |
| | Tract Number: | 11430 | |
| | Map Ref: | MB106 PG83-87 | |

**CHICAGO TITLE**

| PROPERTY HISTORY | 38055 DEBBY LN, HEMET, CA 92544-9795 |
|---|---|

### Prior Transfer - 06/09/2006

| | | | |
|---|---|---|---|
| **Recording Date:** | 06/09/2006 | **Document#:** | 2006-0421084 |
| **Price:** | $0.00 | **Document Type:** | Intra-family Transfer or Dissolution |
| **First TD:** | | **Type of Sale:** | Non-Arms Length Transfer |
| **First TD Doc:** | 2006-0421085 | | |
| **Lender Name:** | | | |
| **Buyer Name:** | STEELE, TARA | **Buyer Vesting:** | MW |
| **Seller Name:** | STEELE, MORGAN GRANT | | |
| **Legal Description:** | **Lot Number:** 6 | | |
| | **Tract Number:** 11430 | | |
| | **Map Ref:** MB106 PG83-87 | | |

### Prior Transfer - 03/03/2006

| | | | |
|---|---|---|---|
| **Recording Date:** | 03/03/2006 | **Document#:** | 2006-0156751 |
| **Price:** | $0.00 | **Document Type:** | Intra-family Transfer or Dissolution |
| **First TD:** | | **Type of Sale:** | Non-Arms Length Transfer |
| **Lender Name:** | | | |
| **Buyer Name:** | STEELE, MORGAN GRANT; STEELE, TARA | **Buyer Vesting:** | JT |
| **Seller Name:** | STEELE, TARA | | |
| **Legal Description:** | **Lot Number:** 6 | | |
| | **Tract Number:** 11430 | | |
| | **Map Ref:** MB106 PG83-87 | | |

### Mortgage Record - 05/11/2005

| | | | |
|---|---|---|---|
| **Recording Date:** | 05/11/2005 | **Document#:** | 2005-0371442 |
| **Loan Amount:** | $63,742.00 | **Loan Type:** | Building or Construction Loan |
| **TD Due Date:** | | **Type of Financing:** | |
| **Lender Name:** | GE MONEY BANK | | |
| **Lender Type:** | | **Borrowers Name:** | STEELE, TARA |
| **Vesting:** | | | |
| **Legal Description:** | **Lot Number:** 6 | | |
| | **Tract Number:** 11430 | | |
| | **Map Ref:** 0 | | |

### Release Record - 04/05/2005

| | | | |
|---|---|---|---|
| **Recording Date:** | 04/05/2005 | **Document#:** | 2005-0265700 |
| **Price:** | | **Document Type:** | Release of Mortgage |
| **TD Due Date:** | | **Type of Financing:** | |
| **Lender Name:** | | | |
| **Lender Type:** | | **Borrowers Name:** | TARA C STEELE |
| **Vesting:** | | | |
| **Legal Description:** | | | |

**PROPERTY HISTORY**                                        **38055 DEBBY LN, HEMET, CA 92544-9795**

### Mortgage Record - 03/04/2005

| | | | |
|---|---|---|---|
| **Recording Date:** | 03/04/2005 | **Document#:** | 2005-0175592 |
| **Loan Amount:** | $371,250.00 | **Loan Type:** | Non Purchase Money Loan |
| **TD Due Date:** | | **Type of Financing:** | |
| **Lender Name:** | WASHINGTON MUTUAL BANK FA | | |
| **Lender Type:** | | **Borrowers Name:** | STEELE, TARA |
| **Vesting:** | MW | | |
| **Legal Description:** | **Lot Number:** | 6 | |
| | **Tract Number:** | 11430 | |
| | **Map Ref:** | MB106 PG83-87 | |
| | **City / Muni / Twp:** | HEMET | |

### Prior Transfer - 03/04/2005

| | | | |
|---|---|---|---|
| **Recording Date:** | 03/04/2005 | **Document#:** | 2005-0175591 |
| **Price:** | $0.00 | **Document Type:** | Intra-family Transfer or Dissolution |
| **First TD:** | | **Type of Sale:** | Non-Arms Length Transfer |
| **First TD Doc:** | 2005-0175592 | | |
| **Lender Name:** | | | |
| **Buyer Name:** | STEELE, TARA | **Buyer Vesting:** | MW |
| **Seller Name:** | STEELE, TARA C; STEEL, MORGAN GRANT | | |
| **Legal Description:** | **Lot Number:** | 6 | |
| | **Tract Number:** | 11430 | |
| | **Map Ref:** | MB106 PG83-87 | |
| | **City / Muni / Twp:** | HEMET | |

### Prior Transfer - 04/29/2004

| | | | |
|---|---|---|---|
| **Recording Date:** | 04/29/2004 | **Document#:** | 2004-0317009 |
| **Price:** | $0.00 | **Document Type:** | Intra-family Transfer or Dissolution |
| **First TD:** | | **Type of Sale:** | Non-Arms Length Transfer |
| **Lender Name:** | | | |
| **Buyer Name:** | STEELE, MORGAN GRANT; STEELE, TARA C | **Buyer Vesting:** | JT |
| **Seller Name:** | STEELE, TARA C | | |
| **Legal Description:** | **Lot Number:** | 6 | |
| | **Tract Number:** | 11430 | |
| | **Map Ref:** | MB106 PG83-87 | |

### Mortgage Record - 04/21/2004

| | | | |
|---|---|---|---|
| **Recording Date:** | 04/21/2004 | **Document#:** | |
| **Loan Amount:** | $65,980.00 | **Loan Type:** | |
| **TD Due Date:** | | **Type of Financing:** | |
| **Lender Name:** | | | |
| **Lender Type:** | | **Borrowers Name:** | STEELE, TARA C |
| **Vesting:** | MW | | |
| **Legal Description:** | **Lot Number:** | 6 | |
| | **Tract Number:** | 11430 | |
| | **Map Ref:** | MB106 PG83-87 | |

CHICAGO TITLE

| PROPERTY HISTORY | 38055 DEBBY LN, HEMET, CA 92544-9795 |
|---|---|

**Mortgage Record - 04/21/2004**

| | | | |
|---|---|---|---|
| Recording Date: | 04/21/2004 | Document#: | 2004-0291173 |
| Loan Amount: | $263,920.00 | Loan Type: | Unknown Loan Type |
| TD Due Date: | | Type of Financing: | |
| Lender Name: | FREMONT INVESTMENT & LOAN | | |
| Lender Type: | | Borrowers Name: | STEELE, TARA C |
| Vesting: | MW | | |
| Legal Description: | | Lot Number: | 6 |
| | | Tract Number: | 11430 |
| | | Map Ref: | MB106 PG83-87 |

**Prior Transfer - 04/21/2004**

| | | | |
|---|---|---|---|
| Recording Date: | 04/21/2004 | Document#: | 2004-0291172 |
| Price: | $0.00 | Document Type: | Intra-family Transfer or Dissolution |
| First TD: | | Type of Sale: | Non-Arms Length Transfer |
| Lender Name: | | | |
| Buyer Name: | STEELE, TARA C | Buyer Vesting: | MW |
| Seller Name: | STEELE, MORGAN | | |
| Legal Description: | | Lot Number: | 6 |
| | | Tract Number: | 11430 |
| | | Map Ref: | MB106 PG83-87 |

**Prior Transfer - 04/21/2004**

| | | | |
|---|---|---|---|
| Recording Date: | 04/21/2004 | Document#: | 2004-0291171 |
| Price: | $330,000.00 | Document Type: | Grant Deed |
| First TD: | | Type of Sale: | Price Unconfirmed |
| First TD Doc: | 2004-0291173 | | |
| Lender Name: | | | |
| Buyer Name: | STEELE, TARA C | Buyer Vesting: | MW |
| Seller Name: | ISAAC, MICHAEL D; ISAAC, LEANNE G | | |
| Legal Description: | | Lot Number: | 6 |
| | | Tract Number: | 11430 |
| | | Map Ref: | MB106 PG83-87 |

CHICAGO TITLE®

**PLAT MAP**

This map/plat is being furnished as an aid in locating the herein described Land in relation to adjoining streets, natural boundaries and other land, and is not a survey of the land depicted. Except to the extent a policy of title insurance is expressly modified by endorsement, if any, the Company does not insure dimensions, distances, location of easements, acreage or other matters shown thereon.

**Click map image to view PDF version**

CHICAGO TITLE

## LIMITATIONS OF LIABILITY

THIS REPORT IS LIMITED IN SCOPE. IT IS NOT A COMMITMENT, ABSTRACT OF TITLE, TITLE OPINION, CERTIFICATE OF TITLE OR PRELIMINARY TITLE REPORT, NOR IS IT A REPRESENTATION OF THE STATUS OF TITLE, AND ITS ACCURACY IS NOT INSURED. WHILE THIS INFORMATION IS BELIEVED TO BE CORRECT, THE COMPANY MAKES NO REPRESENTATIONS AS TO ITS ACCURACY, DISCLAIMS ANY WARRANTIES AS TO THE REPORT, ASSUMES NO DUTIES TO YOU OR ANY THIRD PARTY, DOES NOT INTEND FOR YOU OR ANY THIRD PARTY TO RELY ON THE REPORT, AND ASSUMES NO LIABILITY FOR ANY LOSS OCCURRING BY REASON OF RELIANCE ON THIS REPORT OR OTHERWISE. IN PROVIDING THIS REPORT, THE COMPANY IS NOT ACTING AS AN ABSTRACTOR OF TITLE. IF IT IS DESIRED THAT LIABILITY BE ASSUMED BY THE COMPANY, YOU MAY REQUEST AND PURCHASE A POLICY OF TITLE INSURANCE, A BINDER, OR A COMMITMENT TO ISSUE A POLICY OF TITLE INSURANCE. NO ASSURANCE IS GIVEN AS TO THE INSURABILITY OF THE TITLE. CUSTOMER RECOGNIZES THAT THE FEE CHARGED IS NOMINAL IN RELATION TO THE POTENTIAL LIABILITY WHICH COULD ARISE FROM SUCH ERRORS, OMISSIONS OR NEGLIGENCE. THEREFORE, CUSTOMER UNDERSTANDS THAT THE COMPANY IS NOT WILLING TO PROCEED IN THE PREPARATION AND ISSUANCE OF THE REQUESTED REPORT UNLESS THE COMPANY'S LIABILITY IS STRICTLY LIMITED. CUSTOMER AGREES, AS PART OF THE CONSIDERATION FOR THE ISSUANCE OF THE REPORT, THAT THE TOTAL AGGREGATE LIABILITY OF THE COMPANY AND ITS AGENTS, SUBSIDIARIES, AFFILIATES, EMPLOYEES AND SUBCONTRACTORS SHALL NOT IN ANY EVENT EXCEED THE COMPANY'S TOTAL FEE FOR THE REPORT. IN NO EVENT WILL THE COMPANY, ITS SUBSIDIARIES, AFFILIATES, EMPLOYEES, SUBCONTRACTORS OR AGENTS BE LIABLE FOR CONSEQUENTIAL, INCIDENTAL, DIRECT, INDIRECT, PUNITIVE, EXEMPLARY OR SPECIAL DAMAGES REGARDLESS OF WHETHER SUCH LIABILITY IS BASED ON BREACH OF CONTRACT, TORT, NEGLIGENCE OF THE COMPANY, STRICT LIABILITY, BREACH OF WARRANTIES, FAILURE OF ESSENTIAL PURPOSE, OR OTHERWISE.

This property profile is being provided as a general service to the community at large without the condition of the referral of title insurance business.

# EXHIBIT D



APPRAISAL OF REAL PROPERTY

LOCATED AT:
38055 Debby Ln
5.60 ACRES NET IN LOT 6 MB 106/083 TR 11430
Hemet, CA 92544

FOR:
Tara Steele
38055 Debby Lane
Hemet, CA  92544

AS OF:
12/04/2023 (Retrospective)

BY:
Dianna S Dunn
Pacific Appraisals
951-261-8055 Office
951 445-0725 Cell
pacificappraisal1@gmail.com
www.pacificappraisal.com

Dianna S Dunn
Pacific Appraisals
P. O. Box 982
Lake Elsinore, CA 92531


March 03, 2024


Tara Steele
38055 Debby Lane
Hemet, CA 92544


Re: Property:    38055 Debby Ln
                 Hemet, CA 92544
    Owner:       N/A
    File No.:    F240011


In accordance with your request, we have appraised the above referenced property. The report of that appraisal is attached.

The purpose of this appraisal is to estimate the market value of the property described in this appraisal report as of **December 04, 2023**, as improved, in unencumbered fee simple title of ownership.

This report is based on a physical analysis of the site and improvements, a locational analysis of the neighborhood and city, and an economic analysis of the market for properties such as the subject. The appraisal was developed and the report was prepared in accordance with the Uniform Standards of Professional Appraisal Practice.

The value conclusions reported are as of the effective date stated in the body of the report and contingent upon the certification and limiting conditions attached.

It has been a pleasure to assist you. Please do not hesitate to contact me or any of my staff if we can be of additional service to you.


Sincerely,


Dianna S Dunn
AR023017 - Certified Residential Real Estate Appraiser
951-261-8055

# RESIDENTIAL APPRAISAL REPORT

Public Appraisal #91724175055

File No.: F240011

## SUBJECT

| | |
|---|---|
| Property Address: 38055 Debby Ln | City: Hemet  State: CA  Zip Code: 92544 |
| County: Riverside | Legal Description: 5.60 ACRES NET IN LOT 6 MB 106/083 TR 11430 |

Assessor's Parcel #: 571-330-015

| | |
|---|---|
| Tax Year: 2023 | R.E. Taxes: $ 7,033 | Special Assessments: $ 0 | Borrower (if applicable): N/A |

Current Owner of Record: Steele, Tara C   Occupant: ☒ Owner ☐ Tenant ☐ Vacant ☐ Manufactured Housing

Project Type: ☐ PUD ☐ Condominium ☐ Cooperative ☒ Other (describe) SingleFamilyResidence  HOA: $ 0  ☐ per year ☐ per month

Market Area Name: Sage   Map Reference: 40140   Census Tract: 0432.93

## ASSIGNMENT

The purpose of this appraisal is to develop an opinion of: ☒ Market Value (as defined), or ☐ other type of value (describe)

This report reflects the following value (if not Current, see comments): ☐ Current (the Inspection Date is the Effective Date) ☒ Retrospective ☐ Prospective

Approaches developed for this appraisal: ☒ Sales Comparison Approach ☐ Cost Approach ☐ Income Approach   (See Reconciliation Comments and Scope of Work)

Property Rights Appraised: ☒ Fee Simple ☐ Leasehold ☐ Leased Fee ☐ Other (describe)

Intended Use: The purpose and intended use of this report is to develop and report an opinion of market value to assist the client in evaluating the subject property as of December 04, 2023 (Retrospective), for bankruptcy purposes.

Intended User(s) (by name or type): The intended user of this report is Tara Steele, legal counsel and superior courts.

Client: Tara Steele   Address: 38055 Debby Lane, Hemet, CA 92544

Appraiser: Dianna S Dunn   Address: P O Box 982, Lake Elsinore, CA 92531

## MARKET AREA DESCRIPTION

| Location: | ☐ Urban ☒ Suburban ☐ Rural | Predominant Occupancy | One-Unit Housing | | Present Land Use | Change in Land Use |
|---|---|---|---|---|---|---|
| Built up: | ☐ Over 75% ☒ 25-75% ☐ Under 25% | | PRICE $(000) | AGE (yrs) | One-Unit 60 % | ☒ Not Likely |
| Growth rate: | ☐ Rapid ☒ Stable ☐ Slow | ☒ Owner | 106K Low 15 | | 2-4 Unit 0 % | ☐ Likely * ☐ In Process * |
| Property values: | ☐ Increasing ☒ Stable ☐ Declining | ☐ Tenant | 580K High 99 | | Multi-Unit 0 % | * To: |
| Demand/supply: | ☒ Shortage ☐ In Balance ☐ Over Supply | ☐ Vacant (0-5%) | 445K Pred 46 | | Comm'l 0 % | |
| Marketing time: | ☒ Under 3 Mos. ☐ 3-6 Mos. ☐ Over 6 Mos. | ☐ Vacant (>5%) | | | Vacant 40 % | |

Market Area Boundaries, Description, and Market Conditions (including support for the above characteristics and trends): See attached addenda.

## SITE DESCRIPTION

| | |
|---|---|
| Dimensions: See Plat Map Addendum | Site Area: 5.60 ac |
| Zoning Classification: R-A-5 | Description: Residential Agricultural Zone |

Zoning Compliance: ☒ Legal ☐ Legal nonconforming (grandfathered) ☐ Illegal ☐ No zoning

Are CC&Rs applicable? ☐ Yes ☒ No ☐ Unknown   Have the documents been reviewed? ☐ Yes ☐ No   Ground Rent (if applicable) $         /

Highest & Best Use as improved: ☒ Present use, or ☐ Other use (explain)

Actual Use as Effective Date: Residential/Agricultural   Use as appraised in this report: Residential/Agricultural

Summary of Highest & Best Use: The highest and best use of subject property is as improved in it's present use.

| Utilities | Public | Other | Provider/Description | Off-site Improvements | Type | Public | Private | Topography | AboveStreetGrade/UpSloped |
|---|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | ☐ | Public Utility | Street | All Weather Dirt | ☒ | ☐ | Size | Typical for Semi Rural areas |
| Gas | ☐ | ☒ | *Propane | Curb/Gutter | None | ☐ | ☐ | Shape | Irregular |
| Water | ☐ | ☒ | *Well | Sidewalk | None | ☐ | ☐ | Drainage | Appears Adequate |
| Sanitary Sewer | ☐ | ☒ | *Septic System | Street Lights | None | ☐ | ☐ | View | Hills/Mtns |
| Storm Sewer | ☐ | ☐ | None | Alley | None | ☐ | ☐ | | |

Other site elements: ☐ Inside Lot ☐ Corner Lot ☒ Cul de Sac ☐ Underground Utilities ☐ Other (describe)

FEMA Spec'l Flood Hazard Area ☐ Yes ☒ No  FEMA Flood Zone D  FEMA Map # 06065C2775G  FEMA Map Date 08/28/2008

Site Comments: The subject is located on a cul-de-sac lot above street grade. The lot size is typical in size at 5.60 acres with approximately 73,180 sf (30%) as useable land. Topography is upsloped to level to steep sloped and very rocky terrain. Subject has a view of surrounding hills and mountains, as does everyone else in the area. *Septic Systems, wells and propane are common for the area. Subject's well in not useable potable water (high rust iron content), therefore water is trucked in once a month. No external or adverse conditions noted.

## DESCRIPTION OF THE IMPROVEMENTS

| General Description | | Exterior Description | | Foundation | | Basement | ☒ None | Heating | |
|---|---|---|---|---|---|---|---|---|---|
| # of Units | 1 ☐ Acc.Unit | Foundation | Concrete/Avg-Gd | Slab | 100% | Area Sq. Ft. | 0 | Type | FAU |
| # of Stories | 1 | Exterior Walls | Stucco/Avg-Gd | Crawl Space | 0% | % Finished | 0 | Fuel | Gas |
| Type ☒ Det. ☐ Att. | | Roof Surface | Tile/Avg-Gd | Basement | None | Ceiling | N/A | | |
| Design (Style) | Ranch | Gutters & Dwnspts. | Metal/Avg-Gd | Sump Pump | ☐ None | Walls | N/A | Cooling | |
| ☒ Existing ☐ Proposed ☐ Und.Cons. | | Window Type | Vinyl/Avg-Gd | Dampness | ☐ NoneNoted | Floor | N/A | Central | CAC |
| Actual Age (Yrs.) | 35 | Storm/Screens | Scrns/Avg-Gd | Settlement | None Noted | Outside Entry | N/A | | |
| Effective Age (Yrs.) | 25 | | | Infestation | None Noted | | | | |

| Interior Description | | Appliances | Attic ☒ None | Amenities | | Car Storage | ☒ None |
|---|---|---|---|---|---|---|---|
| Floors | TravTile-Lmnt/Avg-Gd | Refrigerator | Stairs | Fireplace(s) # 2 | Woodstove(s) # 0 | Garage # of cars ( Tot.) | |
| Walls | Drywall/Average-Gd | Range/Oven | Drop Stair | Patio | Open FlagStone | Attach. | 0 |
| Trim/Finish | Wood/Average-Gd | Disposal | Scuttle ☒ | Deck | None | Detach. | 0 |
| Bath Floor | TravTile/Average-Gd | Dishwasher | Doorway | Porch | Covered | Bilt.-In | 0 |
| Bath Wainscot | TravStone/Avg-Good | Fan/Hood | Floor | Fence | ChnLink/Vinyl | Carport | 0 |
| Doors | Wood/Average-Good | Microwave | Heated | Pool | Pool/Spa | Driveway | 2-Car |
| | | Washer/Dryer | Finished | Addtnl | BBQStation | Surface | Asphalt ☐ 3-Car |

Finished area above grade contains:  5  Rooms  3  Bedrooms  2.0  Bath(s)  1,216  Square Feet of Gross Living Area Above Grade

Additional features:   See Addendum

Describe the condition of the property (including physical, functional and external obsolescence):   See attached addenda.

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.



# RESIDENTIAL APPRAISAL REPORT

File No.: F240011

**TRANSFER HISTORY**

| My research ☐ did ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal. |
|---|
| Data Source(s): SoCal MLS/ParcelQuest |

| 1st Prior Subject Sale/Transfer | Analysis of sale/transfer history and/or any current agreement of sale/listing: __Subject property has not transferred__ |
|---|---|
| Date: 04/21/2004 | ownership within the prior 36 months. Comparables 1, 2, 3, 4 and 5 have not transferred within the |
| Price: 330,000 | prior 12 months. Comparable 6 prior transfer was on 01/27/2022 for $290,000, it was completely |
| Source(s): ParcelQuest | remodeled and resold at it's current sale price. |
| 2nd Prior Subject Sale/Transfer | |
| Date: | |
| Price: | |
| Source(s): | |

## SALES COMPARISON APPROACH TO VALUE (if developed)    ☐ The Sales Comparison Approach was not developed for this appraisal.

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 38055 Debby Ln | 42880 Buck Rd | | 42577 E Benton Rd | | 40679 Gibbel Road | |
| | Hemet, CA 92544 | Hemet, CA 92544 | | Hemet, CA 92544 | | Hemet, CA 92544 | |
| Proximity to Subject | | 1.35 miles SE | | 1.58 miles NE | | 9.28 miles N | |
| Sale Price | $ N/A | | $ 400,000 | | $ 435,000 | | $ 470,000 |
| Sale Price/GLA | $ N/A /sq.ft. | $ 520.83 /sq.ft. | | $ 365.55 /sq.ft. | | $ 319.95 /sq.ft. | |
| Data Source(s) | MLS/ParcelQuest | CRMLS#IV23150462/DOM 2 | | CRMLS#SW22251030/DOM 72 | | CRMLS#SW22032929/DOM 6 | |
| Verification Source(s) | Physical Inspection | MLS/ParcelQuest/Doc#263772 | | MLS/ParcelQuest/Doc#153535 | | MLS/ParcelQuest/Doc#158477 | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. |
| Sales or Financing | N/A | Conv | | FHA | | FHA | |
| Concessions | N/A | 600 | -600 | 10000 | -10,000 | 0 | |
| Date of Sale/Time | N/A | 09/06/2023 | | 05/30/2023 | | 04/01/2022 | |
| Rights Appraised | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Location | Semi-Rural | Semi-Rural | | Semi-Rural | | Semi-Rural | |
| Site | 5.60ac/73,180sf usable | 2.50ac/65,340sf usable | +4,300 | 2.90ac/63,162sf usable | +5,500 | 3.36ac/51,227sf usable | +12,100 |
| View | Hills/Mtns | Hills/Mtns | | Hills/Mtns | | Hills/Mtns | |
| Design (Style) | Ranch | Ranch | | Ranch | | Ranch | |
| Quality of Construction | Average | Average | | Average | | Average | |
| Age | 35 A / 25 E | 37 A / 25 E | | 83 A / 25 E | | 58 A / 45 E | |
| Condition | Average-Good | SimilarUpgrades | -10,000 | SimilarUpgrades | | InferiorUpgrades | +10,000 |
| Above Grade | Total Bdrms Baths | Total Bdrms Baths | | Total Bdrms Baths | | Total Bdrms Baths | |
| Room Count | 5    3    2.0 | 4    2    1.0 | +12,000 | 4    2    1.0 | +12,000 | 5    3    2.0 | |
| Gross Living Area | 1,216 sq.ft. | 768 sq.ft. | +38,100 | 1,190 sq.ft. | | 1,469 sq.ft. | -21,500 |
| Basement & Finished | 0sf | 0sf | | 0sf | | 0sf | |
| Rooms Below Grade | None | None | | None | | None | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | FAU/CAC | FAU/CAC | | Wall/Window | | Wall/Radiant | |
| Energy Efficient Items | None | None | | None | | None | |
| Garage/Carport | None | None | | None | | None | |
| Porch/Patio/Deck | Patio/Porch | Patio/Porch | | Patio/Porch | | Patio/Porch | |
| Fireplaces | 2 Fireplaces | None | | 1 Fireplace | | 1 Fireplace | |
| Pool | Pool/Spa | None | | None | | ADU 405 sf | |
| ListPrice/DaysonMarket | N/A | $398,000/2 | | $459,000/72 | | $449,900/6 | |
| Type of Sale | N/A | Standard Sale | | Standard Sale | | Standard Sale | |
| Net Adjustment (Total) | | ☒ +   ☐ - | $ 43,800 | ☒ +   ☐ - | $ 7,500 | ☒ +   ☐ - | $ 600 |
| Adjusted Sale Price | | Net    11.0 % | | Net    1.7 % | | Net    0.1 % | |
| of Comparables | | Gross  16.3 % | $ 443,800 | Gross  6.3 % | $ 442,500 | Gross  9.3 % | $ 470,600 |

Summary of Sales Comparison Approach     There were very limited comparable sales available in subject's semi-rural market area. It was

necessary for the appraiser to expand the area of search to encompass all of the semi-rural area of Hemet as well as to go back in time a
full 24 months in order to obtain the six sales utilized. All sales are considered most representative of subject's estimate of fair market value.
The first perimeter of search was focused on gross living area, second focus was on lot size with third focus on age and most recent in time
with similar architectural design as well as condition. The appraiser has examined all sales that have transpired within the prior 24 month
time frame of 11/04/2021 to 12/04/2023 and utilized the most recent time, closest in location and most like subject in gross living area,
usable lot size and interior upgrades/condition. Sales utilized are believed to be the best and only comparables available. As the market is
indicated to be relatively stable over the prior twelve month time frame, time adjustments have been found unwarranted.


The individual line adjustments based on match paring, agent collaboration and an estimated cost to replicate the upgrade/remodeling
differences. The sales used represent a good substitution for the subject property based on similar overall GLA, bedroom/bath count, year
built, quality of construction and location. GLA adjustments applied at $85 per sq ft.  Bath count adjusted at $12,000 per full bath and
$7,500 per half bath. Age adjustments found unwarranted as all properties are relatively similar in overall remaining economic life and
interior upgrades/condition and have been adjusted for any upgrade/condition differences. Condition adjustments are for interior upgrade
differences determined via MLS photos and commentary and in some cases with conversation with listing agents. Adjustments applied at a
percentage of replacement cost which is researched via numerous on line replacement cost websites (i.e., Homewyse.com,
HomeAdvisor.com, Lowes, HomeDepot, etc.). Lot size adjustments applied at $.55 per usable sq ft and based on analysis of vacant land
sales in the semi-rural area. Subjects lot has been determined to be approximately 30% usable due to the rocky sloped terrain. Each
comparable sale has also been examined closely to verify actual estimated usability as well, and adjusted based on usability. Garage bay
count adjusted at $10,000 per bay and is based on a percentage of replacement cost. Subject no longer has a usable garage as the garage
space has been permanently converted to living space (family room) with a fireplace installed, which was not permitted. Subject's pool and
spa are considered an over-improvement for this semi-rural area, as although there are some homes with pools, they are very few and none
were located that have sold within the prior two year time frame to utilize in bracketing the amenity. Sales utilized are considered good
purchase alternatives. Sales utilized are considered the best comparables available and the most appropriate in representation of subject
property.
Insufficient data available to extract market support for pool/spa, fireplace, heating/air-conditioning, barn, RV carport or converted garage to
ADU differentials, therefore no adjustments applied. As we were unable to bracket subject with a closed sale with a pool/spa, we have
reconciled slightly above mid-range in consideration of the amenity.
See attached Comparables page 6 for continued Sales Comparison Summary and Reconciliation commentary

Indicated Value by Sales Comparison Approach $    460,000

# RESIDENTIAL APPRAISAL REPORT

File No.: F240011

## COST APPROACH

COST APPROACH TO VALUE (if developed)    ☒ The Cost Approach was not developed for this appraisal.

Provide adequate information for replication of the following cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value):

| ESTIMATED ☐ REPRODUCTION OR ☐ REPLACEMENT COST NEW | OPINION OF SITE VALUE | = $ |
|---|---|---|
| Source of cost data: | DWELLING Sq.Ft. @ $ | = $ |
| Quality rating from cost service: Effective date of cost data: | Sq.Ft. @ $ | = $ |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.): | Sq.Ft. @ $ | = $ |
| | Sq.Ft. @ $ | = $ |
| | Sq.Ft. @ $ | = $ |
| | | = $ |
| | Garage/Carport Sq.Ft. @ $ | = $ |
| | Total Estimate of Cost-New | = $ |
| | Less Physical Functional External | |
| | Depreciation | = $( ) |
| | Depreciated Cost of Improvements | = $ |
| | "As-is" Value of Site Improvements | = $ |
| | | = $ |
| | | = $ |
| Estimated Remaining Economic Life (if required): Years | INDICATED VALUE BY COST APPROACH | = $ |

## INCOME APPROACH

INCOME APPROACH TO VALUE (if developed)    ☒ The Income Approach was not developed for this appraisal.

Estimated Monthly Market Rent $ _____ X Gross Rent Multiplier _____ = $ _____    Indicated Value by Income Approach _____

Summary of Income Approach (including support for market rent and GRM):

## PUD

PROJECT INFORMATION FOR PUDs (if applicable)    ☐ The Subject is part of a Planned Unit Development.

Legal Name of Project:

Describe common elements and recreational facilities:

## RECONCILIATION

Indicated Value by: Sales Comparison Approach $ 460,000    Cost Approach (if developed) $ N/A    Income Approach (if developed) $ N/A

Final Reconciliation    The Sales Comparison Analysis was given most consideration as it is deemed the best indicator of value. As this is a predominantly owner occupied area limited rental data. As a result the Income Approach was considered but not used. Due to the difficulty in establishing a defendable land value the Cost Approach was considered however not developed.

This appraisal is made ☒ "as is", ☐ subject to completion per plans and specifications on the basis of a Hypothetical Condition that the improvements have been completed, ☐ subject to the following repairs or alterations on the basis of a Hypothetical Condition that the repairs or alterations have been completed, ☐ subject to the following required inspection based on the Extraordinary Assumption that the condition or deficiency does not require alteration or repair:    The purpose and intended use of this report is to develop and report an opinion of market value to assist the client in evaluating the subject property as of December 04, 2023 for bankruptcy purposes.

☒ This report is also subject to other Hypothetical Conditions and/or Extraordinary Assumptions as specified in the attached addenda.

Based on the degree of inspection of the subject property, as indicated below, defined Scope of Work, Statement of Assumptions and Limiting Conditions, and Appraiser's Certifications, my (our) Opinion of the Market Value (or other specified value type), as defined herein, of the real property that is the subject of this report is: $ 460,000 , as of: 12/04/2023 (Retrospective) , which is the effective date of this appraisal. If indicated above, this Opinion of Value is subject to Hypothetical Conditions and/or Extraordinary Assumptions included in this report. See attached addenda.

A true and complete copy of this report contains __38__ pages, including exhibits which are considered an integral part of the report. This appraisal report may not be properly understood without reference to the information contained in the complete report.

## ATTACHMENTS

Attached Exhibits:

☒ Scope of Work    ☒ Limiting Cond./Certifications    ☒ Narrative Addendum    ☒ Photograph Addenda    ☒ Sketch Addendum
☒ Map Addenda    ☒ Additional Sales    ☐ Cost Addendum    ☐ Flood Addendum    ☐ Manuf. House Addendum
☐ Hypothetical Conditions    ☒ Extraordinary Assumptions

Client Contact: Tara Steele    Client Name: Tara Steele

E-Mail: tara@doffowines.com    Address: 38055 Debby Lane, Hemet, CA 92544

## SIGNATURES

| APPRAISER | SUPERVISORY APPRAISER (if required) or CO-APPRAISER (if applicable) |
|---|---|
| *signature: Dianna S Dunn* | |
| Appraiser Name: Dianna S Dunn | Supervisory or Co-Appraiser Name: |
| Company: Pacific Appraisals | Company: |
| Phone: (951) 261-8055    Fax: | Phone:    Fax: |
| E-Mail: pacificappraisal1@gmail.com | E-Mail: |
| Date of Report (Signature): 03/10/2024 | Date of Report (Signature): |
| License or Certification #: AR023017    State: CA | License or Certification #:    State: |
| Designation: Certified Residential Real Estate Appraiser | Designation: |
| Expiration Date of License or Certification: 03/01/2025 | Expiration Date of License or Certification: |
| Inspection of Subject: ☒ Interior & Exterior ☐ Exterior Only ☐ None | Inspection of Subject: ☐ Interior & Exterior ☐ Exterior Only ☐ None |
| Date of Inspection: 03/03/2024 | Date of Inspection: |

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

Form GPRES2 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE    3/2007

GP RESIDENTIAL

# ADDITIONAL COMPARABLE SALES

File No.: F240011

| FEATURE | SUBJECT | COMPARABLE SALE # 4 | | COMPARABLE SALE # 5 | | COMPARABLE SALE # 6 | |
|---|---|---|---|---|---|---|---|
| Address | 38055 Debby Ln Hemet, CA 92544 | 40425 Exa Ely Rd Hemet, CA 92544 | | 40781 Gibbel Rd Hemet, CA 92544 | | 42315 Sabina Dr Hemet, CA 92544 | |
| Proximity to Subject | | 2.53 miles SW | | 9.30 miles N | | 2.24 miles N | |
| Sale Price | $         N/A | $          550,000 | | $          420,000 | | $          580,000 | |
| Sale Price/GLA | $         N/A /sq.ft. | $   311.09 /sq.ft. | | $   336.81 /sq.ft. | | $   380.08 /sq.ft. | |
| Data Source(s) | MLS/ParcelQuest | CRMLS#NDP2207484;DOM 20 | | CRMLS#SW21251717;DOM 60 | | CRMLS#OC22096578;DOM 24 | |
| Verification Source(s) | Physical Inspection | MLS/ParcelQuest/Doc#403761 | | MLS/ParcelQuest/Doc#146340 | | MLS/ParcelQuest/Doc#302477 | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. |
| Sales or Financing | N/A | Conv | | Conv | | VA | |
| Concessions | N/A | 0 | | $0 | | 1500 | -1,500 |
| Date of Sale/Time | N/A | 09/22/2022 | | 03/25/2022 | | 07/06/2022 | |
| Rights Appraised | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Location | Semi-Rural | Semi-Rural | | Semi-Rural | | Semi-Rural | |
| Site | 5.60ac/73,180sf usable | 4.78ac/141,551sf usable | -37,600 | 1.60ac/45,302sf usable | +15,300 | 1.19ac/51,836sf usable | +11,700 |
| View | Hills/Mtns | Hills/Mtns | | Hills/Mtns | | Hills/Mtns | |
| Design (Style) | Ranch | Ranch | | Ranch | | Ranch | |
| Quality of Construction | Average | Average | | Average | | Average | |
| Age | 35 A / 25 E | 33 A / 25 E | | 99 A / 25 E | | 31 A / 25 E | |
| Condition | Average-Good | Inferior Upgrades | +10,000 | SimilarUpgrades | | SuperiorUpgrades | -40,000 |
| Above Grade | Total | Bdrms | Baths | Total | Bdrms | Baths | Total | Bdrms | Baths | Total | Bdrms | Baths |
| Room Count | 5 | 3 | 3 | 8 | 5 | 2.1 | -7,500 | 4 | 2 | 2 | 5 | 3 | 2.0 |
| Gross Living Area | 1,216 sq.ft. | 1,768 sq.ft. | -47,000 | 1,247 sq.ft. | | 1,526 sq.ft. | -26,400 |
| Basement & Finished | 0sf | 0sf | | 0sf | | 0sf | |
| Rooms Below Grade | None | None | | None | | None | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | FAU/CAC | FAU/CAC | | Wall/Evap | | FAU/CAC | |
| Energy Efficient Items | None | None | | None | | None | |
| Garage/Carport | None | 2 Car Garage | -20,000 | None | | 2 Car Garage | -20,000 |
| Porch/Patio/Deck | Patio/Porch | Patio/Porch | | Patio/Porch | | Patio/Porch | |
| Fireplaces | 2 Fireplaces | None | | WoodStove | | 1 Fireplace | |
| Pool | Pool/Spa | None | | Barn | | RV Crprt | |
| ListPrice/DaysonMarket | N/A | $549,999/20 | | $410,000/60 | | $675,000/24 | |
| Type of Sale | N/A | Standard Sale | | Standard Sale | | Standard Sale | |
| Net Adjustment (Total) | | ☐ + ☒ - | $ -102,100 | ☒ + ☐ - | $ 15,300 | ☐ + ☒ - | $ -76,200 |
| Adjusted Sale Price | | Net 18.6 % | | Net 3.6 % | | Net 13.1 % | |
| of Comparables | | Gross 22.2 % | $ 447,900 | Gross 3.6 % | $ 435,300 | Gross 17.2 % | $ 503,800 |

**SALES COMPARISON APPROACH**

Summary of Sales Comparison Approach      Comparable 1 is inferior in gross living area, bath count and lot usability (estimated at 60%). It is considered similar in interior upgrades/condition, however as these upgrades occurred 20 years ago, we have adjusted downward as this property's upgrades were done very recently and as a full renovation. This sale does exceed recommended 25% size differential, however was necessary to utilize in order to provide adequate bracketing of gross living area. This sale incurred sales concessions in the amount of $600 which have been adjusted, as sales concessions are not common for this market area.

Comparable 2 is considered similar in gross living area and inferior in bath count and lot usability (estimated at 50%). It is considered similar in interior upgrades/condition as although it too has received a complete renovation, it is a much older home and the renovations having been recently completed have actually lowered it's effective age to the equivalent of subject property's effective age. This sale incurred sales concessions in the amount of $10,000 which have been adjusted, as sales concessions are not common for this market area.

Comparable 3 is superior in gross living area, similar in bath count and inferior in lot usability (estimated at 35%). It is considered inferior in interior upgrades/condition as it remains relatively original in interior. Although subject has been upgraded, we have to keep in mind the upgrades performed were done twenty years ago, therefore considered equivalent. This sale has converted it's garage to an ADU (accessory dwelling unit) with a kitchenette, it does not have a full kitchen. It is unknown if the conversion was permitted, we were unable to locate any building permits on file.

Comparable 4 is superior in gross living area, bath count and lot usability (estimated at 70%). It is also considered superior in garage bay count and interior upgrades/condition overall. This sale does exceed recommended 25% size differential, however was necessary to utilize in order to provide adequate bracketing of gross living area. Comparable 4 does exceed 15% recommended net adjustments, however this is unavoidable in order to bracket subject's gross living area.

Comparable 5 is similar in gross living area and bath count. It is considered inferior in lot usability (estimated at  65%). It is also considered similar in interior upgrades/condition, as it has received a complete remodel similar to subject's, MLS history indicates this remodel to have occurred sometime around 2013-2014. Therefore when judging that subject's upgrades were performed twenty years ago and were completely throughout the residence, the more recent upgrades (although dated) for this comparable are considered similar overall.

Comparable 6 is considered superior in gross living area and similar in bath count. It is inferior in lot usability (estimated at 100%) and superior in garage bay count as well as interior upgrades/condition as this property has just received a complete renovation top to bottom. Effective age is a little bit older than subject, however interior upgrades/condition adjustment has been applied. This sale does exceed recommended 25% size differential, however was necessary to utilize in order to provide adequate bracketing of gross living area. This sale incurred sales concessions in the amount of $10,000 which have been adjusted, as sales concessions are not common for this market area.

Greatest weight is given comparables 2, 3 and 5 requiring least amount of adjustments, with remaining weight given comparables 1, 4 and 6 requiring greatest amount of adjustments.

As we were unable to bracket subject's pool/spa, although it is considered an over-improvement for this semi-rural area, it does have added value appeal, therefore we have reconciled above mid value with consideration given the amenity.

**GP RESIDENTIAL**

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPRES2.(AC) - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE                     3/2007

## Assumptions, Limiting Conditions & Scope of Work

| | | | File No.: | F240011 |
|---|---|---|---|---|
| Property Address: | 38055 Debby Ln | City: Hemet | State: CA | Zip Code: 92544 |
| Client: | Tara Steele | Address: | 38055 Debby Lane, Hemet, CA 92544 | |
| Appraiser: | Dianna S Dunn | Address: | P O Box 982, Lake Elsinore, CA 92531 | |

STATEMENT OF ASSUMPTIONS & LIMITING CONDITIONS

- The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it. The appraiser assumes that the title is good and marketable and, therefore, will not render any opinions about the title. The property is appraised on the basis of it being under responsible ownership.

- The appraiser may have provided a sketch in the appraisal report to show approximate dimensions of the improvements, and any such sketch is included only to assist the reader of the report in visualizing the property and understanding the appraiser's determination of its size. Unless otherwise indicated, a Land Survey was not performed.

- If so indicated, the appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in the appraisal report whether the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

- The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand.

- If the cost approach is included in this appraisal, the appraiser has estimated the value of the land in the cost approach at its highest and best use, and the improvements at their contributory value. These separate valuations of the land and improvements must not be used in conjunction with any other appraisal and are invalid if they are so used. Unless otherwise specifically indicated, the cost approach value is not an insurance value, and should not be used as such.

- The appraiser has noted in the appraisal report any adverse conditions (including, but not limited to, needed repairs, depreciation, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property, or that he or she became aware of during the normal research involved in performing the appraisal. Unless otherwise stated in the appraisal report, the appraiser has no knowledge of any hidden or unapparent conditions of the property, or adverse environmental conditions (including, but not limited to, the presence of hazardous wastes, toxic substances, etc.) that would make the property more or less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied, regarding the condition of the property. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist.  Because the appraiser is not an expert in the field of environmental hazards, the appraisal report must not be considered as an environmental assessment of the property.

- The appraiser obtained the information, estimates, and opinions that were expressed in the appraisal report from sources that he or she considers to be reliable and believes them to be true and correct. The appraiser does not assume responsibility for the accuracy of such items that were furnished by other parties.

- The appraiser will not disclose the contents of the appraisal report except as provided for in the Uniform Standards of Professional Appraisal Practice, and any applicable federal, state or local laws.

- If this appraisal is indicated as subject to satisfactory completion, repairs, or alterations, the appraiser has based his or her appraisal report and valuation conclusion on the assumption that completion of the improvements will be performed in a workmanlike manner.

- An appraiser's client is the party (or parties) who engage an appraiser in a specific assignment. Any other party acquiring this report from the client does not become a party to the appraiser-client relationship. Any persons receiving this appraisal report because of disclosure requirements applicable to the appraiser's client do not become intended users of this report unless specifically identified by the client at the time of the assignment.

- An appraisal of real property is not a 'home inspection' and should not be construed as such. As part of the valuation process, the appraiser performs a non-invasive visual inventory that is not intended to reveal defects or detrimental conditions that are not readily apparent. The presence of such conditions or defects could adversely affect the appraiser's opinion of value. Clients with concerns about such potential negative factors are encouraged to engage the appropriate type of expert to investigate.

The Scope of Work is the type and extent of research and analyses performed in an appraisal assignment that is required to produce credible assignment results, given the nature of the appraisal problem, the specific requirements of the intended user(s) and the intended use of the appraisal report. Reliance upon this report, regardless of how acquired, by any party or for any use, other than those specified in this report by the Appraiser, is prohibited. The Opinion of Value that is the conclusion of this report is credible only within the context of the Scope of Work, Effective Date, the Date of Report, the Intended User(s), the Intended Use, the stated Assumptions and Limiting Conditions, any Hypothetical Conditions and/or Extraordinary Assumptions, and the Type of Value, as defined herein. The appraiser, appraisal firm, and related parties assume no obligation, liability, or accountability, and will not be responsible for any unauthorized use of this report or its conclusions.

**GP** RESIDENTIAL    Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPRES2AD - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE                                                3/2007

## Certifications

| | | File No.: F240011 |
|---|---|---|
| Property Address: 38055 Debby Ln | City: Hemet | State: CA    Zip Code: 92544 |
| Client: Tara Steele | Address: 38055 Debby Lane, Hemet, CA 92544 | |
| Appraiser: Dianna S Dunn | Address: P O Box 982, Lake Elsinore, CA 92531 | |

**APPRAISER'S CERTIFICATION**
I certify that, to the best of my knowledge and belief:
- The statements of fact contained in this report are true and correct.
- The credibility of this report, for the stated use by the stated user(s), of the reported analyses, opinions, and conclusions are limited only by
the reported assumptions and limiting conditions, and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
- I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.
- Unless otherwise indicated, I have performed no services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within
the three-year period immediately preceding acceptance of this assignment.
- I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.
- My engagement in this assignment was not contingent upon developing or reporting predetermined results.
- My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction
in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly
related to the intended use of this appraisal.
- My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal
Practice that were in effect at the time this report was prepared.
- I did not base, either partially or completely, my analysis and/or my opinion of value in the appraisal report on the race, color, religion,
sex, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property, or of the present
owners or occupants of the properties in the vicinity of the subject property.
- Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.
- Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification.

Additional Certifications: None

**DEFINITION OF MARKET VALUE  *:**
Market value means the most probable price which a property should bring in a competitive and open market under all conditions requisite
to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus.
Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions
whereby:
1. Buyer and seller are typically motivated;
2. Both parties are well informed or well advised and acting in what they consider their own best interests;
3. A reasonable time is allowed for exposure in the open market;
4. Payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and
5. The price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions
granted by anyone associated with the sale.
* This definition is from regulations published by federal regulatory agencies pursuant to Title XI of the Financial Institutions
Reform, Recovery, and Enforcement Act (FIRREA) of 1989 between July 5, 1990, and August 24, 1990, by the Federal Reserve System
(FRS), National Credit Union Administration (NCUA), Federal Deposit Insurance Corporation (FDIC), the Office of Thrift Supervision (OTS),
and the Office of Comptroller of the Currency (OCC). This definition is also referenced in regulations jointly published by the OCC, OTS,
FRS, and FDIC on June 7, 1994, and in the Interagency Appraisal and Evaluation Guidelines, dated October 27, 1994.

**DEFINITION OF FAIR  MARKET VALUE  as required by Internal Revenue Service:**

Fair market value (FMV) is the price that property would sell for on the open market. It is the price that would be agreed on between a willing buyer and a willing
seller, with neither being required to act, and both having reasonable knowledge of the relevant facts.

| | | |
|---|---|---|
| Client Contact: Tara Steele | | Client Name: Tara Steele |
| E-Mail: tara@doffwines.com | Address: 38055 Debby Lane, Hemet, CA 92544 | |

**APPRAISER**

Appraiser Name: Dianna S Dunn
Company: Pacific Appraisals
Phone: (951) 261-8055    Fax:
E-Mail: pacificappraisal1@gmail.com
Date Report Signed: 03/10/2024
License or Certification #: AR023017    State: CA
Designation: Certified Residential Real Estate Appraiser
Expiration Date of License or Certification: 03/01/2025
Inspection of Subject: ☒ Interior & Exterior  ☐ Exterior Only  ☐ None
Date of Inspection: 03/03/2024

**SUPERVISORY APPRAISER (if required)
or CO-APPRAISER (if applicable)**

Supervisory or
Co-Appraiser Name:
Company:
Phone:    Fax:
E-Mail:
Date Report Signed:
License or Certification #:    State:
Designation:
Expiration Date of License or Certification:
Inspection of Subject: ☐ Interior & Exterior  ☐ Exterior Only  ☐ None
Date of Inspection:

SIGNATURES

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPRES2AD - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE    3/2007

**GP RESIDENTIAL**

Supplemental Addendum                                                                File No. F240011

| Borrower | N/A | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 38055 Debby Ln | | | | | | |
| City | Hemet | County | Riverside | State | CA | Zip Code | 92544 |
| Lender/Client | Tara Steele | | | | | | |

**PURPOSE, INTENDED USE, AND INTENDED USER OF THE REPORT**

<u>Purpose and Intended Use</u>.  The purpose and intended use of this report is to develop and report an opinion of market value to assist the client in evaluating the subject property as of **December 04, 2023 (retrospective),** for bankruptcy purposes.

<u>Intended User</u>.  The intended user of the report is Tara Steele and legal counsel for estimate of current market value for bankruptcy purposes.  The use of this report, or any portion, by any other party is prohibited.

The use of this appraisal for loan purposes or use by any lender for loan purposes, is strictly prohibited. This is a one time use only for purposes described above.

**PROPERTY RIGHTS APPRAISED**

The property is appraised as if held in **fee simple estate,** with all rights that can be lawfully owned with the exception of the four powers that forever will remain with the sovereign, being taxation, escheat, eminent domain, and police power (zoning). It is regarded as having a good and merchantable title, and responsible ownership.

**SCOPE OF WORK**

 The following is a summary outline of the amount and type of information researched and the analysis employed in this appraisal assignment. The scope of work includes , but not limited to, the following:

-Communication with the client to define the assignment.
-Establishing the appropriate intended use and purpose of the assignment.
-Analyse of public data, title information (when provided), and legal descriptions.
-Inspection of the interior and exterior of the subject property.
-Gather and analyze applicable market data, with particular emphasis on comparable sales.
-Inspection of the exterior of all properties listed as comparables.
-Verification of subject gross living area and pertinent structures by  measuring the unit and providing a
  completed sketch.
-Evaluate marketability of properties as to conformity, environmental and physical conditions, supply and
  demand, highest and best use analysis, and balance within the market.
-Analysis of the economic features of the neighborhood, as well as, competing markets that may have an impact
  on the subject's market area.
-Consider and analyze applicable valuation approaches, methods, and procedures.
-Reconcile information analyzed, appraisal procedures followed, and the reasoning that supports the analysis,
  opinions, and conclusions. The reconciliation includes all hypothetical conditions, extraordinary assumptions,
  limiting conditions, and/ or permitted departures from specific requirements.
-Reporting the final results to the client of record.

**APPROACHES TO VALUE**

This appraisal is completed in accordance with the Uniform Standards of Professional Appraisal Practice. By agreement with the client, departures was invoked as the (Income)  Approach was considered and found applicable but not necessary to produce  results that are credible. This reports departs from Standards Rule 1-4 (b) (i), (ii) and (iii).

**SPECIAL ASSUMPTIONS AND LIMITATIONS TO APPRAISAL**

A current preliminary title report was not provided for our review.  Since we did not have access to a current title report depicting all matters that may or may not have impact on the property, we emphasize that the value estimated herein assumes no adverse conditions.  If a title report were to uncover unfavorable conditions, the value conclusion for the subject property could be impacted and therefore this report would be subject to revision.

Supplemental Addendum                                              File No. F240011

| Borrower | N/A | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 38055 Debby Ln | | | | | | |
| City | Hemet | County | Riverside | State | CA | Zip Code | 92544 |
| Lender/Client | Tara Steele | | | | | | |

**HYPOTHETICAL CONDITIONS/EXTRAORDINARY ASSUMPTIONS**

As this is a retrospective assignment, the appraiser invokes "Extraordinary Assumptions" in assuming the subject's condition as viewed as of the inspection date on March 03, 2024 to be consistent with the condition of the subject as of the effective date of December 04, 2023(retrospective).

**SKETCH**

Dimensions are approximate. The Appraiser has rounded to the nearest foot. This is an acceptable appraisal practice. The interior measurements are not to exact scale, and are indicated to assist the reviewers in visualizing the interior room counts and overall layout of the subject property.

**DIGITAL SIGNATURES**

This appraisal company utilizes digitally generated signatures on all electronically transmitted original appraisals. Digital signatures are commonly used within the appraisal profession and allows for improved performance with regard to electronic data transmission. All electronic signatures utilized in this report have a security feature maintained by individual passwords for each signing appraiser. No person can alter the appraisal with the exception of the original signing appraiser(s). The digitally generated signatures are to be considered live signatures if they signed in blue ink. If the signatures are not  signed in blue ink, the appraisal is not considered an original copy. These signatures are legally binding and equivalent to an analog signature.

**ENVIRONMENTAL DISCLAIMER**

In this appraisal assignment, the existence of potentially hazardous materials used in the construction or maintenance of the building, such as the presence of unreaformalhyde foam insulation and/or the existence of toxic waste, which may or may not be present on the property was not observed by me, nor do I have any knowledge of the existence of such materials on or in the property.  The appraiser however is not qualified to detect such substances.  I urge the client to retain an expert in this field if desired.

The appraiser assumes no responsibility for the possible presence of asbestos, radon or other toxic/hazardous materials on or about the property.  It is possible that any "cottage cheese" type finish on the ceiling contains asbestos, as might the wiring in the range, oven, and fans and in other electrical appliances in the property.

Unless otherwise stated in this report, the existence of hazardous/toxic substances, (which may be present on the subject's property), was not visually obvious to the appraiser.  The visual inspection undertaken by the appraiser was performed in the normal course of the field inspection and results are for the internal use of the named financial institution.  The results of the inspection are not any form of assurance or not assurance to any other party as to the existence/nonexistence of hazardous/toxic substances.  No hazardous/toxic substances were visually observed on adjacent properties.  The appraiser however is not qualified to detect such substances and no tests were conducted on the subject property and or the adjacent properties to confirm visual observations. The value estimate  (and any reliance hereon) is predicated on the assumption that there are no such substances on or near the subject property that would cause a loss in value.  The client is advised to retain its own expert at its own expense if one desired.

If the subject was constructed prior to 1978, it may contain lead-based paint or other hazardous substances.  The client is hereby notified that the appraiser is not qualified to detect these substances and that it is beyond the scope of this assignment to ascertain the presence of lead based paint and or other hazardous substances that might be present in the subject property. The client is advised to consult a qualified expert(s) in the detection of lead-based paint and other hazardous substances if further information is desired.

**SALES HISTORY GUIDELINES AND ANALYSIS**

All agreements of sales, options, or listings of the subject property current as of the effective date of the appraisal, all sales of the subject property that occurred within three (3) years prior to the effective date of the appraisal, and of any comparable sales within three (3) years of the date of the date of the appraisal were analyzed.

Subject last transferred on 04/21/2004 for $330,000 as a standard sale.

Supplemental Addendum                                                                    File No. F240011

| Borrower | N/A | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 38055 Debby Ln | | | | | | |
| City | Hemet | County | Riverside | State | CA | Zip Code | 92544 |
| Lender/Client | Tara Steele | | | | | | |

**HIGHEST AND BEST USE ANALYSIS**

The highest and best use of a site is that reasonable and probable use that supports the highest present value as of the date of the appraisal.  The highest and best use of a property always takes into consideration the existing improvements as identified by an improvement analysis.  In estimating the highest and best contemplated uses of the subject property (the property is viewed both as vacant and as improved), the use must satisfy legally permissible, physically possible, financially feasible and maximally productive criteria.  Generally the existing use will continue until the land value (in its highest and best use) exceeds the total value of the property in its existing use.  Thus the highest and best use of the subject property is presumed to be "as improved" unless it can be readily demonstrated that change is imminent through transitional trends, market demand, and/or legal forces.

The subject property meets the test of highest and best use as being:

    1.  Physically possible
    2.  Reasonable probable
    3.  Legally permissible
    4.  Financially feasible

As supply and demand are in balance for the type of property, the type of product that might be built on the subject's site, the current improvements (at the time of the appraisal) are considered to be the highest and best use of the subject site, until such time as there is an overwhelming demand for industrial growth, which is not the case at this time.

**DIRECT SALES COMPARISON**

The comparable sales were verified by the inclusion of the recorded deed numbers.  All comparable data was generally localized to our delineated boundaries as described. The comparable data shown in the report represents the most pertinent data applicable to the assignment.  The subject neighborhood was inspected. The appraiser's primary data sources were Parcel Quest, Realist, the county of Riverside, Marshall & Swifts Cost Handbook and printed as well as computer-based real estate information services (may include but not limited to: National Data Cooperative, Dataquick Information Services, and Experian Information Services) the appraiser may also have obtained useful information from a Board of Realtors Multiple Listing Service; from personal conversations with property owners, real estate sales people, and city/county building/zoning personnel.  Where possible, sales prices and terms of sales were verified with someone familiar with the sale.  Reasonable care was used in the measuring the property, and dimensions shown on the sketch are as accurate as possible, but square footage is not guaranteed.

The date of sales reported are the closing dates.  Many comparable closed sales were considered in the making of this appraisal.  Dollar adjustments reflect the market reaction to the difference between the comparable sales and the subject property. These adjustments are based on the appraisers knowledge of the market, training and experience.  The closed sales displayed are considered to be the most comparable at the time of the appraisal and the best indicators of value for the subject property.

**FINAL RECONCILIATION**

The market (sales comparison), cost, and income approaches were considered  in developing an opinion of market value in this report. The market approach was given primary consideration and is regarded as the most reliable method for this type of property, as it best reflects the actions of typical buyers in the market place.

The Cost Approach was considered, however not developed.

The income approach was considered, but not developed as the subject property is located in a neighborhood of predominantly owner occupied properties with limited appropriate data.

After adjusting the comparable sales for differences in the market approach, the indicated value for the subject property ranges from $435,300 to $503,800.  The estimate of market value for the subject property is **$460,000** which, is bracketed by the sales and listing and the indicated value range and appears reasonable, as well as, being supported by  the market data.

**As we were unable to bracket subject's pool/spa, we have reconciled slightly above mid range in consideration of the amenity, as although it is considered an over-improvment for this semi-rural area, it does have added value appeal.**

Supplemental Addendum

File No. F240011

| Borrower | N/A | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 38055 Debby Ln | | | | | | |
| City | Hemet | County | Riverside | State | CA | Zip Code | 92544 |
| Lender/Client | Tara Steele | | | | | | |

**Exposure Time:** Exposure time is the estimated length of time that the property interest being appraised would have been offered on the market prior to the hypothetical consummation of a sale at market value on the effective date of the appraisal. Exposure time is a retrospective opinion based on an analysis of past events assuming a competitive and open market.

Exposure time appears to be typical of 0-20 days for aggressively marketed and properly priced properties.


**3 YEAR DISCLOSURE STATEMENT**

I have performed no services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.


**• GP Residential: Description of the Improvements - Property Condition**

Hills/mountain view, pool, spa, open flagstone patio, covered porch, builtin barbecue station with refrigeration and very worn palapa cover, firepit, exterior shed (12 x 12) which has been finished into a room (unpermitted), a detached wood constructed workshop/garage (unpermitted) which is in weathered shape, concrete countertops in kitchen, travertine tile backsplash, upgraded kitchen cabinets, stainless steel appliances, travertine tile and laminate flooring, custom travertine tiled bathrooms and surrounds, vinyl dual pane windows and doors throughout, central heat and air conditioning, fireplace in living room and unpermitted garage conversion to family room and chainlink/vinyl perimeter fencing. Subject is on a well which is not useable, has a propane and septic system, which is common for the area. Subject's complete renovation was done 20 years ago. Subject is in average to good condition and is well maintained, however there are some deferred maintenance issues noted. There is a broken window at front bedroom, stucco and vinyl fencing are rust stained from contaminated well water as a result of the sprinkler system in the past. Subject's rear section stucco near sprinkler controls is in need of stucco/color coat patching, kitchen and bathroom cabinets' finish is worn and needs to be refinished or painted, concrete countertop in kitchen has multiple cracks in the concrete, some lower cabinets in kitchen are missing their cabinet fronts and are in need of paint or stain finishing. Estimated cost to cure for deferred maintenance approximately $2,500 having minimal impact on value, as most of this is cosmetic in nature. Per homeowner, the well is contaminated with a high rust iron content and cannot be used for drinking or household water, therefore water is trucked in every 3-4 weeks depending on the season and how much water needs replenishing for the pool/spa. It is advisable a well contractor be obtained to estimate the costs associated with drilling and piping a new water well for the area, as this is beyond the scope or expertise of the appraiser. Subject has completely and permanently converted the garage into a family room with a fireplace and laundry room, therefore no longer has a garage. This conversion was not permitted nor known through the county of Riverside, no value is given this area, although we have displayed it as converted garage space within the sketch addendum. Additionally there is a shed which has been constructed of wood and completely finished off with electrical and is currently used as a play room which also was not permitted, no value given. And there is a detached wood constructed workshop/garage area in poor condition which was used to grow marijuana within which also was not permitted and no value given. The appraiser viewed this area from a distance due to the warning which was headed by the homeowner regarding the presence of rattle snakes, due to having not been used for a number of years and being open to the  weather. No physical or external inadequacies noted at the time of inspection. Functional obsolescence noted with inground pool/spa as unable to recover costs to install in the market. All utilities were on and mechanical systems appeared functional at the time of inspection. Smoke alarms are installed. The appraiser did not note a carbon monoxide detector. Subject's pool/spa are considered an over-improvement for the area, as although there are properties with pools, there are very few in this semi-rural area and none were found to have sold within the prior two year time frame, therefore we are unable to bracket the amenity.


**• GP Residential: Market Area Description - Boundaries, Description, Conditions**


Neighborhood Boundaries: Domenigoni Pkwy to the north, Madera Drive to the east, Wilson Valley Road to the south and Glen Oak Hills to the west.


Description: The subject is a ranch style residence located in a semi-rural area of Hemet within unincorporated Riverside county. The area is a mixed residential area consisting of stick built, semi-custom, custom built and manufactured homes. The market area consists of single family residences which range from 1 year to 98 years of age with the median age of 15 years. Gross living area ranges from 490 sq ft to 4,732+/- sq ft, GLA mean is approximately 2,221 sf. Lot sizes range from 5,564 sq ft to 81 acres +/-  with the median lot size at 12,082 sq ft. Area topography is level to rocky slope. All needed amenities and employment are located within reasonable distance (5-10 miles).

It was necessary for the appraiser to encompass all of the semi rural area of Hemet valley as well as to go back in time a full two years in order to locate sufficient comparable sales to utilize in determining subject's estimate of market value as of December 04, 2023 (retrospective), as there is very limited comparable data available.

Supplemental Addendum

File No. F240011

| Borrower | N/A | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 38055 Debby Ln | | | | | | |
| City | Hemet | County | Riverside | State | CA | Zip Code | 92544 |
| Lender/Client | Tara Steele | | | | | | |

Market Conditions: Analysis of subject's market area indicates values to have remained relatively stable over the prior twelve month time frame with a slight decline at approximately .08% over the 12 month time frame (11/04/2022 to 12/04/2023). Demand and supply appear to be in shortage in view of limited inventory. Sales financing are typically Conventional/FHA. Standard sales are the predominate activity. Sales concessions are not common for the area.

This appraisal report is not a home inspection. It does not guarantee or imply that the house is free of defects or property condition problems. The appraiser is not a home inspector. It is suggested that the borrower secure a professional inspection of the property and take the necessary steps to insure the house is acceptable, should there be any concerns.

As of the effective date of this appraisal the appraiser is unaware of any potential impact (negative or positive) on the subject/market due to Covid-19 pandemic.

| Borrower | N/A | | | File No. F240011 |
| Property Address | 38055 Debby Ln | | | |
| City | Hemet | County Riverside | State CA | Zip Code 92544 |
| Lender/Client | Tara Steele | | | |

## APPRAISAL AND REPORT IDENTIFICATION

**This Report is one of the following types:**

[X] **Appraisal Report**  (A written report prepared under Standards Rule 2-2(a), pursuant to the Scope of Work, as disclosed elsewhere in this report.)

[ ] **Restricted Appraisal Report**  (A written report prepared under Standards Rule 2-2(b), pursuant to the Scope of Work, as disclosed elsewhere in this report, restricted to the stated intended use by the specified client or intended user.)

### Comments on Standards Rule 2-3

I certify that, to the best of my knowledge and belief:

- The statements of fact contained in this report are true and correct.

- The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.

- Unless otherwise indicated, I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.

- Unless otherwise indicated, I have performed no services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.

- I have no bias with respect to the property that is the subject of this report or the parties involved with this assignment.

- My engagement in this assignment was not contingent upon developing or reporting predetermined results.

- My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.

- My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice that were in effect at the time this report was prepared.

- Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.

- Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification (if there are exceptions, the name of each individual providing significant real property appraisal assistance is stated elsewhere in this report).

### Comments on Appraisal and Report Identification
**Note any USPAP related issues requiring disclosure and any State mandated requirements: None**

| APPRAISER: | SUPERVISORY or CO-APPRAISER (if applicable): |
| --- | --- |
| Signature: *Dianna S. Dunn* | Signature: |
| Name: Dianna S Dunn | Name: |
| Certified Residential Real Estate Appraiser | |
| State Certification #: AR023017 | State Certification #: |
| or State License #: | or State License #: |
| State: CA  Expiration Date of Certification or License: 03/01/2025 | State:  Expiration Date of Certification or License: |
| Date of Signature and Report: 03/10/2024 | Date of Signature: |
| Effective Date of Appraisal: 12/04/2023 (Retrospective) | |
| Inspection of Subject: [ ] None [X] Interior and Exterior [ ] Exterior-Only | Inspection of Subject: [ ] None [ ] Interior and Exterior [ ] Exterior-Only |
| Date of Inspection (if applicable): 03/03/2024 | Date of Inspection (if applicable): |

Building Sketch

| Borrower | N/A | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 38055 Debby Ln | | | | | | |
| City | Hemet | County | Riverside | State | CA | Zip Code | 92544 |
| Lender/Client | Tara Steele | | | | | | |



**First Floor**
[1216 Sq ft]

TOTAL Sketch by a la mode

| Area Calculations Summary | | | |
|---|---|---|---|
| **Living Area** | | **Calculation Details** | |
| First Floor | 1216 Sq ft | 29 × 24 | = 696 |
| | | 26 × 20 | = 520 |
| **Total Living Area (Rounded):** | **1216 Sq ft** | | |
| **Non-living Area** | | | |
| 2 Car Attached | 561 Sq ft | 22 × 25.5 | = 561 |

Plat Map

| Borrower | N/A | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 38055 Debby Ln | | | | | | |
| City | Hemet | County | Riverside | State | CA | Zip Code | 92544 |
| Lender/Client | Tara Steele | | | | | | |



Aerial Map

| Borrower | N/A | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 38055 Debby Ln | | | | | | |
| City | Hemet | County | Riverside | State | CA | Zip Code | 92544 |
| Lender/Client | Tara Steele | | | | | | |



Comparable Sales Map

| Borrower | N/A | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 38055 Debby Ln | | | | | | |
| City | Hemet | County | Riverside | State | CA | Zip Code | 92544 |
| Lender/Client | Tara Steele | | | | | | |



Property Detail

Property Detail Printout



**County Last Updated: 02/16/2024**

## Property Location

| | | | | | |
|---|---|---|---|---|---|
| Address: | 38055 DEBBY LN | City: | HEMET | Zip: | 92544-9795 |
| APN#: | 571-330-015 | Use Code: | Single Family Residence | County: | Riverside |
| Tract: | 11430 | Census Tract: | 432.93 | Zone: | RA |
| Map Page/Grid: | 931/ G3 | Legal Desc: | 5.60 ACRES NET IN LOT 6 MB 106/083 TR 11430 | | |
| Total Assessed Value: | 432,921 | Tax Amount: | 7,033.48 | | |
| Percent Improvement: | 0.84 | Tax Year / Assessor Year: | 2023 / 2023 | | |

## Current Owner Information

| | | | |
|---|---|---|---|
| Current Owner: | STEELE,TARA C | Owner Address: | 38055 DEBBY LN |
| City, State, Zip: | HEMET, CA, 92544-9795 | Owner Occupied: | Yes |
| Last Transaction: | 06/29/2022 | Deed Type: | quitclaim/deed of trust |
| Amount: | | Document: | 0000291433 |

## Last Sale Information

| | | | |
|---|---|---|---|
| Transferred From: | ISAAC,MICHAL D & LEANNE G | Seller Address: | |
| Recording / Sale Date: | 04/21/2004 / | Prior Recording / Sale Date: | 05/13/1993 / |
| Most Recent Sale Price: | 330,000 | Prior Sale Price: | 132,000 |
| Document Number: | 0000291171 | Prior Document No.: | 0000179538 |
| Document Type: | grant deed/deed of trust | Prior Document Type: | grant deed/deed of trust |

## Lender Information

| | | | |
|---|---|---|---|
| Lender: | FREMONT INVESTMENT & LOAN | Full/Partial: | |
| Loan Amount / 2nd Trust Deed: | 263,920 / 65,980 | Loan Type: | conventional variable |

## Physical Information

| | | | | | |
|---|---|---|---|---|---|
| Building Area: | 1,216 | # of Bedrooms: | 3 | Lot Size Sqft / Acreage: | 243,935 / 5.60 |
| Additional: | 0 | # of Bathrooms: | 2.00 | Year Built / Effective: | 1988 / 1989 |
| Garage: | 550 | # of Stories: | 1 | Heating: | Central |
| First Floor: | 0 | Total Rooms: | 6 | Cooling: | Central Air |
| Second Floor: | 0 | # of Units: | 0 | Roof Type: | Tile |
| Third Floor: | 0 | Garage/Carport: | 2 Car Attached Garage | Construction/Quality: | / 0 |
| Basement Finished: | 0 | Fireplaces: | 1 | Building Shape: | |
| Basement Unfinished: | 0 | Pool/Spa: | Yes | View: | |

## Flood Data and Map

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Flood Zone: | D | Panel Number: | 06065C2775G | Panel Date: | 2008-08-28 | Community Number: | 060245 |

©2024 Copyright All Rights Reserved. **ParcelQuest** www.parcelquestappraise.com

Form SCNLTR - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

Subject Photo Page

| Borrower | N/A | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 38055 Debby Ln | | | | | |
| City | Hemet | County | Riverside | State | CA | Zip Code | 92544 |
| Lender/Client | Tara Steele | | | | | |



### Subject Front

38055 Debby Ln

| | |
|---|---|
| Sales Price | N/A |
| Gross Living Area | 1,216 |
| Total Rooms | 5 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2.0 |
| Location | Semi-Rural |
| View | Hills/Mtns |
| Site | 5.60 ac/73,180sf useable |
| Quality | Average |
| Age | 35 A / 25 E |



### Subject Rear



### Subject Street

Photograph Addendum

| Borrower | N/A | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 38055 Debby Ln | | | | | |
| City | Hemet | County | Riverside | State | CA | Zip Code 92544 |
| Lender/Client | Tara Steele | | | | | |



Living Room



Living Room



Kitchen

Photograph Addendum

| Borrower | N/A | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 38055 Debby Ln | | | | | |
| City | Hemet | County | Riverside | State | CA | Zip Code | 92544 |
| Lender/Client | Tara Steele | | | | | |



Kitchen



Kitchen



Hall

Photograph Addendum

| Borrower | N/A | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Property Address | 38055 Debby Ln | | | | | | | |
| City | Hemet | County | Riverside | | State | CA | Zip Code | 92544 |
| Lender/Client | Tara Steele | | | | | | | |



Hall Bathroom



Bedroom



Hall Bathroom

Photograph Addendum

| Borrower | N/A | | | | | | |
|----------|-----|--|--|--|--|--|--|
| Property Address | 38055 Debby Ln | | | | | | |
| City | Hemet | County | Riverside | State | CA | Zip Code | 92544 |
| Lender/Client | Tara Steele | | | | | | |



Primary Bedroom



Primary Bathroom



Primary Bathroom

Photograph Addendum

| Borrower | N/A | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 38055 Debby Ln | | | | | | |
| City | Hemet | County | Riverside | State | CA | Zip Code | 92544 |
| Lender/Client | Tara Steele | | | | | | |



Walkin Closet



Bedroom



Bedroom

Photograph Addendum

| Borrower | N/A | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 38055 Debby Ln | | | | | |
| City | Hemet | County | Riverside | State | CA | Zip Code | 92544 |
| Lender/Client | Tara Steele | | | | | |



Entry to Converted Garage Space



Converted Garage Space to Family Room- non permitted



Smoke Alarm

Photograph Addendum

| Borrower | N/A | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Property Address | 38055 Debby Ln | | | | | | | |
| City | Hemet | | County | Riverside | | State | CA | Zip Code | 92544 |
| Lender/Client | Tara Steele | | | | | | | |



Air Conditioning



Shed Converted to Play Room
non-permitted



Dog Run

Photograph Addendum

| | | | | | |
|---|---|---|---|---|---|
| Borrower | N/A | | | | |
| Property Address | 38055 Debby Ln | | | | |
| City | Hemet | County Riverside | State CA | Zip Code 92544 | |
| Lender/Client | Tara Steele | | | | |



Pool



Spa



Rear Yard

Photograph Addendum

| Borrower | N/A | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Property Address | 38055 Debby Ln | | | | | | | | |
| City | Hemet | | County | Riverside | | State | CA | Zip Code | 92544 |
| Lender/Client | Tara Steele | | | | | | | | |



Rear Uplsope



Side Upslope



Open Patio

Photograph Addendum

| Borrower | N/A | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Property Address | 38055 Debby Ln | | | | | | | |
| City | Hemet | County | Riverside | | State | CA | Zip Code | 92544 |
| Lender/Client | Tara Steele | | | | | | | |



Firepit



BBQ Station



BBQ Station

Photograph Addendum

| Borrower | N/A | | | | | |
|----------|-----|--|--|--|--|--|
| Property Address | 38055 Debby Ln | | | | | |
| City | Hemet | County | Riverside | State | CA | Zip Code 92544 |
| Lender/Client | Tara Steele | | | | | |



BBQ Station with Worn Palapa



BBQ Station with Worn Palapa



Stucco needs patched/color coat

Photograph Addendum

| Borrower | N/A | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 38055 Debby Ln | | | | | | |
| City | Hemet | County | Riverside | State | CA | Zip Code | 92544 |
| Lender/Client | Tara Steele | | | | | | |



Side View



Side View



Driveway

Photograph Addendum

| Borrower | N/A | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 38055 Debby Ln | | | | | |
| City | Hemet | County | Riverside | State | CA | Zip Code 92544 |
| Lender/Client | Tara Steele | | | | | |



Looking to rear upslope of lot



Water Storage Tank



Additional Front View

Photograph Addendum

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Borrower | N/A | | | | | | |
| Property Address | 38055 Debby Ln | | | | | | |
| City | Hemet | County | Riverside | State | CA | Zip Code | 92544 |
| Lender/Client | Tara Steele | | | | | | |



Driveway



Gated Electronic Entry



Address Verification

Photograph Addendum

| Borrower | N/A | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 38055 Debby Ln | | | | | | |
| City | Hemet | County | Riverside | State | CA | Zip Code | 92544 |
| Lender/Client | Tara Steele | | | | | | |



Subject Front Downslope of Lot



Subject Front Downslope of Lot



Subject Front Downslope of Lot

Comparable Photo Page

| Borrower | N/A | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 38055 Debby Ln | | | | | |
| City | Hemet | County | Riverside | State | CA | Zip Code | 92544 |
| Lender/Client | Tara Steele | | | | | |



### Comparable 1

**42880 Buck Rd**

| | |
|---|---|
| Prox. to Subject | 1.35 miles SE |
| Sale Price | 400,000 |
| Gross Living Area | 768 |
| Total Rooms | 4 |
| Total Bedrooms | 2 |
| Total Bathrooms | 1.0 |
| Location | Semi-Rural |
| View | Hills/Mtns |
| Site | |
| Quality | Average |
| Age | 37 A / 25 E |



### Comparable 2

**42577 E Benton Rd**

| | |
|---|---|
| Prox. to Subject | 1.58 miles NE |
| Sale Price | 435,000 |
| Gross Living Area | 1,190 |
| Total Rooms | 4 |
| Total Bedrooms | 2 |
| Total Bathrooms | 1.0 |
| Location | Semi-Rural |
| View | Hills/Mtns |
| Site | 2.90ac/63,162sf usable |
| Quality | Average |
| Age | 83 A / 25 E |



### Comparable 3

**40679 Gibbel Road**

| | |
|---|---|
| Prox. to Subject | 9.28 miles N |
| Sale Price | 470,000 |
| Gross Living Area | 1,469 |
| Total Rooms | 5 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2.0 |
| Location | Semi-Rural |
| View | Hills/Mtns |
| Site | |
| Quality | Average |
| Age | 58 A / 45 E |

Comparable Photo Page

| Borrower | N/A | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 38055 Debby Ln | | | | | | |
| City | Hemet | County | Riverside | State | CA | Zip Code | 92544 |
| Lender/Client | Tara Steele | | | | | | |



**Comparable 4**

40425 Exa Ely Rd
| | |
|---|---|
| Prox. to Subject | 2.53 miles SW |
| Sale Price | 550,000 |
| Gross Living Area | 1,768 |
| Total Rooms | 8 |
| Total Bedrooms | 5 |
| Total Bathrooms | 2.1 |
| Location | Semi-Rural |
| View | Hills/Mtns |
| Site | |
| Quality | Average |
| Age | 33 A / 25 E |



**Comparable 5**

40781 Gibbel Rd
| | |
|---|---|
| Prox. to Subject | 9.30 miles N |
| Sale Price | 420,000 |
| Gross Living Area | 1,247 |
| Total Rooms | 4 |
| Total Bedrooms | 2 |
| Total Bathrooms | 2.0 |
| Location | Semi-Rural |
| View | Hills/Mtns |
| Site | 1.6ac/45,302sf usable |
| Quality | Average |
| Age | 99 A / 25 E |



**Comparable 6**

42315 Sabina Dr
| | |
|---|---|
| Prox. to Subject | 2.24 miles N |
| Sale Price | 580,000 |
| Gross Living Area | 1,526 |
| Total Rooms | 5 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2.0 |
| Location | Semi-Rural |
| View | Hills/Mtns |
| Site | |
| Quality | Average |
| Age | 31 A / 25 E |

Appraiser License

| Borrower | N/A | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 38055 Debby Ln | | | | | | |
| City | Hemet | County | Riverside | | State | CA | Zip Code | 92544 |
| Lender/Client | Tara Steele | | | | | | |



Business, Consumer Services & Housing Agency

BUREAU OF REAL ESTATE APPRAISERS
REAL ESTATE APPRAISER LICENSE

Dianna S. Dunn

has successfully met the requirements for a license as a residential real estate appraiser in the State of California and is, therefore, entitled to use the title:

"Certified Residential Real Estate Appraiser"

This license has been issued in accordance with the provisions of the Real Estate Appraisers' Licensing and Certification Law.

BREA APPRAISER IDENTIFICATION NUMBER:    AR 023017

Effective Date:    March 2, 2023
Date Expires:    March 1, 2025

Angela Jemmott, Bureau Chief, BREA

3069593