# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**3090 Bristol Street #400
Costa Mesa, CA 92626**

A true and correct copy of the foregoing document entitled (*specify*): **DEBTOR'S NOTICE OF MOTION AND MOTION TO AVOID JUNIOR LIEN ON PRINCIPAL RESIDENCE [11 U.S.C. § 506(D)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 5/17/2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Theron S Covey     tcovey@raslg.com
Rod Danielson (TR)     notice-efile@rodan13.com
Amitkumar Sharma     amit.sharma@aisinfo.com
United States Trustee (RS)     ustpregion16.rs.ecf@usdoj.gov
Fanny Zhang Wan     fwan@raslg.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 5/17/2024 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Judge Scott H. Yun
3420 Twelfth Street, Suite 345 /
Courtroom 302
Riverside, CA 92501-3819

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**
Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed (state method for each person or entity served):

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 5/17/2024 | **Benjamin Heston** | /s/Benjamin Heston |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                       **F 9013-3.1.PROOF.SERVICE**

Sean B. O'Neil, CEO
PHH Mortgage Corporation
2000 Midlantic Drive, Suite 410-A
Mount Laurel, NJ 08054

PHH Mortgage Corporation
1661 Worthington Road, Suite 100
West Palm Beach, FL 33409

Becky Degeorge, agent for service
PHH Mortgage Corporation
2710 Gateway Oaks Dr
Sacramento, CA 95833

PHH Mortgage Corporation
Attn Bankruptcy Department
PO Box 24605
West Palm Beach, FL 33416

Specialized Loan Servicing LLC
6200 S. Quebec Street, Suite 200
Greenwood Village, CO 80111

Jennifer Lee, agent for service
Specialized Loan Servicing LLC
7801 Folsom Boulevard #202
Sacramento, CA 95826

Toby E. Wells, CEO
Specialized Loan Servicing LLC
6200 S Quebec Street, Suite 200
Greenwood Village, CO 80111



# STATE OF CALIFORNIA
*Office of the Secretary of State*
## STATEMENT OF INFORMATION
## CORPORATION

California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

**For Office Use Only**

**-FILED-**

File No.: BA20231124648
Date Filed: 7/17/2023

| Entity Details | |
|---|---|
| Corporation Name | PHH MORTGAGE CORPORATION |
| Entity No. | 1289103 |
| Formed In | NEW JERSEY |

| Street Address of Principal Office of Corporation | |
|---|---|
| Principal Address | 2000 MIDLANTIC DRIVE<br>SUITE 410-A<br>MOUNT LAUREL, NJ 08054 |

| Mailing Address of Corporation | |
|---|---|
| Mailing Address | 1661 WORTHINGTON ROAD,<br>SUITE 100<br>WEST PALM BEACH, FL 33409 |
| Attention | |

| Street Address of California Office of Corporation | |
|---|---|
| Street Address of California Office | None |

### Officers

| Officer Name | Officer Address | Position(s) |
|---|---|---|
| Sean B. O'Neil | 2000 MIDLANTIC DRIVE<br>SUITE 410-A<br>MOUNT LAUREL, NJ 08054 | Chief Financial Officer |
| Joseph J. Samarias | 2000 MIDLANTIC DRIVE<br>SUITE 410-A<br>MOUNT LAUREL, NJ 08054 | Secretary |
| Glen A. Messina | 2000 MIDLANTIC DRIVE<br>SUITE 410-A<br>MOUNT LAUREL, NJ 08054 | Chief Executive Officer |

### Additional Officers

| Officer Name | Officer Address | Position | Stated Position |
|---|---|---|---|
| None Entered | | | |

| Agent for Service of Process | |
|---|---|
| California Registered Corporate Agent (1505) | CSC - LAWYERS INCORPORATING SERVICE<br>Registered Corporate 1505 Agent |

| Type of Business | |
|---|---|
| Type of Business | mortgage lending and servicing |

| Email Notifications | |
|---|---|
| Opt-in Email Notifications | Yes, I opt-in to receive entity notifications via email. |

**Labor Judgment**
No Officer or Director of this Corporation has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal therefrom is pending, for the violation of any wage order or provision of the Labor Code.

![California Secretary of State]

- Home
- Search
- Forms
- Help

Business | UCC

Login

# Business Search

The California Business Search provides access to available information for **corporations**, **limited liability companies** and **limited partnerships** of record with the California Secretary of State, with **free PDF copies** of over 17 million imaged business entity documents, including the most recent imaged Statements of Information filed for Corporations and Limited Liability Companies.

Currently, information for Limited Liability Partnerships (e.g. law firms, architecture firms, engineering firms, public accountancy firms, and land survey firms), General Partnerships, and other entity types are **not contained** in the California Business Search. If you wish to obtain information about LLPs and GPs, submit a Business Entities Order paper form to request copies of filings for these entity types. Note: This search is not intended to serve as a name reservation search. To reserve an entity name, select Forms on the left panel and select Entity Name Reservation ? Corporation, LLC, LP.

**Basic Search**

- A Basic search can be performed using an entity name or entity number. When conducting a search by an entity number, where applicable, **remove "C"** from the entity number. Note, **a basic search** will search **only ACTIVE entities** (Corporations, Limited Liability Companies, Limited Partnerships, Cooperatives, Name Reservations, Foreign Name Reservations, Unincorporated Common Interest Developments, and Out of State Associations). The basic search performs a contains ?keyword? search. The Advanced search allows for a ?starts with? filter. To search entities that have a status other than active or to refine search criteria, use the **Advanced** search feature.

**Advanced Search**

- An Advanced search is required when searching for publicly traded disclosure information or a status other than active.

## PHH MORTGAGE CORPORATION (1289103)

| | |
|---|---|
| Initial Filing Date | 10/28/1985 |
| Status | Active |
| Standing - SOS | Good |
| Standing - FTB | Good |
| Standing - Agent | Good |
| Standing - VCFCF | Good |
| Formed In | NEW JERSEY |
| Entity Type | Stock Corporation - Out of State - Stock |
| Principal Address | 2000 MIDLANTIC DRIVE SUITE 410-A MOUNT LAUREL, NJ 08054 |
| Mailing Address | 1661 WORTHINGTON ROAD, SUITE 100 WEST PALM BEACH, FL 33409 |
| Statement of Info Due Date | 10/31/2024 |
| Agent | 1505 Corporation CSC - LAWYERS INCORPORATING SERVICE |
| CA Registered Corporate (1505) Agent Authorized Employee(s) | BECKY DEGEORGE 2710 GATEWAY OAKS DRIVE, SACRAMENTO, CA |
| | KOY SAECHAO 2710 GATEWAY OAKS DRIVE, SACRAMENTO, CA |
| | NICOLE STAUSS 2710 GATEWAY OAKS DRIVE, SACRAMENTO, CA |
| | JENN BAUTISTA 2710 GATEWAY OAKS DRIVE, SACRAMENTO, CA |
| | REBECCA VANG 2710 GATEWAY OAKS DRIVE, SACRAMENTO, CA |
| | ALEX JENKINS 2710 GATEWAY OAKS DRIVE, SACRAMENTO, CA |
| | WENDY HARRIS 2710 GATEWAY OAKS DRIVE, SACRAMENTO, CA |
| | MELISSA DEKOVEN 2710 GATEWAY OAKS DRIVE, SACRAMENTO, CA |
| | KACI RANSOM 2710 GATEWAY OAKS DRIVE, SACRAMENTO, CA |
| | ANNETTE KUHLMAN 2710 GATEWAY OAKS DRIVE, SACRAMENTO, CA |
| | JEROME SUAREZ 2710 GATEWAY OAKS DRIVE, SACRAMENTO, CA |

Skip to main content

| Fill in this information to identify the case: |
|---|
| Debtor 1  Tara C Steele |
| Debtor 2 _____ (Spouse, if filing) |
| United States Bankruptcy Court for the CENTRAL  District of CALIFORNIA |
| Case number 6:23-bk-15661-SY |

# Official Form 410
# Proof of Claim                                                                04/22

Read the instructions before filling out this form. Use this form to make a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed.** That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1:   Identify the Claim

| | | |
|---|---|---|
| 1. | What is the current creditor? | DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR AMERICAN HOME MORTGAGE ASSETS TRUST 2006-2, MORTGAGE-BACKED PASS-THROUGH CERTIFICATES SERIES 2006-2<br>Name of the current creditor (the person or entity to be paid for this claim)<br><br>Other names the creditor used with the debtor ____PHH Mortgage Corporation____ |
| 2. | Has this claim been acquired from someone else | [X] No<br>[ ] Yes.  From whom? _____ |
| 3. | Where should notices and payments to the creditor be sent?<br>Federal Rule of Bankruptcy Procedure (FRBP) 2002 (g) | **Where should notices to the creditor be sent?**<br><br>PHH Mortgage Corporation<br>Name<br><br>Attn: Bankruptcy Department – PO Box 24605<br>Number        Street<br><br>West Palm Beach  FL  33416-4605<br>City                  State              ZIP Code<br><br>Contact phone  (855) 689-7367<br><br>Contact email  BKTrusteeQueries@ocwen.com<br><br>Uniform claim identifier for electronic payments in chapter 13 (if you use one)<br><br>__ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ | **Where should payments to the creditor be sent?** (if different)<br><br>PHH Mortgage Services<br>Name<br><br>PO Box 24781  ATTN: SV 19<br>Number        Street<br><br>West Palm Beach  FL  33416<br>City                  State              ZIP Code<br><br>Contact phone  (800) 750-2518<br><br>Contact email  BKTrusteeQueries@ocwen.com |
| 4. | Does this claim amend one already filed? | [X] No<br>[ ] Yes.    Claim number on court claim registry (if known) _____ | Filed on _____<br>MM/DD/YYYY |
| 5. | Do you know if anyone else has filed a proof of claim for this claim? | [X] No<br><br>[ ] Yes.    Who made the earlier filing? _____ |

Official Form 410A **Mortgage Proof of Claim Attachment** Page 1 of 4



**California**
*Secretary of State*

| Business | UCC |

Login

- Home
- Search
- Forms
- Help

# Business Search

The California Business Search provides access to available information for **corporations**, **limited liability companies** and **limited partnerships** of record with the California Secretary of State, with **free PDF copies** of over 17 million imaged business entity documents, including the most recent imaged Statements of Information filed for Corporations and Limited Liability Companies.

Currently, information for Limited Liability Partnerships (e.g. law firms, architecture firms, engineering firms, public accountancy firms, and land survey firms), General Partnerships, and other entity types are **not contained** in the California Business Search. If you wish to obtain information about LLPs and GPs, submit a Business Entities Order paper form to request copies of filings for these entity types. Note: This search is not intended to serve as a name reservation search. To reserve an entity name, select Forms on the left panel and select Entity Name Reservation ? Corporation, LLC, LP.

## Basic Search

- A Basic search can be performed using an entity name or entity number. When conducting a search by an entity number, where applicable, **remove "C"** from the entity number. Note, **a basic search** will search **only ACTIVE entities** (Corporations, Limited Liability

### SPECIALIZED LOAN SERVICING LLC (200334710106) ✕



Request Certificate

| | |
|---|---|
| Initial Filing Date | 12/05/2003 |
| Status | Active |
| Standing - SOS | Good |
| Standing - FTB | Good |
| Standing - Agent | Good |
| Standing - VCFCF | Good |
| Formed In | DELAWARE |
| Entity Type | Limited Liability Company - Out of State |
| Principal Address | 6200 S. QUEBEC STREET, SUITE 200 GREENWOOD VILLAGE, CO 80111 |
| Mailing Address | 6200 S. QUEBEC STREET, SUITE 200 GREENWOOD VILLAGE,CO80111 |
| Statement of Info Due Date | 12/31/2025 |
| Agent | 1505 Corporation UNITED AGENT GROUP INC. |
| CA Registered Corporate (1505) Agent Authorized Employee(s) | JENNIFER LEE 7801 FOLSOM BOULEVARD #202, SACRAMENTO, CA<br><br>SAPPHIRE MARQUEZ 7801 FOLSOM BOULEVARD #202, SACRAMENTO, CA<br><br>TRESSA WHITE 7801 FOLSOM BOULEVARD #202, SACRAMENTO, CA<br><br>DIANA BEIER 7801 FOLSOM BOULEVARD #202, SACRAMENTO, CA<br><br>TIFFINEY LOMAX 7801 FOLSOM BOULEVARD #202, SACRAMENTO, CA<br><br>NALY YANG 7801 FOLSOM BOULEVARD #202, SACRAMENTO, CA<br><br>WILLIAM HUSER 7801 FOLSOM BOULEVARD #202, SACRAMENTO, CA |

Skip to main content

| | | |
|---|---|---|
| **Secretary of State<br>Statement of Information**<br>(Limited Liability Company) | LLC-12 | 21-G45270<br>**FILED**<br>In the office of the Secretary of State<br>of the State of California<br>DEC 10, 2021<br>**This Space For Office Use Only** |

**IMPORTANT** — Read instructions **before completing this form.**

**Filing Fee – $20.00**

**Copy Fees –** First page $1.00; each attachment page $0.50;
Certification Fee - $5.00 plus copy fees

**1. Limited Liability Company Name** (Enter the exact name of the LLC. If you registered in California using an alternate name, see instructions.)
SPECIALIZED LOAN SERVICING LLC

**2. 12-Digit Secretary of State File Number**
200334710106

**3. State, Foreign Country or Place of Organization** (only if formed outside of California)
DELAWARE

**4. Business Addresses**

| | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| a. Street Address of Principal Office - Do not list a P.O. Box<br>6200 S. Quebec Street, Suite 200 | Greenwood Village | CO | 80111 |
| b. Mailing Address of LLC, **if different than item 4a**<br>6200 S. Quebec Street, Suite 200 | Greenwood Village | CO | 80111 |
| c. Street Address of **California** Office, if Item 4a is not in California - Do not list a P.O. Box | | CA | |

**5. Manager(s) or Member(s)** — If no **managers** have been appointed or elected, provide the name and address of each **member**. At least one name **and** address must be listed. If the manager/member is an individual, complete Items 5a and 5c (leave Item 5b blank). If the manager/member is an entity, complete Items 5b and 5c (leave Item 5a blank). Note: The LLC cannot serve as its own manager or member. If the LLC has additional managers/members, enter the name(s) and addresses on Form LLC-12A (see instructions).

| a. First Name, if an individual - Do not complete Item 5b | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |

| b. Entity Name - Do not complete Item 5a |
|---|
| Specialized Loan Servicing Holdings LLC |

| c. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 6200 S. Quebec Street, Suite 200 | Greenwood Village | CO | 80111 |

**6. Service of Process** (Must provide either Individual **OR** Corporation.)

**INDIVIDUAL** – Complete Items 6a and 6b only. Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is **not** a corporation) | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |

| b. Street Address (if agent is **not** a corporation) - **Do not enter a P.O. Box** | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| | | CA | |

**CORPORATION** – Complete Item 6c only. Only include the name of the registered agent Corporation.

| c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 6a or 6b |
|---|
| UNITED AGENT GROUP INC. (C3886943) |

**7. Type of Business**

| a. Describe the type of business or services of the Limited Liability Company |
|---|
| Mortgage Loan Servicing |

**8. Chief Executive Officer, if elected or appointed**

| a. First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Toby E. | | Wells | |

| b. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 6200 S. Quebec Street, Suite 200 | Greenwood Village | CO | 80111 |

**9. The Information contained herein, including any attachments, is true and correct.**

| 12/10/2021 | Jon-Michael Sanchez | Special Manager | |
|---|---|---|---|
| Date | Type or Print Name of Person Completing the Form | Title | Signature |

**Return Address (Optional)** (For communication from the Secretary of State related to this document, or if purchasing a copy of the filed document enter the name of a person or company and the mailing address. This information will become public when filed. SEE INSTRUCTIONS BEFORE COMPLETING.)

Name:
Company:
Address:
City/State/Zip:

LLC-12 (REV 01/2017)    Page 1 of 1    2017 California Secretary of State
www.sos.ca.gov/business/be