United States Bankruptcy Court

Central District of California

In re:                                                                                                        Case No. 23-15661-SY
Tara C Steele                                                                                         Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-6                                   User: admin                                        Page 1 of 1
Date Rcvd: May 24, 2024                        Form ID: pdf042                                 Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 26, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Tara C Steele, 38055 Debby Lane, Hemet, CA 92544-9795 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 26, 2024                    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 24, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Amitkumar Sharma | on behalf of Creditor Capital One Auto Finance a division of Capital One, N.A., c/o AIS Portfolio Services, LLC amit.sharma@aisinfo.com |
| Benjamin Heston | on behalf of Debtor Tara C Steele bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Fanny Zhang Wan | on behalf of Creditor Deutsche Bank National Trust Company as Trustee for American Home Mortgage Assets Trust 2006-2, Mortgage-Backed Pass-Through Certificates Series 2006-2 fwan@raslg.com |
| Rod Danielson (TR) | notice-efile@rodan13.com |
| Theron S Covey | on behalf of Creditor Deutsche Bank National Trust Company tcovey@raslg.com |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |

TOTAL: 6

**FILED & ENTERED**

MAY 24 2024

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** Mason    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# RIVERSIDE DIVISION

In re:

Tara C Steele

Debtor(s).

Case No.: 6:23-bk-15661-SY

CHAPTER 13

**ORDER RESCHEDULING HEARING**

**OLD DATE:**
Date:   June 11, 2024
Time:   1:30 p.m.
Courtroom:  302

**NEW DATE:**
Date:   June 18, 2024
Time:   1:30 p.m.
Courtroom:  302

///

///

///

-1-

The hearing regarding the **<u>Debtor's Motion to Avoid Junior Lien on Principal Residence with Specialized Loan Servicing</u>**, is **hereby rescheduled** from **<u>June 11, 2024 at 1:30 p.m.</u>** to **<u>June 18, 2024 at 1:30 p.m.</u>**, before the Honorable Scott H. Yun, Courtroom 302 of the United States Bankruptcy Court, 3420 Twelfth Street, Riverside, California 92501.

IT IS SO ORDERED.

###

Date: May 24, 2024

Scott H. Yun
United States Bankruptcy Judge

-2-