United States Bankruptcy Court

Central District of California

In re:  Case No. 23-15661-SY
Tara C Steele  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-6  User: admin  Page 1 of 2
Date Rcvd: May 24, 2024  Form ID: r341z  Total Noticed: 14

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 26, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Tara C Steele, 38055 Debby Lane, Hemet, CA 92544-9795 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: itcdbg@edd.ca.gov | May 25 2024 06:48:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | Email/Text: BKBNCNotices@ftb.ca.gov | May 25 2024 06:49:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 25 2024 05:11:12 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: RASEBN@raslg.com | May 25 2024 06:48:00 | Deutsche Bank National Trust Company, 13010 Morris Rd.,, Suite 450, Suite 450, Alpharetta, GA 30004, UNITED STATES 30004-2001 |
| 41777449 | | Email/PDF: acg.coaf.ebn@aisinfo.com | May 25 2024 05:11:13 | CAPITAL ONE AUTO FINANCE, 7933 Preston Rd, Plano, TX 75024-2302 |
| 41848907 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 25 2024 05:00:06 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 41784706 | + | Email/Text: RASEBN@raslg.com | May 25 2024 06:48:00 | Deutsche Bank National Trust Company, Robertson, Anschutz, Schneid, & Crane PL, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 41777450 | | Email/PDF: pa_dc_claims@navient.com | May 25 2024 05:00:43 | NAVIENT, PO Box 9640, Wilkes Barre, PA 18773-9640 |
| 41856726 | | Email/PDF: pa_dc_claims@navient.com | May 25 2024 05:11:20 | NAVIENT CFC, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 41777451 | | Email/Text: BKEBN-Notifications@ocwen.com | May 25 2024 06:48:00 | PHH MORTGAGE SERVICES, PO Box 5452, Mount Laurel, NJ 08054-5452 |
| 41831610 | | Email/Text: BKEBN-Notifications@ocwen.com | May 25 2024 06:48:00 | PHH Mortgage Corporation, Attn: Bankruptcy Department-PO Box 24605, West Palm Beach, FL 33416-4605 |
| 41777452 | | Email/Text: bkelectronicnoticecourtmail@computershare.com | May 25 2024 06:48:00 | SPECIALIZED LOAN SERVICING, PO Box 636005, Littleton, CO 80163-6005 |
| 41819871 | | Email/Text: EDBKNotices@ecmc.org | May 25 2024 06:48:00 | US Department of Education, PO Box 16448, St. Paul, MN 55116-0448 |

TOTAL: 13

| | | |
|---|---|---|
| District/off: 0973-6 | User: admin | Page 2 of 2 |
| Date Rcvd: May 24, 2024 | Form ID: r341z | Total Noticed: 14 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Deutsche Bank National Trust Company, as Trustee f |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 26, 2024           Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 24, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Amitkumar Sharma | on behalf of Creditor Capital One Auto Finance a division of Capital One, N.A., c/o AIS Portfolio Services, LLC amit.sharma@aisinfo.com |
| Benjamin Heston | on behalf of Debtor Tara C Steele bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Fanny Zhang Wan | on behalf of Creditor Deutsche Bank National Trust Company as Trustee for American Home Mortgage Assets Trust 2006-2, Mortgage-Backed Pass-Through Certificates Series 2006-2 fwan@raslg.com |
| Rod Danielson (TR) | notice-efile@rodan13.com |
| Theron S Covey | on behalf of Creditor Deutsche Bank National Trust Company tcovey@raslg.com |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |

TOTAL: 6

Form r341z−r341 VAN−02
Rev. 05/2010

# United States Bankruptcy Court
## Central District of California

**3420 Twelfth Street, Riverside, CA 92501−3819**

## RENOTICE CONFIRMATION HEARING

**DEBTOR INFORMATION:**
Tara C Steele

**BANKRUPTCY NO.** 6:23−bk−15661−SY

**CHAPTER** 13

**Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):** xxx−xx−7279
**Employer Tax−Identification (EIN) No(s).(if any):** N/A
**Debtor Dismissal Date:** N/A

**Address:**
38055 Debby Lane
Hemet, CA 92544−9795

**DEBTOR'S ATTORNEY:**
Benjamin Heston
Nexus Bankruptcy
100 Bayview Circle #100
Newport Beach, CA 92660

951−290−2827

**TRUSTEE:**
Rod Danielson (TR)
3787 University Avenue
Riverside, CA 92501

(951) 826−8000

Please take notice that the confirmation hearing has been reset for:

**Date:** June 18, 2024      **Time:** 01:30 PM
**Location:** 3420 Twelfth St., Crtrm 302, Riverside, CA 92501

Dated: May 24, 2024

By the Court,

**Kathleen J. Campbell**
Clerk of Court

(Form r341z−r341 VAN−02) Rev. 05/2010                                    **36 / SM6**