| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Nexus Bankruptcy**<br>**Benjamin Heston (SBN 297798)**<br>**3090 Bristol Street #400**<br>**Costa Mesa, CA 92626**<br>**Phone: (949) 312-1377**<br>**Email: ben@nexusbk.com**<br><br><br>☐ *Debtor(s) appearing without an attorney*<br>☑ *Attorney for Debtor(s)* | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

| In re:<br><br>**Tara C Steele** | CASE NO.: **6**-23-bk-15661-SY<br><br>CHAPTER: 13 |
|---|---|
| | **DECLARATION SETTING FORTH POSTPETITION, PRECONFIRMATION PAYMENTS ON:**<br>**1)  DEEDS OF TRUST [OR MORTGAGES]**<br>**2)  LEASES ON PERSONAL PROPERTY**<br>**3)  PURCHASE MONEY SECURITY LIENS ON PERSONAL PROPERTY**<br>**[LBR 3015-1(e) and LBR 3015-1(m)]** |
| Debtor(s). | [No Hearing Required] |

I, *(Debtor's name)* _____ Tara C Steele _____, hereby declare:

1.    I am the debtor in this chapter 13 bankruptcy case that was filed on: _____ 12/04/2023 _____.

2.    On the next page I have listed all the payments I have made to secured creditors and lessors since the filing of my chapter 13 petition.

3.    I have provided the name of the secured creditor and/or lessor and the type of obligation to that secured creditor and/or lessor.

4.    I understand that I must update the information on the next page and keep it current until my plan is confirmed.

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

5.  The following are the postpetition payments up to the date of plan confirmation (Payments) that I have caused to be mailed/delivered to the appropriate creditors (Creditor)[1]:

| Property Description | Creditor/Type of loan | Payment Amount | Due Date[2] | Date Mailed/ Delivered |
|---|---|---|---|---|
| 38055 Debby Lane<br>Hemet, CA 92544-9795 | Name of Creditor (printed):<br><br>PHH Mortgage Corporation<br><br>(check one):<br>[X] Deed of Trust/Mortgage<br>[ ] Car loan<br>[ ] Lease<br>[ ] Other (specify):<br>_____ | $2,663.71 | 1/1/2024 | 1/8/2024 |
| | | $2,663.71 | 2/1/2024 | 2/10/2024 |
| | | $2,663.71 | 3/1/2024 | 3/8/2024 |
| | | $2,663.71 | 4/1/2024 | 4/9/2024 |
| | | $2,663.71 | 5/1/2024 | 5/17/2024 |
| | | $2,663.71 | 6/1/2024 | 6/15/2024 |
| | Name of Creditor (printed):<br><br><br>(check one):<br>[ ] Deed of Trust/Mortgage<br>[ ] Car loan<br>[ ] Lease<br>[ ] Other (specify):<br>_____ | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | Name of Creditor (printed):<br><br><br>(check one):<br>[ ] Deed of Trust/Mortgage<br>[ ] Car loan<br>[ ] Lease<br>[ ] Other (specify):<br>_____ | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

---

[1] Attach additional pages if necessary
[2] "Due Date" refers to the 1st day the Payment is due.

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

| Property Description | Creditor/Type of loan | Payment Amount | Due Date[2] | Date Mailed/ Delivered |
|---|---|---|---|---|
| | Name of Creditor *(printed)*:<br><br><br>*(check one)*:<br>☐ Deed of Trust/Mortgage<br>☐ Car loan<br>☐ Lease<br>☐ Other *(specify)*:<br>_____ | | | |
| | Name of Creditor *(printed)*:<br><br><br>*(check one)*:<br>☐ Deed of Trust/Mortgage<br>☐ Car loan<br>☐ Lease<br>☐ Other *(specify)*:<br>_____ | | | |
| | Name of Creditor *(printed)*:<br><br><br>*(check one)*:<br>☐ Deed of Trust/Mortgage<br>☐ Car loan<br>☐ Lease<br>☐ Other *(specify)*:<br>_____ | | | |
| | Name of Creditor *(printed)*:<br><br><br>*(check one)*:<br>☐ Deed of Trust/Mortgage<br>☐ Car loan<br>☐ Lease<br>☐ Other *(specify)*:<br>_____ | | | |

6.   ☐  *Continued on Attached Page.*

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2012*                                   Page 3                    **F 3015-1.4.DEC.PRECONF.PYMTS**

7.    I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date:    **06/15/2024**                        By:    _____

                                                      Tara C Steele
                                                      Signature of Debtor 1

Date:    _____                By:    _____

                                                      Signature of Debtor 2

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2012*                        Page 4                        **F 3015-1.4.DEC.PRECONF.PYMTS**