**United States Bankruptcy Court**
**Central District of California**
Riverside
**Scott Yun, Presiding**
**Courtroom 302 Calendar**

| Tuesday, June 18, 2024 | Hearing Room 302 |

**1:30 PM**
**6:23-15661**     Tara C Steele                                                    Chapter 13

Telephonic Hearing

**#37.00**     Debtor's Motion to Avoid Junior Lien on Principal Residence with Specialized Loan Servicing

FR. 6/11/24

Susan Luong to appear by telephone (626)616-5008
Benjamin Heston to appear by telephone (951)290-2827 *[Debtor]*

Docket     32

**Matter Notes:**
    GRANTED: ✓        DENIED: _____

    CONT'D. TO: _____

      Briefing filed: _____     *- declaration from appraiser*

      Opposition filed: _____

      Reply filed: _____

    WITHDRAWN: _____

      Order Lodged by: *B. Heston*

**Tentative Ruling:**

APPEARANCES REQUIRED. Appearances may be in person or by telephone. **NOTE** – the call-in information for telephonic appearances has changed. See Judge Yun's telephonic procedures on the court website for detailed information.

**Party Information**