# United States Bankruptcy Court
## Central District of California
### Riverside
### Scott Yun, Presiding
### Courtroom 302 Calendar

**Tuesday, June 18, 2024**　　　　　　　　　　　　　　　　　　　　　　　　　　　Hearing Room　302

<u>1:30 PM</u>
**6:23-15661**　**Tara C Steele**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 13

<u>Telephonic Hearing</u>

**#38.00**　CONT'D Confirmation of Chapter 13 Plan

　　　FR. 2/27/24; 4/30/24; 6/11/24

　　　Susan Luong to appear by telephone (626)616-5008
　　　Benjamin Heston to appear by telephone (951)290-2827
　　　Nathan A Berneman to appear by telephone (818)292-1158

　　　　　　　　　　Docket　　16

*[Handwritten notes: Debtor - withdraw objection]*

**Matter Notes:**

　　　　　　　　　**Consent Calendar**

(✓) **Confirmed** per trustee's recommendation - Plan provisions: % to pay _100_

　　　　　　　　　Duration _60_

　　　　　　　　　Payment $ _664 (1-5)_
　　　　　　　　　　　　　　　_$337 (6-60)_

(　) **Continued** to _____ at 1:30 p.m.

　　341(a)　_____ at 9:00 a.m.

(　) **Objection** to plan:　(　) Withdrawn　　(　) Sustained　　(　) Overruled

(　) **Case Dismissed**

　　　　(　) without prejudice　　(　) Under § 109(g)

　　　　(　) if conversion to chapter 7 not filed and fee paid within 10 days

**Tentative Ruling:**
　- NONE LISTED -

# United States Bankruptcy Court
## Central District of California
### Riverside
### Scott Yun, Presiding
### Courtroom 302 Calendar

**Tuesday, June 18, 2024**                                                                                                          **Hearing Room    302**

**1:30 PM**
**CONT...    Tara C Steele**                                                                                                              **Chapter 13**

| Party Information |
|---|

**Debtor(s):**

Tara C Steele                                    Represented By
                                                 Benjamin Heston

**Trustee(s):**

Rod Danielson (TR)                               Pro Se