# United States Bankruptcy Court
# Central District of California

3420 Twelfth Street, Riverside, CA 92501–3819

# NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

**DEBTOR(S) INFORMATION:**
Tara C Steele
**SSN:** xxx–xx–7279
**EIN:** N/A

38055 Debby Lane
Hemet, CA 92544–9795

**BANKRUPTCY NO.**  6:23–bk–15661–SY
**CHAPTER**  13

Notice is hereby given of the entry of an order of this Court confirming a chapter 13 plan. You may review the order and the plan itself at the bankruptcy clerk's office at the address listed above or online at https://pacer.uscourts.gov.

Dated: July 2, 2024

For The Court,

**Kathleen J. Campbell**
Clerk of Court

(Form ntc13pln – ncp13 v.12/20)

**49 / AUTU**