# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF INTENT TO PAY CLAIMS

NOTICE IS HEREBY GIVEN TO DEBTOR(S) AND COUNSEL, IF ANY, THAT THE TRUSTEE INTENDS TO PAY CLAIMS FILED BY THE CREDITORS LISTED BELOW UNLESS:
(1) OBJECTION IS MADE BY THE DEBTOR(S) OR ANY OTHER PARTY IN INTEREST; AND
(2) THE COURT ISSUES ITS ORDER DISALLOWING THE CLAIM.

IN RE:  TARA C STEELE
        38055 DEBBY LANE
        HEMET, CA 92544-9795

IN THE MATTER OF:
TARA C STEELE
38055 DEBBY LANE
HEMET, CA  92544-9795

DATE: 07/18/2024
Case No. 6:23-bk-15661-SY

**\* \* \* PLAN MAY NOT BE FEASIBLE, CONTACT YOUR ATTORNEY \* \* \***

| COURT CLAIM# | CREDITOR NAME | AMOUNT SCHEDULED | AMOUNT OF CLAIM | ACCOUNT | CREDITOR CLASS | TEE CLM# |
|---|---|---|---|---|---|---|
| 01 | US DEPARTMENT OF EDU | PAID OUTSIDE | PAID OUTSIDE | 7279 | UNSECURED | 1 |
| 03 | CAPITAL ONE AUTO FIN | PAID OUTSIDE | PAID OUTSIDE | 9800 | SECURED | 2 |
| 04 | CAPITAL ONE AUTO FIN | SURRENDERED | SURRENDERED | 1243 | SECURED | 3 |
| 02 | DEUTSCHE BANK NATION | $495,257.00 | $17,083.58 | 8415 | MORTGAGE ARREARS | 4 |
|    | SPECIALIZED LOAN SER | $42,000.00 | NOT FILED | 7995 | UNSECURED | 5 |
| 05 | NAVIENT CFC | PAID OUTSIDE | PAID OUTSIDE | 7279 | UNSECURED | 6 |
|    | TOTAL: | $537,257.00 | $17,083.58 | | | |

ABOVE "TOTALS" DO NOT INCLUDE "SURRENDERED" OR "PAID OUTSIDE" CLAIMS. IF YOU BELIEVE YOU DO NOT OWE ONE OR MORE OF THE CLAIMS LISTED ABOVE, DO NOT CALL THE TRUSTEE, CALL YOUR ATTORNEY.  THE TRUSTEE CANNOT GIVE LEGAL ADVICE. IF YOU DO NOT TIMELY FILE AND SERVE AN OBJECTION TO THE CLAIM(S) IN ACCORDANCE WITH BANKRUPTCY LAW, THE TRUSTEE IS UNDER A COURT ORDER TO PAY ALL CLAIMS, EXCEPT THOSE LISTED AS "NOT FILED," "PAID OUTSIDE" OR "NOTICE ONLY."

Dated:  07/18/2024

/s/ Rod Danielson
Signature

**NOTICE OF INTENT TO PAY CLAIMS - Continued**

**6:23-bk-15661-SY**

<u>DECLARATION RE VERIFICATION OF CLAIMS REGISTER</u>

I declare under penalty of perjury as follows:

1. That I am a citizen of the United States of America, I am over the age of 18 years, and not a party to the within matter.

2. I am employed by Rod Danielson, Chapter 13 Trustee in this case, and by virtue of that employment I am qualified to identify and interpret the records and documents typically prepared and maintained in the ordinary course of a Chapter 13 case.

| LUIS CARRILLO | /s/ LUIS CARRILLO |
|---|---|
| Type or Print Name | Signature |

PROOF OF SERVICE

I declare under penalty of perjury that I am employed by Rod Danielson, Chapter 13 Trustee: I am over 18 years of age and I mailed copies of the Notice of Intent to Pay Claims, and Declaration in support thereof, on the parties set forth below.

TARA C STEELE
38055 DEBBY LANE
HEMET, CA  92544-9795

NEXUS BANKRUPTCY
3090 BRISTOL ST #400
COSTA MESA, CA  92626

Executed on <u>07/18/2024</u> at Riverside, California.

| LUIS CARRILLO | /s/ LUIS CARRILLO |
|---|---|
| Type or Print Name | Signature |