# UNITED STATES BANKRUPTCY COURT
## FOR THE Central District of CALIFORNIA

IN RE:

TARA C STEELE

§
§ CASE NO.
§ 6:23-bk-15661-SY
§ Chapter 13

# TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| The Bank of New York Mellon f/k/a The Bank of New York as Indenture trustee for CWHEQ Revolving Home Equity Loan Trust, Series 2006-I | PHH Mortgage Corporation |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Shellpoint Mortgage Servicing
P.O. Box 10826 Greenville
Greenville, SC 29603-0675

Court Claim # (if known): 2
Amount of Claim: $ 495664.91
Date Claim Filed: 01/29/2024

Phone: (800)365-7107
Last Four Digits of Acct #: 0847

Phone: (800) 643-0202
Last Four Digits of Acct.#: 0519

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Larry Yip                Date: 8/21/2024

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

UNITED STATES BANKRUPTCY COURT
FOR THE Central District of CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>TARA C STEELE | §<br>§ CASE NO.<br>§ 6:23-bk-15661-SY<br>§ Chapter 13 |

CERTIFICATE OF SERVICE OF TRANSFER OF CLAIM

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before 8/21/2024 via electronic notice unless otherwise stated:

**Debtor**      *Via U.S. Mail*

TARA C STEELE
38055 Debby Ln
Hemet, CA 92544-9795


**Debtors' Attorney**
BENJAMIN HESTON
NEXUS BANKRUPTCY
100 Bayview Cir Ste 100
Newport Beach, CA 92660-2963

**Chapter 13 Trustee**
ROD DANIELSON
3787 University Ave
Riverside, CA 92501-3332


Respectfully Submitted,

/s/ Kidd Yuen
Kidd Yuen