United States Bankruptcy Court

Central District of California

In re:  Case No. 23-15661-SY
Tara C Steele  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-6      User: admin      Page 1 of 2
Date Rcvd: Aug 23, 2024      Form ID: trc      Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 24, 2024:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 41831610 | Email/Text: BKEBN-Notifications@ocwen.com | Aug 23 2024 06:44:00 | PHH Mortgage Corporation, Attn: Bankruptcy Department-PO Box 24605, West Palm Beach, FL 33416-4605 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 21, 2024 at the address(es) listed below:

**Name**      **Email Address**

Amitkumar Sharma
     on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A., c/o AIS Portfolio Services, LLC amit.sharma@aisinfo.com

Benjamin Heston
     on behalf of Debtor Tara C Steele bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net

Dane W Exnowski
     on behalf of Creditor Deutsche Bank National Trust Company  as Trustee for American Home Mortgage Assets Trust 2006-2, Mortgage-Backed Pass-Through Certificates Series 2006-2 dane.exnowski@mccalla.com, bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com

Fanny Zhang Wan
     on behalf of Creditor Deutsche Bank National Trust Company  as Trustee for American Home Mortgage Assets Trust 2006-2, Mortgage-Backed Pass-Through Certificates Series 2006-2 fwan@raslg.com

Larry Yip
     on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York as Indenture trustee for CWHEQ Revolving Home Equity Loan Trust  Series 2006-I lyip@lciinc.com

| | | | |
|---|---|---|---|
| District/off: 0973-6 | User: admin | | Page 2 of 2 |
| Date Rcvd: Aug 23, 2024 | Form ID: trc | | Total Noticed: 1 |

Rod Danielson (TR)
    notice-efile@rodan13.com

Theron S Covey
    on behalf of Creditor Deutsche Bank National Trust Company tcovey@raslg.com

United States Trustee (RS)
    ustpregion16.rs.ecf@usdoj.gov

TOTAL: 8

2100 B (12/15)

# United States Bankruptcy Court

Central District of California
Case No. 6:23-bk-15661-SY
Chapter 13

In re: Debtor(s) (including Name and Address)

Tara C Steele
38055 Debby Lane
Hemet CA 92544-9795

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 08/21/2024.

Name and Address of Alleged Transferor(s):

Claim No. 2: PHH Mortgage Corporation, Attn: Bankruptcy Department-PO Box 24605, West Palm Beach, FL 33416-4605

Name and Address of Transferee:

The Bank of New York Mellon FKA The Bank of New York,
c/o Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603-0675

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/24/24

Kathleen J. Campbell
**CLERK OF THE COURT**