**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**RIVERSIDE DIVISION**

| | |
|---|---|
| IN RE:<br>Tara C Steele,<br>　　Debtor.<br>_____/ | CASE NO.: 6:23-bk-15661-SY<br>CHAPTER 13 |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Deutsche Bank National Trust Company, as Trustee for American Home Mortgage Assets Trust 2006-2, Mortgage-Backed Pass-Through Certificates Series 2006-2<br>Name of Transferee | The Bank of New York Mellon f/k/a The Bank of New York as Indenture trustee for CWHEQ Revolving Home Equity Loan Trust, Series 2006-I<br>Name of Transferor |
| Name and Address where notices to Transferee should be sent:<br>PHH Mortgage Corporation<br>ATTN: Bankruptcy Department<br>PO Box 24605<br>West Palm Beach FL 33416 | Court Claim # (if known): 2-1<br>Amount of Claim: $495,664.91<br>Date Claim Filed: 1/29/2024 |
| Phone: (855) 689-7367<br>Last Four Digits of Acct #: 8415 | Phone: (800) 365-7107<br>Last Four Digits of Acct #: 0847 |

Name and Address where Transferee payments should be sent (if different from above):

PHH Mortgage
ATTN: SBRP
PO Box 24781
West Palm Beach FL 33416

Phone: (800) 750-2518
Last Four Digits of Acct #: 8415

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ David Coats　　　　　　　　　　　　Date: 12/2/2024

Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on _____December 3, 2024_____, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Tara C Steele
38055 Debby Lane
Hemet, CA 92544-9795

And via electronic mail to:

Benjamin Heston
Nexus Bankruptcy
100 Bayview Circle #100
Newport Beach, CA 92660

Rod Danielson (TR)
3787 University Avenue
Riverside, CA 92501

United States Trustee (RS)
3801 University Avenue, Suite 720
Riverside, CA 92501-3200

By: /s/_____Hannah Silva_____

Email:    hsilva@raslg.com