Sean C. Ferry (SBN 310347)
sferry@raslg.com
**ROBERTSON, ANSCHUTZ, SCHNEID & CRANE LLP**
1 Park Plaza, Suite 600
Irvine, CA 92614
Telephone: (470) 321-7112

Attorney for Secured Creditor
Deutsche Bank National Trust Company, as Trustee
for American Home Mortgage Assets Trust 2006-2,
Mortgage-Backed Pass-Through Certificates Series 2006-2

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION

| | |
|---|---|
| IN RE:<br><br>**Tara C Steele,**<br><br>**Debtor.** | CASE NO.: 6:23-bk-15661-SY<br>**CHAPTER 13**<br><br>D.C. No. RAS - 1<br><br>**DECLARATION IN SUPPORT OF MOTION FOR RELIEF FROM AUTOMATIC STAY** |

I, **Diego Rojas**, declare under penalty of perjury as follows:

1. I am employed as a **Contract Management Coordinator** of PHH Mortgage Corporation and am authorized to sign this Declaration on behalf of PHH Mortgage Corporation as servicer for **Deutsche Bank National Trust Company, as Trustee for American Home Mortgage Assets Trust 2006-2, Mortgage-Backed Pass-Through Certificates Series 2006-2** (the "Movant"). This Declaration is provided in support of the Motion for Relief from Stay (the "Motion") filed contemporaneously herewith.

2. I make this Declaration based upon my review of the records with regard to this underlying loan transaction, which are kept in the ordinary course of business of PHH Mortgage Corporation. As part of my job responsibilities for PHH Mortgage Corporation, I have personal knowledge of and am familiar with the types of records maintained by PHH Mortgage Corporation in connection with the loan that is the subject of the Motion

- 1 -    CASE NO.  6:23-BK-15661-SY
**DECLARATION IN SUPPORT OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

(the "Loan") and the procedures for creating those types of records. I have access to and have reviewed the books, records and files of PHH Mortgage Corporation that pertain to the Loan and extension of credit given to Debtors concerning the property securing such Loan.

3. The information in this Declaration is taken from PHH Mortgage Corporation's business records regarding the Loan. The records are: (a) made at or near the time of the occurrence of the matters recorded by person with personal knowledge of the information in the business record, or from information transmitted by persons with personal knowledge; (b) kept in the course of PHH Mortgage Corporation's regularly conducted business activities; and (c) it is the regular practice of PHH Mortgage Corporation to make such records.

4. Tara Steele has executed and delivered or is otherwise obligated with respect to that certain promissory note referenced in the Motion (the "Note").

5. As of **November 15, 2024**, there are one or more defaults in paying Debtors post-petition amounts due with respect to the Note.

6. As of **November 15, 2024**, the total unpaid principal balance is **$480,496.64** which includes the unpaid principal balance of **$450,914.63** and deferred principal balance of **$29,582.01**.

7. As of **November 15, 2024**, the total post-petition arrearage/delinquency is **$9,007.10** consisting of (i) the foregoing total of missed post-petition payment in the amount of **$7,757.10** plus (ii) the foregoing post-petition fees in the amount of **$1,250.00** attached hereto as **Exhibit 1**:

8. Attached hereto as **Exhibit** 2 is a post-petition payment history including a statement of the total amount due to cure the post-petition default.

9. As of **November 15, 2024**, the chapter 13 plan has been confirmed.

Pursuant to 28 U.S.C. 1746, I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 9 day of JANUARY, 2025.

Signature Diego Rojas

Name Contract Management Coordinator

Title
PHH Mortgage Corporation as servicer for "Movant"

STATE OF FLORIDA

COUNTY OF PALM BEACH

The foregoing instrument was acknowledged before me by means of [x] physical presence or [ ] online notarizations, this 9 day of JANUARY 2025, by Diego Rojas as Contract Management Coordinator for PHH Mortgage Corporation who is the servicer for **Deutsche Bank National Trust Company, as Trustee for American Home Mortgage Assets Trust 2006-2, Mortgage-Backed Pass-Through Certificates Series 2006-2**, who is <u>personally known to me</u> or who has produced _____ as identification.

Signature of Notary Public
Name of Notary Public: Claribel Lopez
Notary Commission Expiration Date: _____
Personally known: ✓
OR Produced Identification: _____
Type of Identification Produced: _____

CLARIBEL LOPEZ
Notary Public - State of Florida
Commission # HH 196880
My Comm. Expires Dec 22, 2025
Bonded through National Notary Assn.

- 3 -    CASE NO.  6:23-BK-15661-SY
**DECLARATION IN SUPPORT OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

# Exhibit 1

| Description | Amount: |
|---|---|
| Proof of Claim Fees | $700.00 |
| Objection to confirmation | $550.00 |

# Exhibit 2

| Name: | Tara C Steele | | | | |
|---|---|---|---|---|---|
| BK Case Number: | 23-15661 | | | | |
| Filing Date: | 12/4/2023 | | | | |
| Post First Due: | 1/1/2024 | | | | |
| Post-Petition Due | Date Received | Amount Received | Amount Applied | Suspense Application | Suspense Balance |
|  | 1/31/2024 | $ 2,663.71 |  | $ 2,663.71 | $ 2,663.71 |
| 1/1/2024 | 2/1/2024 |  | $ 2,663.71 | $ (2,663.71) | $ - |
|  | 3/8/2024 | $ 2,663.71 |  | $ 2,663.71 | $ 2,663.71 |
| 2/1/2024 | 3/11/2024 |  | $ 2,663.71 | $ (2,663.71) | $ - |
|  | 4/9/2024 | $ 2,896.87 |  | $ 2,896.87 | $ 2,896.87 |
| 3/1/2024 | 4/10/2024 |  | $ 2,663.71 | $ (2,663.71) | $ 233.16 |
|  | 5/16/2024 | $ 2,663.71 |  | $ 2,663.71 | $ 2,896.87 |
| 4/1/2024 | 5/17/2024 |  | $ 2,663.71 | $ (2,663.71) | $ 233.16 |
|  | 6/24/2024 | $ 2,664.00 |  | $ 2,664.00 | $ 2,897.16 |
| 5/1/2024 | 6/25/2024 |  | $ 2,663.71 | $ (2,663.71) | $ 233.45 |
|  | 7/30/2024 | $ 2,663.71 |  | $ 2,663.71 | $ 2,897.16 |
| 6/1/2024 | 7/31/2024 |  | $ 2,663.71 | $ (2,663.71) | $ 233.45 |
|  | 9/3/2024 | $ 2,664.00 |  | $ 2,664.00 | $ 2,897.45 |
| 7/1/2024 | 9/4/2024 |  | $ 2,663.71 | $ (2,663.71) | $ 233.74 |
|  | 10/11/2024 | $ 2,664.00 |  | $ 2,664.00 | $ 2,897.74 |
| 8/1/2024 | 10/15/2024 |  | $ 2,663.71 | $ (2,663.71) | $ 234.03 |
|  |  |  |  | $ - | $ 234.03 |

| Name: | Tara C Steele | | | |
|---|---|---|---|---|
| BK Case Number: | 23-15661 | | | |
| Filing Date: | 12/4/2023 | | | |
| Due Date | Total Payment | P & I | Escrow | NOPC Filed Date |
| 9/1/2024 | $ 2,663.71 | $ 1,860.09 | $ 803.62 |  |
| 10/1/2024 | $ 2,663.71 | $ 1,860.09 | $ 803.62 |  |
| 11/1/2024 | $ 2,663.71 | $ 1,860.09 | $ 803.62 |  |
| Total Due | $ 7,991.13 | $ 5,580.27 | $ 2,410.86 |  |