**United States Bankruptcy Court**
**Central District of California**
Riverside
**Scott Yun, Presiding**
**Courtroom 302 Calendar**

Wednesday, February 5, 2025                                           Hearing Room    302

9:30 AM
**6:23-15661**    **Tara C Steele**                                           Chapter 13

Telephonic Hearing

#2.00    Notice of motion and motion for relief from the automatic stay with supporting declarations REAL PROPERTY RE: 38055 Debby Lane, Hemet, CA 92544-9795

**Benjamin Heston to appear by telephone (949)312-1377** _White_

_Daniel Shapiro_ ✓ _Movant_
Docket    59

**Matter Notes:**

GRANTED: _____    DENIED: _____

APO: _____

CONT'D. TO:    _4-2-25 @ 9:30am_

WITHDRAWN: _____

ORDER LODGED BY: _____

**Tentative Ruling:**

GRANT relief from the automatic stay under § 362(d)(1).

GRANT waiver of FRBP 4001(a)(3) stay.

APPEARANCES WAIVED. No opposition has been timely filed. If written or oral opposition is presented at the hearing, the hearing may be continued. Movant to lodge an order within 7 days.

**Party Information**

**Debtor(s):**

Tara C Steele                                    Represented By
                                                 Benjamin Heston ✓