**United States Bankruptcy Court**
**Central District of California**
Riverside
Scott Yun, Presiding
Courtroom 302 Calendar

**Wednesday, April 2, 2025**            **Hearing Room**    **302**

9:30 AM
**6:23-15661**    **Tara C Steele**                             **Chapter 13**

Telephonic Hearing

#16.00    CONT'D Notice of motion and motion for relief from the automatic stay with supporting declarations REAL PROPERTY RE: 38055 Debby Lane, Hemet, CA 92544-9795

**FR. 2/5/25**

**Keith Higginbotham to appear by telephone (213)840-7800** — *Movant*
**Benjamin Heston to appear by telephone (949)312-1377** — *Debtor*

Docket    59

**Matter Notes:**

GRANTED: _____    DENIED: _____

APO: _____

CONT'D. TO: __5-7-25 @ 9:30am__

WITHDRAWN: _____

ORDER LODGED BY: _____

**Tentative Ruling:**

APPEARANCES REQUIRED. Appearances may be in person or by telephone. See Judge Yun's telephonic procedures on the court website for detailed information.

**Party Information**

**Debtor(s):**

Tara C Steele                          Represented By
                                         Benjamin Heston