# United States Bankruptcy Court
## Central District of California
Riverside
Scott Yun, Presiding
Courtroom 302 Calendar

**Wednesday, May 7, 2025**  Hearing Room  302

<u>9:30 AM</u>
**6:23-15661**   Tara C Steele                                                          Chapter 13

Telephonic Hearing

**#7.00**   CONT'D Notice of motion and motion for relief from the automatic stay with supporting declarations REAL PROPERTY RE: 38055 Debby Lane, Hemet, CA 92544-9795

**FR. 2/5/25; 4/2/25**

Benjamin Heston to appear by telephone (949)312-1377 — *debtr*

Docket   59

*Nathan Berneman — Movnt* (handwritten)

**Matter Notes:**

GRANTED: _____   DENIED: _____

APO: _____

CONT'D. TO:  6-25-25 @ 9:30am

WITHDRAWN: _____

ORDER LODGED BY: _____

**Tentative Ruling:**

APPEARANCES REQUIRED. Appearances may be in person or by telephone. See Judge Yun's telephonic procedures on the court website for detailed information.

## Party Information

**Debtor(s):**

Tara C Steele                               Represented By
                                            Benjamin Heston

**Movant(s):**

Deutsche Bank National Trust                Represented By