# United States Bankruptcy Court
## Central District of California
Riverside
Scott Yun, Presiding
Courtroom 302 Calendar

**Wednesday, June 25, 2025**　　　　　　　　　　　　　　　　　　　　　　　Hearing Room　302

**9:30 AM**
**6:23-15661**　Tara C Steele　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 13

　　　　　　　　　　　　Telephonic Hearing

#22.00　CONT'D Notice of motion and motion for relief from the automatic stay with supporting declarations REAL PROPERTY RE: 38055 Debby Lane, Hemet, CA 92544-9795

FR. 2/5/25; 4/2/25; 5/7/25

Keith Higginbotham to appear by telephone (213)840-7800　*Movant*
Benjamin Heston to appear by telephone (949)312-1377　*debtor*

　　　　Docket　59

**Matter Notes:**

　　GRANTED: _____　DENIED: _____

　　APO: _____

　　CONT'D. TO: _7-30-25@9:30am_

　　WITHDRAWN: _____

　　ORDER LODGED BY: _____

**Tentative Ruling:**

APPEARANCES REQUIRED. Appearances may be in person or by telephone. See Judge Yun's telephonic procedures on the court website for detailed information.

### Party Information

**Debtor(s):**

Tara C Steele　　　　　　　　　　　　　　Represented By
　　　　　　　　　　　　　　　　　　　　　　Benjamin Heston