# United States Bankruptcy Court
## Central District of California
### Riverside
### Scott Yun, Presiding
### Courtroom 302 Calendar

**Wednesday, July 30, 2025**  **Hearing Room** **302**

**9:30 AM**
**6:23-15661**    Tara C Steele    **Chapter 13**

Telephonic Hearing

#13.00    CONT'D Notice of motion and motion for relief from the automatic stay with supporting declarations REAL PROPERTY RE: 38055 Debby Lane, Hemet, CA 92544-9795

FR. 2/5/25; 4/2/25; 5/7/25; 6/25/25

Keith Higginbotham to appear by telephone (213)840-7800 ✓ *Movant*
Benjamin Heston to appear by telephone (949)312-1377 *Debtor*

Docket    59

**Matter Notes:**

GRANTED: _____    DENIED: _____

APO: _____

CONT'D. TO: *8-27-25 @ 9:30am*

WITHDRAWN: _____

ORDER LODGED BY: _____

**Tentative Ruling:**

APPEARANCES REQUIRED. Appearances may be in person or by telephone. See Judge Yun's telephonic procedures on the court website for detailed information.

| Party Information |
|---|

**Debtor(s):**

Tara C Steele    Represented By
                 Benjamin Heston