# United States Bankruptcy Court
## Central District of California
Riverside
Scott Yun, Presiding
Courtroom 302 Calendar

**Wednesday, August 27, 2025**                                                                                          **Hearing Room    302**

**9:30 AM**
**6:23-15661    Tara C Steele**                                                                                                           **Chapter 13**

Telephonic Hearing

#14.00    CONT'D Notice of motion and motion for relief from the automatic stay with supporting declarations REAL PROPERTY RE: 38055 Debby Lane, Hemet, CA 92544-9795

FR. 2/5/25; 4/2/25; 5/7/25; 6/25/25; 7/30/25

Keith Higginbotham to appear by telephone (213)840-7800    ✓ Movant
Benjamin Heston to appear by telephone (949)312-1377    ✓ debtor

Docket    59

**Matter Notes:**

GRANTED: _____    DENIED: _____

APO: _____

CONT'D. TO:    _10-8-25 @ 9:30am_

WITHDRAWN: _____

ORDER LODGED BY: _____

**Tentative Ruling:**

APPEARANCES REQUIRED. Appearances may be in person or by telephone. See Judge Yun's telephonic procedures on the court website for detailed information.

| Party Information |
|---|

**Debtor(s):**

Tara C Steele                    Represented By
                                 Benjamin Heston