# United States Bankruptcy Court
## Central District of California
Riverside
Scott Yun, Presiding
Courtroom 302 Calendar

**Wednesday, October 8, 2025**  Hearing Room  **302**

**9:30 AM**
**6:23-15661**  Tara C Steele  Chapter 13

Telephonic Hearing

**#20.00**  CONT'D Notice of motion and motion for relief from the automatic stay with supporting declarations REAL PROPERTY RE: 38055 Debby Lane, Hemet, CA 92544-9795

FR. 2/5/25; 4/2/25; 5/7/25; 6/25/25; 7/30/25; 8/27/25

Nathan A Berneman to appear by telephone (818)292-1158 — *Movant*
Benjamin Heston to appear by telephone (949)312-1377 — *Debtor*

Docket    59

**Matter Notes:**

GRANTED: _____  DENIED: _____

APO: _____

CONT'D. TO: _10-29-25 @ 9:30am_

WITHDRAWN: _____

ORDER LODGED BY: _____

**Tentative Ruling:**

APPEARANCES REQUIRED. Appearances may be in person or by telephone. See Judge Yun's telephonic procedures on the court website for detailed information.

### Party Information

**Debtor(s):**

Tara C Steele    Represented By
                 Benjamin Heston