# United States Bankruptcy Court
## Central District of California
Riverside
Scott Yun, Presiding
Courtroom 302 Calendar

**Wednesday, October 29, 2025**　　　　　　　　　　　　　　　　　　　　**Hearing Room    302**

### 9:30 AM
**6:23-15661    Tara C Steele**　　　　　　　　　　　　　　　　　　　　　　　　　　**Chapter 13**

#11.00　　CONT'D Notice of motion and motion for relief from the automatic stay with supporting declarations REAL PROPERTY RE: 38055 Debby Lane, Hemet, CA 92544-9795

**FR. 2/5/25; 4/2/25; 5/7/25; 6/25/25; 7/30/25; 8/27/25; 10/8/25**

　　　　　　　　　　　Docket　　59

**Matter Notes:**

GRANTED: _____　　DENIED: _____

APO: _____

CONT'D. TO: _11-19-25 @ 9:30 am_

WITHDRAWN: _____

ORDER LODGED BY: _____

**Tentative Ruling:**

In light of the government shutdown and the requirements of 31 U.S.C. § 1342, the Antideficiency Act, this matter is continued to November 19, 2025 at 9:30 a.m. If an urgent need to have a hearing arises, please contact chambers and the request may be accommodated dependent on the nature of the need and the staffing levels at that time.

### Party Information

**Debtor(s):**

Tara C Steele　　　　　　　　　　　　　　Represented By
　　　　　　　　　　　　　　　　　　　　Benjamin Heston

**Movant(s):**

Deutsche Bank National Trust　　　　　　Represented By