**United States Bankruptcy Court**
**Central District of California**
Riverside
Scott Yun, Presiding
Courtroom 302 Calendar

Wednesday, November 19, 2025     Hearing Room    302

9:30 AM
**6:23-15661**  Tara C Steele     Chapter 13

Telephonic Hearing

#26.00  CONT'D Notice of motion and motion for relief from the automatic stay with supporting declarations REAL PROPERTY RE: 38055 Debby Lane, Hemet, CA 92544-9795

FR. 2/5/25; 4/2/25; 5/7/25; 6/25/25; 7/30/25; 8/27/25; 10/8/25; 10/29/25

Russ Stong to appear by telephone (310)877-6576
Benjamin Heston to appear by telephone (949)312-1377

*— Movant*
*— debtor*

Docket    59

**Matter Notes:**

GRANTED: _____  DENIED: _____

APO: _____

CONT'D. TO: *12-10-25 @ 9:30am*

WITHDRAWN: _____

ORDER LODGED BY: _____

**Tentative Ruling:**

APPEARANCES REQUIRED. Appearances may be in person or by telephone. See Judge Yun's telephonic procedures on the court website for detailed information.

---
**Party Information**

**Debtor(s):**

Tara C Steele     Represented By
    Benjamin Heston