**NEXUS BANKRUPTCY**
**BENJAMIN HESTON (297798)**
3090 Bristol Street #400
Costa Mesa, CA 92626
Tel: 949.312.1377
Fax: 949.288.2054
*ben@nexusbk.com*

Attorney for Debtor

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>TARA C STEELE,<br><br>　　　Debtor. | Case No: 6:23-bk-15661-SY<br><br>Chapter 13<br><br>**OPPOSITION TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (REAL PROPERTY)**<br><br>**Confirmation Hearing:**<br>Date: January 14, 2026<br>Time: 9:30 AM<br>Courtroom: 302 |

　　　Debtor, Tara C. Steele, hereby opposes the Motion for Relief from the Automatic Stay filed by Capital One Auto Finance, and alleges as follows:

　　　Movant seeks relief under 11 U.S.C. § 362(d)(1) based on alleged post-petition payment defaults. As of the hearing date, Debtor will be current on her post-petition obligations. Alternatively, Debtor is prepared to enter into an Adequate Protection Order with Movant to cure any remaining post-petition delinquency and provide for ongoing payments going forward. Under either scenario, Movant is, or will be, adequately protected.

　　　Section 362(d)(1) permits relief from stay only "for cause," including lack of adequate protection. What constitutes "cause" is determined on a case-by-case basis, with the Court weighing the equities and the impact of stay relief on the Debtor, the estate, and creditors as a whole. Where post-petition defaults are being cured or can be addressed through adequate protection, the court should deny relief or condition the stay rather than terminate it.

1     The Property is necessary to Debtor's continued performance under the case. Granting relief at this stage, while Debtor is curing the alleged default or negotiating an Adequate Protection Order, would be premature.

    Accordingly, the Motion should be denied. In the alternative, Debtor respectfully requests that the hearing be continued to allow the parties to finalize an Adequate Protection Order.

                                            Respectfully submitted,

                                            **NEXUS BANKRUPTCY**

Date: December 31, 2025                       /s/Benjamin Heston
                                                    BENJAMIN HESTON
                                                    Attorney for Debtor

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**3090 Bristol Street #400**
**Costa Mesa, CA 92626**

A true and correct copy of the foregoing document entitled (*specify*): **OPPOSITION TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (REAL PROPERTY)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 12/31/2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

David Coats    dacoats@raslg.com
Theron S Covey    AttorneyTCovey@gmail.com
Rod Danielson (TR)    notice-efile@rodan13.com
Joseph C Delmotte    ecfcacb@aldridgepite.com, JCD@ecf.inforuptcy.com;jdelmotte@aldridgepite.com
Dane W Exnowski    dane.exnowski@mccalla.com, bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com
Sean C Ferry    sferry@raslg.com, sean.ferry7@ecf.courtdrive.com
Benjamin Heston    bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net
Kristin A Schuler-Hintz    bknotice@mccarthyholthus.com, Khintz@ecf.inforuptcy.com;Khintz@mccarthyholthus.com;Khintz@ecf.courtdrive.com
Hadi R Seyed-Ali    Hadi.Seyed-Ali@padgettlawgroup.com, hadiseyedali@gmail.com
Amitkumar Sharma    amit.sharma@aisinfo.com
United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov
Fanny Zhang Wan    Fanny.Wan@mccalla.com, mccallaecf@ecf.courtdrive.com
Larry Yip    lyip@lciinc.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 12/31/2025 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Judge Scott H. Yun
3420 Twelfth Street
Suite 345 / Courtroom 302
Riverside, CA 92501-3819

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**
Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed (state method for each person or entity served):

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 12/31/2025 | **Benjamin Heston** | /s/Benjamin Heston |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**