# United States Bankruptcy Court
## Central District of California
### Riverside
### Scott Yun, Presiding
### Courtroom 302 Calendar

**Wednesday, January 14, 2026**  Hearing Room  **302**

---

<u>9:30 AM</u>
**6:23-15661**   Tara C Steele                                                                Chapter 13

Telephonic Hearing

**#15.00**  Notice of motion and motion for relief from the automatic stay with supporting declarations PERSONAL PROPERTY RE: 2022 Mercedes-Benz GLA 250, VIN: W1N4N4HB1NJ396224

Kristin Schuler-Hintz to appear by telephone (702)685-0329  *movant*
Benjamin Heston to appear by telephone (949)312-1377  *debtor*

Docket    76

**Matter Notes:**

GRANTED: _____    DENIED: _____

APO: _____

CONT'D. TO:   2-25-26 @ 9:30am

WITHDRAWN: _____

ORDER LODGED BY: _____

**Tentative Ruling:**

APPEARANCES REQUIRED. Appearances may be in person or by telephone. See Judge Yun's telephonic procedures on the court website for detailed information.

### Party Information

**Debtor(s):**

Tara C Steele                          Represented By
                                       Benjamin Heston

**Movant(s):**

Capital One Auto Finance, a division    Represented By
                                        Kristin A Schuler-Hintz