1  Sarah Dooley-Lewis (SBN 309580)
2  sdooleylewis@raslg.com
   **ROBERTSON, ANSCHUTZ, SCHNEID & CRANE, LLP**
3  1 Park Plaza, Suite 600
   Irvine, CA 92614
4  Telephone: (470) 321-7112

5  Attorneys for Creditor
   Deutsche Bank National Trust Company, as
6  Trustee for American Home Mortgage Assets Trust
   2006-2, Mortgage-Backed Pass-Through
7  Certificates Series 2006-2

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA –RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>Tara C Steele<br><br>Debtor. | Case No. 6:23-bk-15661-SY<br><br>Chapter 13<br><br>**STIPULATION TO CONTINUE THE HEARING ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY**<br><br>**HEARING INFORMATION:**<br>DATE: January 28, 2026<br>TIME: 9:30 a.m.<br>PLACE: 3420 Twelfth Street, Riverside, CA 92501<br>ROOM: 302<br>JUDGE: The Hon. Scott H. Yun<br><br>[Related Docket No. 59] |

Creditor, Deutsche Bank National Trust Company, as Trustee for American Home Mortgage Assets Trust 2006-2, Mortgage-Backed Pass-Through Certificates Series 2006-2 ("Creditor") and Debtor, Tara C Steele ("Debtor"), by and through their undersigned attorneys, submit this Stipulation to Continue the Hearing on Creditor's Motion for Relief from the Automatic Stay Under 11 U.S.C. §362 ("Motion") (Docket No. 59) and stipulate as follows:

1. WHEREAS, the hearing on Creditor's Motion is set for January 28, 2026.
2. WHEREAS, Debtor and Creditor require additional time to finalize a Stipulation regarding an adequate protection order;

- 1 -    CASE NO. 23-15661
**STIPULATION TO CONTINUE THE HEARING ON MOTION FOR RELIEF FROM STAY**

**STIPULATION**

**NOW, THEREFORE**, Debtor and Creditor hereby stipulate and agree as follows:

3. The hearing on the Motion for Relief from the Automatic Stay (Docket No. 59) currently set for January 28, 2026, at 9:30 a.m. in the above-captioned Court shall be continued to February 25, 2026 at 9:30 a.m;

4. The hearing currently scheduled for January 28, 2026 at 9:30 a.m. shall be vacated;

5. Creditor and Debtor respectfully request that the Court approve this Stipulation.

APPROVED AS TO THE FORM AND CONTENT IT IS STIPULATED

**NEXUS BANKRUPTCY**

Dated: 1/26/2026

_____
Benjamin Heston, Esq.
Attorney for Debtor,
Tara C Steele

**ROBERTSON, ANSCHUTZ, SCHNEID & CRANE, LLP**

Dated: 01/23/2026

/s/ Sarah Dooley-Lewis
_____
Sarah Dooley-Lewis
Attorneys for Creditor,
Deutsche Bank National Trust Company, as Trustee for American Home Mortgage Assets Trust 2006-2, Mortgage-Backed Pass-Through Certificates Series 2006-2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1 Park Plaza, Suite 600, Irvine, CA 92614

A true and correct copy of the foregoing document entitled (*specify*): STIPULATION TO CONTINUE HEARING ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY [Related Docket No. 59]

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) __01/26/2026__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

David Coats    dacoats@raslg.com
Theron S Covey    AttorneyTCovey@gmail.com
Rod Danielson (TR)    notice-efile@rodan13.com
Joseph C Delmotte    ecfcacb@aldridgepite.com, JCD@ecf.inforuptcy.com;jdelmotte@aldridgepite.com
Dane W Exnowski    dane.exnowski@mccalla.com, bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com
Sean C Ferry    sferry@raslg.com, sean.ferry7@ecf.courtdrive.com
Benjamin Heston    bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net
Hadi R Seyed-Ali    Hadi.Seyed-Ali@padgettlawgroup.com, hadiseyedali@gmail.com
Amitkumar Sharma    amit.sharma@aisinfo.com
United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov
Fanny Zhang Wan    Fanny.Wan@mccalla.com, mccallaecf@ecf.courtdrive.com
Larry Yip    lyip@lciinc.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) __01/26/2026,__ I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Tara C Steele
38055 Debby Lane,
Hemet, CA 92544

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**

| 01/26/2026 | Sarah Dooley-Lewis | /s/ Sarah Dooley-Lewis |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.