United States Bankruptcy Court
Central District of California
Riverside
Scott Yun, Presiding
Courtroom 302 Calendar

**Wednesday, January 28, 2026**                                                                 **Hearing Room   302**

9:30 AM
**6:23-15661**   **Tara C Steele**                                                                              **Chapter 13**

Telephonic Hearing

#22.00   CONT'D Notice of motion and motion for relief from the automatic stay with supporting declarations REAL PROPERTY RE: 38055 Debby Lane, Hemet, CA 92544-9795

FR. 2/5/25; 4/2/25; 5/7/25; 6/25/25; 7/30/25; 8/27/25; 10/8/25; 10/29/25; 11/19/25; 12/10/25

Keith Higginbotham to appear by telephone (213)840-7800   _Movant_

_Ben Heston on the phone_ ✓ _Debtor_

Docket    59

**Matter Notes:**

GRANTED: _____    DENIED: _____

APO:  _____

CONT'D. TO:  _3-4-26 @ 9:30am_

WITHDRAWN:  _____

ORDER LODGED BY:  _____

**Tentative Ruling:**

APPEARANCES REQUIRED. Appearances may be in person or by telephone. See Judge Yun's telephonic procedures on the court website for detailed information.

| Party Information |
|---|

**Debtor(s):**

Tara C Steele                                      Represented By
                                                   Benjamin Heston