# United States Bankruptcy Court
## Central District of California
Riverside
Scott Yun, Presiding
Courtroom 302 Calendar

---

**Wednesday, February 25, 2026**                                                                 **Hearing Room**    **302**

---

**9:30 AM**
**6:23-15661**    **Tara C Steele**                                                                                                **Chapter 13**

<u>Telephonic Hearing</u>

**#26.00**    CONT'D Notice of motion and motion for relief from the automatic stay with supporting declarations PERSONAL PROPERTY
RE: 2022 Mercedes-Benz GLA 250, VIN: W1N4N4HB1NJ396224

**FR. 1/14/26**

Kristin Schuler-Hintz to appear by telephone (702)685-0329 ✓ *Movant*
Benjamin Heston to appear by telephone (949)312-1377 ✓ *[debtor]*

Docket    76

**Matter Notes:**

    **GRANTED:** ✓     **DENIED:** _____

    **APO:** _____

    **CONT'D. TO:** _____      — §§ 362(d)(1) & (d)(2)

    **WITHDRAWN:** _____      — 14 dy stay is waived

    **ORDER LODGED BY:** *Movant*

**Tentative Ruling:**

APPEARANCES REQUIRED. Appearances may be in person or by telephone. See Judge Yun's telephonic procedures on the court website for detailed information.

---
**Party Information**

**Debtor(s):**

    Tara C Steele                                       Represented By
                                                               Benjamin Heston