**United States Bankruptcy Court**
**Central District of California**
Riverside
**Scott Yun, Presiding**
**Courtroom 302 Calendar**

| | |
|---|---|
| **Wednesday, March 4, 2026** | **Hearing Room    302** |

9:30 AM
**6:23-15661    Tara C Steele**                                                                                              **Chapter 13**

<u>Telephonic Hearing</u>

#16.00    CONT'D Notice of motion and motion for relief from the
automatic stay with supporting declarations REAL PROPERTY
RE: 38055 Debby Lane, Hemet, CA 92544-9795

FR. 2/5/25; 4/2/25; 5/7/25; 6/25/25; 7/30/25; 8/27/25;
10/8/25; 10/29/25; 11/19/25; 12/10/25; 1/28/26

Keith Higginbotham to appear by telephone (213)840-7800 — *Movant*
Benjamin Heston to appear by telephone (949)312-1377 — *debtor*

Docket    59

**Matter Notes:**

GRANTED: _____    DENIED: _____

APO: _____

CONT'D. TO: *Resolved by stip for APO*

WITHDRAWN: _____

ORDER LODGED BY: _____

**Tentative Ruling:**

APPEARANCES REQUIRED. Appearances may be in person or by
telephone. See Judge Yun's telephonic procedures on the court website
for detailed information.

**Party Information**

**Debtor(s):**

Tara C Steele                                Represented By
                                             Benjamin Heston