

FILED

MAY – 4 2026

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

**RAS**

ROBERTSON, ANSCHUTZ, SCHNEID,
& CRANE LLP
LAW OFFICES

| | | |
|---|---|---|
| James Robertson, ESQ<br>Member of Texas Bar | Everett Anschutz, ESQ<br>Member of Texas Bar | David J. Schneid, ESQ<br>Member of Florida Bar |
| John Crane, ESQ<br>Member of Texas Bar | Sean Ferry, ESQ<br>Managing Attorney<br>Member of California Bar | |

April 30, 2026

**Tara C Steele**
38055 Debby Lane
Hemet, CA 92544-9795

**Benjamin Heston**
Nexus Bankruptcy
100 Bayview Circle #100
Newport Beach, CA 92660
Email: bhestonecf@gmail.com

SENT VIA EMAIL AND U.S. MAIL

RE: Notice of Default for **Tara C Steele**
Case No: **6:23-bk-15661-SY**

Dear Ma'am,

I represent DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR AMERICAN HOME MORTGAGE ASSETS TRUST 2006-2, MORTGAGE-BACKED PASS-THROUGH CERTIFICATES SERIES 2006-2 ("Creditor") and Onity Mortgage Corporation ("Servicer"), the creditor and servicer for the mortgage on your property located at 38055 Debby Ln, Hemet, CA 92544. Please consider this letter as a Notice of Default under the terms of the Stipulation for Adequate Protection. (DE #71) ("Stipulation").

According to Creditor and Servicer, the Debtor has not made the following payments pursuant to the Stipulation. Pursuant to the Stipulation, entered on October 21, 2025, Creditor and Servicer hereby provides notice demanding the default be cured within fourteen (14) days of the date of this notice.

The breakdown of the Debtors' default is as follows:

Payments Due:

| Three (3) Regular payments from 2/1/2026 – 4/1/2026 at $2,543.39 each | $7,630.17 |
|---|---|
| Less Suspense | (-$1,227.32) |
|  |  |
| **Total Amount Due to Cure Default:** | $6,402.85 |

The address where payments should be sent is:

Onity Mortgage Corporation
Attn: SBRP
PO Box 24781
West Palm Beach, FL 33416-4605

Pursuant to the Stipulation, failure to cure this default within fourteen (14) days from the date of this notice will result in Creditor and Servicer filing an order terminating the automatic stay.

Please notify me once the payment has been sent, and please provide me with proof of the payment as well. Should you have any further questions, please feel free to contact me.

Sincerely,

/s/ Sarah Dooley-Lewis
Sarah Dooley-Lewis
Attorney for Secured Creditor
1 Park Plaza, Suite 600
Ivine, CA 92614
Email: sdooleylewis@raslg.com



   9450773

Robertson, Anschutz, Schneid & Crane LLP
113010 Morris Road
Suite 450
Alpharetta, GA  30004


Scott H. Yun
3420 Twelfth Street
Suite 345 / Courtroom 302
Riverside, CA  92501-3819



RECEIVED

MAY – 4 2026