**ROD DANIELSON**
**CHAPTER 13 TRUSTEE**
**3787 University Avenue**
**Riverside, CA 92501**
**Tel.: (951) 826-8000**
**Fax: (951) 826-8090**

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

IN RE:

**TARA C STEELE**
**38055 DEBBY LANE**
**HEMET,  CA  92544-9795**

Debtor(s).

Case No.:  **6:23-bk-15661-SY**

**NOTICE OF INTENT TO PAY CLAIMS**
(New Creditor)

NOTICE IS HEREBY GIVEN TO DEBTOR(S) AND COUNSEL, IF ANY, AND OTHER PARTIES IN INTEREST,  that the Trustee has been notified that the claim has been assigned to a new Creditor.  The Trustee intends to pay this claim to the new creditor as listed below, unless, objection is made to the Clerk of the Court at 3420 Twelfth Street, Riverside, CA 92501 AND to the Chapter 13 Trustee at the above address, by the Debtor(s), Creditor or any other party in interest.

PREVIOUS ADDRESS

PHH MORTGAGE
ATTN: SBRP
PO BOX 24781
WEST PALM BEACH, FL  33416

CURRENT ADDRESS

ONITY MORTGAGE
PO BOX 660093
DALLAS, TX  75266-0093

**THE ABSENCE OF A PROPERLY SERVED, WRITTEN OBJECTION FILED WITH THE COURT, IS DEEMED AN APPROVAL BY THE DEBTOR(S), CREDITOR AND OTHER PARTIES IN INTEREST TO PAYMENT OF CLAIM(S) AS LISTED ABOVE.**

Dated: <u>08/06/2026</u>

_____
/s/ Rod Danielson
Signature

FG:010 - LC          4

**ROD DANIELSON**
**CHAPTER 13 TRUSTEE**
**3787 University Avenue**
**Riverside, CA 92501**
**Tel.: (951) 826-8000**
**Fax: (951) 826-8090**

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

IN RE:

**TARA C STEELE**
**38055 DEBBY LANE**
**HEMET, CA 92544-9795**

Case No.: **6:23-bk-15661-SY**

**CHAPTER 13**

Debtor(s).

PROOF OF SERVICE

I, Luis Carrillo, am employed by Rod Danielson, Chapter 13 Trustee.  On 08/06/2026, I served a true copy of the within NOTICE OF INTENT TO PAY CLAIM on the following persons by mail:

NEXUS BANKRUPTCY
3090 BRISTOL ST #400
COSTA MESA, CA  92626

TARA C STEELE
38055 DEBBY LANE
HEMET, CA  92544-9795

PHH MORTGAGE
ATTN: SBRP
PO BOX 24781
WEST PALM BEACH, FL  33416

ONITY MORTGAGE
PO BOX 660093
DALLAS, TX  75266-0093

I declare under penalty of perjury that the foregoing is true and correct.

Executed: 08/06/2026

_____
/s/ Luis Carrillo
Signature

FG:010 - LC                    4